# Exhibit B

# FIRST AMENDMENT TO PROFESSIONAL SERVICES AGREEMENT

This is an Amendment to that certain Agreement dated February 25th, 2002, by and between <u>ADVANTAGE Consulting Group, Inc.</u>, ("COMPANY") and <u>Alfa Life Insurance Corporation</u>, ("CLIENT").

WHEREAS, the term of the Agreement is due to expire on February 25th, 2004; and

WHEREAS, the parties to the Agreement desire to extend the term upon the same terms and conditions, subject to the new Schedule F, attached hereto and incorporated by reference herein;

NOW, THEREFORE, in consideration of the mutual promises and covenants hereinafter contained, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties do hereby agree as follows:

## SECTION 8. TERM OF AGREEMENT

8.1 of the Agreement is hereby amended as follows:

8.1     This Agreement shall commence on the date first above written and shall continue in effect until December 31, 2004 unless and until terminated as hereinafter set forth.

Sections 8.2 and 8.3 remain unchanged.

This Amendment is expressly incorporated into the Agreement. This Amendment shall incorporate by reference as if fully set forth therein all of the terms and conditions of this Amendment; provided, however, that in the event of a conflict between any of the terms of this Amendment and the Agreement, the terms of this Amendment shall govern. Except as expressly modified herein, the Agreement referenced above shall remain in full force and effect in accordance with its respective terms and conditions. All covenants, obligations, terms and conditions of said Agreement, as amended, are hereby ratified and confirmed.

IN WITNESS WHEREOF, the parties hereto sign this Amendment on this 28th day of _December_, 200_3_.

<u>ADVANTAGE Consulting Group, Inc.</u>

By: _Richard E. Knutson_
Name: _Richard E. Knutson_
Title: _President_

CLIENT: <u>Alfa Life Insurance Corporation</u>

By: _William B Harper_
Name: _William B Harper_
Title: _Sr. Vice President_

Schedule F

<u>Advantage Consulting Group, Inc.</u>

Richard E. Knutson

President

103 W. College Ave., Suite 410

Appleton, Wisconsin 54911

<u>Alfa Life Insurance Corporation</u>

William B. Harper, Jr.

Senior Vice President

Life and Loan Operations

2108 East South Boulevard

Montgomery, Alabama 36116

Consulting Services Agreement

<u>Services to be Performed</u>:

The services to be performed are those set forth in the attached Exhibits 1 through 4.

Advantage acknowledges that ownership of, title to and all rights in and to any Programs, Source Code or Trade Secrets resulting from Advantage's technical assistance, products, consulting, and/or related services hereunder, including copyright and any other proprietary right, shall at all times remain with Alfa. All ideas, concepts, methods, know-how and techniques resulting in any Programs, Source Code or Trade Secrets under this Agreement shall remain the sole property of Alfa.

<u>Scope of Services</u>:

On February 25, 2002, the parties entered into a Professional Services Agreement (the "Agreement"). The Professional Services agreement (the Agreement) is being extended until December 31,2004. Schedules A, B and D (the "Schedules") were attached to and formed a part of the Agreement. The Agreement and Schedules provided that Advantage would perform certain services, including analysis, documentation, issue resolution, programming and testing for Alfa during the course of the Solcorp project. The scope of the services to be performed and the time frame for performance are more fully set forth in the Schedules. Due to the delay of the Solcorp project, through no fault of Advantage or Alfa, not all services set forth in the Schedules were performed within the time frame originally agreed upon by Advantage and Alfa. Exhibits 1, 2, and 3, attached hereto, fully set forth those services that Advantage was contracted to perform, but which it was unable to perform due to circumstances beyond Advantage's or Alfa's control. Advantage has agreed to complete the services set forth in Exhibits 1, 2 and 3 in accordance with the terms set forth herein. Exhibit 4, attached hereto, sets forth additional services that Advantage has agreed to perform in accordance with the terms set forth herein, which were outside the scope of the Schedules.

Due to circumstances beyond Advantage's and Alfa's control, it will be necessary for Advantage to add as many as 200 additional consulting days in order to complete the entire data conversion project as set forth in Exhibits 1 through 4. These items do not represent the only tasks that will be accomplished during the 200 additional consulting days of the project. Advantage will fully support Systems testing, Model Office testing, perform pre-production conversion planning and optimizing, and perform the actual production conversion before the Project End Date.

