AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Alabama _____

Alfa Life Insurance Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Advantage Consulting Group, Inc. and Richard E. Knutson

CASE NUMBER:   2:05-775-C

TO: (Name and address of Defendant)

Advantage Consulting Group, Inc.
c/o Michael E. Kruziki
103 W. College Ave., Suite 410
Appleton, Wisconsin  544911

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William P. Gray, Jr.
Gray & Associates, LLC
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama  35243

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  Sept. 21, 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 09-22-05 |
| NAME OF SERVER *(PRINT)* James E. Lowery | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: c/o Michael E. Kruziki, 103 W. College Ave., Suite 410, Appleton, WI 54911

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $35.00 | TOTAL $0.00 $35.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09-22-05
             Date

Signature of Server: James E. Lowery

1809 N. Linwood Ave.
Appleton, WI 54914
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.