AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Alfa Life Insurance Corporation

V.

Advantage Consulting Group, Inc. and Richard E. Knutson

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05-775-C

TO: (Name and address of Defendant)

Richard E. Knutson
824 Rundquist Way
Kimberly, Wisconsin 54136-2347

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William P. Gray, Jr.
Gray & Associates, LLC
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama 35243

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Sept. 21, 2005_
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 09-22-05 |
| NAME OF SERVER (PRINT) James E. Lowery | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 103 W. College Ave., Suite 410 Appleton, WI 54911

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL $̶0̶.̶0̶0̶ $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09-22-05
             Date

Signature of Server: James E. Lowery

1809 N. Linwood Ave.
Appleton, WI 54914

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.