### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV: 2-05CV 775-C |
| | ) | |
| ADVANTAGE CONSULTING GROUP, | ) | |
| INC. and RICHARD E. KNUTSON | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Rule 6(b), FED. R. CIV. P., Defendants Advantage Consulting Group, Inc. and Richard E. Knutson ("Defendants") hereby move for an extension of time, until November 11, 2005, by which to respond to Plaintiff's Complaint. As grounds for this motion, Defendants state as follows:

1.    Defendants were served with the Summons and Complaint on or about September 12, 2005. Accordingly, Defendants' response to the Complaint is due October 12, 2005.

2.    Defendants' recently retained counsel assert that thirty days' additional time is necessary to review and respond to the complex allegations contained in Plaintiff's Complaint.

3.    Plaintiff's counsel does not oppose this motion.

WHEREFORE, Defendants move the Court to allow them until November 11, 2005, to file a response to Plaintiff's Complaint.

/s/ J. Forrest Hinton
J. FORREST HINTON
ANNE L. WOHLFELD

Attorneys for Defendants Advantage Consulting Group, Inc. and Richard E. Knutson

OF COUNSEL**:**

BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
A Professional Corporation
420 North 20th Street, Suite 1600
SouthTrust Tower
Birmingham, Alabama 35203-5202
(205) 328-0480

## CERTIFICATE OF SERVICE

       I hereby certify that on October 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, that all parties are represented by counsel to whom the CM/ECF system will send a Notice of Electronic Filing. Pursuant to Section II(B)(1)(a) of this Court's Administrative Procedures for Filing, Signing and Verifying Pleadings in the District Court Under the Case Management/Electronic Case Files (CM/ECF) System, such notice is the equivalent of service by hand delivery.

    Mr. William P. Gray, Jr.
    Mr. Douglas N. Robertson
    Gray & Associates, L.L.C.
    3800 Colonnade Parkway, Suite 545
    Birmingham, Alabama 35243

                                 /s/ J. Forrest Hinton_____
                                 OF COUNSEL