IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  2:05-CV-775-C |
| ADVANTAGE CONSULTING GROUP, INC., *et al* , | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the defendant's motion for an extension of time to file a responsive pleading (doc. # 8) filed on November 4, 2005.  The plaintiffs have no objection to the motion.  Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion for extension of time to file a responsive pleading (doc. # 8) be and is hereby GRANTED.  The defendants shall have file a responsive pleading on or before November 11, 2005.

Done this 5th day of October, 2005.

                                    /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE