## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 7, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Alfa Life Ins. Corp.    vs.  Advantage Consulting, et al
Civil Action No.  2:05-cv-775(C)

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05-cv-775(F).  This new case number should be used on all future correspondence and pleadings in this action.