IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-775-F |
| ADVANTAGE CONSULTING GROUP, INC., *et al.,* | ) ) ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the defendants' First Motion to Dismiss (Doc. #11) filed on November 11, 2005, it is hereby ORDERED that:

1.   The plaintiff file its response which shall include a brief and any evidentiary materials on or before November 29, 2005.

2.  The defendants may file a reply brief on or before December 6, 2005.

DONE this 15th day of November, 2005.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE