Case Style:   Alfa Life Insurance Corporation v. Advantage Consulting Group, Inc., et al

Case Number:    2:05-cv-00775-MEF

**Pleading**

**is**

**stricken**

**as a**

**docketing**

**error**