**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 17, 2006

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:   Alfa Life Insurance Corporation v. Advantage Consulting Group, Inc., et al**

**Case Number:    2:05-cv-00775-MEF**

**Docket Entry Number:    19 - Filed as a Corporate Disclosure Statement**

**The above referenced Pleading was filed in error on 1/17/06.  Counsel was attempting to e-file their Initial Disclosures which is a discovery document and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**This pleading is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**