IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ADVANTAGE CONSULTING GROUP, ) <br> INC., *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:05-cv-775-F |

## **O R D E R**

Upon consideration of the defendants' Motion for Extension of Time to Amend the Pleadings and Add to Parties (Doc. #21) filed on March 1, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this 3rd day of March, 2006.

                                       /s/ Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE