IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ADVANTAGE CONSULTING GROUP, )<br>INC., *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-775-F |

## **O R D E R**

Upon consideration of the defendants' Motion to Reconsider (Doc. #23) filed on March 6, 2007, 2006, it is hereby

ORDERED that the motion is GRANTED. The deadline for the parties to amend pleadings and add parties is extended to and including April 14, 2006.

DONE this the 8th day of March, 2006.

                                                   /s/ Mark E. Fuller
                                                   CHIEF UNITED STATES DISTRICT JUDGE