**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 15, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: Alfa Life Insurance Corporation v. Advantage Consulting Group, Inc., et al Kenneth Nesbit, et al   vs.  Unisys Corp., et al

Civil Action No.  2:05-cv-00775-MEF

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now 2:05-cv-00775(MHT).  This new case number should be used on all future correspondence and pleadings in this action.