Advantage warrants and represents to Alfa that Advantage and its consultants will have the necessary skills and expertise to provide the services set forth herein. The services provided by Advantage will be delivered in a workmanlike manner, will conform to the standards generally observed in the industry for similar services and will be provided with reasonable skill and care.

<u>Schedule F Project Start Date</u>: September 3, 2003

<u>Project End Date</u>: August 1, 2004. If the production conversion date is delayed beyond September 1, 2004, through no fault of Advantage, a new agreement will be negotiated to cover additional days. If the

delay is due to actions or inactions on the part of Advantage, Advantage will perform the services set forth in this Consulting Services Agreement and attached Exhibits at no additional charge to Alfa.

After the conversion has taken place and the services set forth in Exhibits 1, 2, 3 and 4 are completed, Advantage will remain on the project at no additional cost to Alfa for a period of four weeks through the end of a month-end closeout, to resolve any post-conversion problems encountered, and to document and organize all information related to data conversion. After this four-week period, if any post-conversion problems are not resolved, Advantage will remain on the project for an additional two weeks to resolve those problems at no cost to Alfa. After all post-conversion problems are resolved, Advantage will turn over all information regarding the conversion to Alfa and Advantage's assignments and responsibilities are concluded.

<u>Consulting Fees</u>: Advantage will not charge Alfa for more than 200 days of work to complete the conversion project after September 2, 2003 through the end of the project, and not more than a maximum charge of $200,000. Advantage will invoice Alfa $1,000 per day for the work set forth in Exhibits 1, 2, 3, and 4, until completed up to the 200 days and up to a maximum of $200,000.

Written permission from Alfa will be requested before any tasks outside of the 200 day maximum are performed.

<u>Travel Expenses</u>: All travel expenses to Alfa's Home Office incurred during the course of the 200 additional consulting days are to be billed in addition to the $1,000 per day fee.

Advantage Consulting Group, Inc.

By: *[signature]*

Name: Richard E. Knutson

Its: President

Date: 12/28/2003

Alfa Life Insurance Corporation

By: *[signature]*

Name: William B. Harper, Jr.

Its: Senior Vice President, Life and Loan Operations

Date:

REN 12/28/2003

BH 1/2/04

# SCHEDULE B - ORIGINAL AGREEMENT
## Exhibit 1

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION |
|---|---|---|---|---|
| CODING | 11 | PHST | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 14 | TAMH | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 15 | CFLW | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 16 | CFCO | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 17 | CFAG | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 18 | SDEP | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 19 | UH | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 20 | UHCO | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 21 | PGAL | Ingenium | Code / unit test program to convert the data into this table. |
| TESTING | 5 | n/a | Ingenium | Resolve any issues discovered in User Testing. |
| TESTING | 4 | n/a | Ingenium | Load database(s) for User Testing. |
| TESTING | 3 | n/a | Ingenium | Resolve any issues discovered by cross edit programs. |
| PRE-PROD | 1 | n/a | n/a | Optimize conversion routines. |
| PRE-PROD | 2 | n/a | n/a | Run full conversion to test space, time. |
| PRE-PROD | 3 | n/a | n/a | Plan and prepare for cut-over weekend for conversion. |
| CONV | 1 | n/a | n/a | Perform data conversion. |
| CONV | 2 | n/a | n/a | Verify conversion tasks have all been completed. |
| CONV | 3 | n/a | n/a | Resolve any post-conversion problems. |

# ALFA LIFE PMA TOOLS TASKS
# ( as of 12/30/2003 )

| PROJECT PHASE | TASK ID | TASK DESCRIPTION |
|---|---|---|
| PMA ANALYSIS | 1 | Run programs to analyze all distinct plans in CFO system. |
| PMA ANALYSIS | 2 | Add descriptive information about each plan code encountered. |
| PMA ANALYSIS | 3 | Group plan codes into products. |
| PMA ANALYSIS | 4 | Identify product features for each product by analyzing the plan file values. |
| PMA ANALYSIS | 5 | Identify product features for each product by analyzing policy contracts. |
| PMA ANALYSIS | 6 | Architect new Ingenium plan codes in tools. |
| PMA ANALYSIS | 7 | Map all CFO plan codes to Ingenium plan codes. |
| PMA ANALYSIS | 8 | Train ALFA personnel on PMA Tools. |

*REK 12/28/2003*   *BH 1/2/04*

# SCHEDULE D - ORIGINAL CONTRACT
## ALFA LIFE REMAINING TASKS FOR 9 ADDITIONAL TABLES
### Exhibit 3

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION |
|---|---|---|---|---|
| MAPPING | 13 | CDSA | Ingenium | Map this table's fields from the various system file(s)/trailer(s). |
| MAPPING | 15 | CDSD | Ingenium | Map this table's fields from the various system file(s)/trailer(s). |
| MAPPING | 18 | CDSI | Ingenium | Resolve any data mapping issues. |
| CODING | 7 | CDSA | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 8 | CDSD | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 9 | CDSI | Ingenium | Code / unit test program to convert the data into this table. |
| TESTING | 4 | n/a | Ingenium | Load database(s) for User Testing. |
| TESTING | 5 | n/a | Ingenium | Resolve any issues discovered in User Testing. |

*RGN 12/28/2003*
*BH 1/2/04*

# SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

REK 12/28/2003   DH 1/2/04

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 2 | Coding | POLC | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 3 | Coding | POLL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 4 | Coding | LHST | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 5 | Coding | POLT | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 6 | Coding | POLW | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 7 | Coding | CVG | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 8 | Coding | CVGA | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 9 | Coding | CVGC | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 10 | Coding | CVGB | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 11 | Coding | CVGD | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 12 | Coding | CVGV | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 13 | Coding | PHST | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 14 | Coding | AMEX | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 15 | Coding | BNDV | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 16 | Coding | TAMH | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 17 | Coding | CFLW | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |

## SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 18 | Coding | CFCO | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 19 | Coding | CFAG | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 20 | Coding | UH | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 21 | Coding | UHCO | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 22 | Coding | PGAL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 23 | Coding | CLI | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 24 | Coding | CLIA | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 25 | Coding | CLIB | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 26 | Coding | CLMP | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 27 | Coding | CLNM | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 28 | Coding | LABR | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 29 | Coding | MIBT | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 30 | Coding | REQT | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 31 | Coding | ACTX | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 32 | Coding | BNKA | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 33 | Coding | BNKB | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |

# SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 34 | Coding | CHTX | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 35 | Coding | RT | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 36 | Coding | MD | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 37 | Coding | CAIN | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 38 | Coding | RSTB | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 39 | Coding | REPL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 40 | Coding | CLNC | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 41 | Coding | USTX | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 42 | Coding | UV | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 43 | Coding | CDSA | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 44 | Coding | CDSD | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 45 | Coding | CDSI | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 46 | Coding | GR | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 47 | Coding | ADDDEP | Files with dividends on deposit, paid up additions, advanced premium, and side fund. |
| 48 | Coding | LPNBPRMVL | Rate file convert. |
| 49 | Coding | LFASSNE | Additional rate file convert. |

# SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 50 | Coding | | Bank file and bank account convert. |
| 51 | Coding | LCK | Lock the rate and/or age on coverages and/or policies. |
| 52 | Coding | 1035 | 1035 Exchange. |
| 53 | Coding | CVGD | Additional Tables being populated. |
| 54 | Coding | CVGB | Additional Tables being populated. |
| 55 | Coding | CVGV | Additional Tables being populated. |
| 56 | Coding | CLMP | Additional Tables being populated. |
| 57 | Coding | GR | Additional Tables being populated. |
| 1 | Model Office Testing | n/a | Run cross edit programs multiple times to identify and resolve conversion issues. |
| 2 | Model Office Testing | n/a | Assist in loading database for Model Office testing multiple times. |
| 3 | Model Office Testing | n/a | Run batch compares of client information, calculated premiums, face amounts and key policy and coverage fields multiple times; CFO values are compared to Ingenium values after converting policies into Ingenium. |
| 1 | Pre-Production | n/a | Optimize conversion routines. |
| 2 | Pre-Production | n/a | Run full conversion to test space, time. |
| 3 | Pre-Production | n/a | Plan and prepare for cut-over weekend for conversion. |
| 1 | Production Conversion | n/a | Perform data conversion. |
| 2 | Production Conversion | n/a | Verify conversion tasks have all been completed. |

# SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 3 | Production Conversion | n/a | Resolve any post-conversion problems. |