IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv775-MHT |
| ADVANTAGE CONSULTING GROUP, INC., and RICHARD E. KNUTSON, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) Defendants' motions to dismiss (doc. no. 11) are granted as to counts I, II, and III against defendant Richard E. Knutson.

(2) Said motions are denied as to all other issues. The issues are better resolved either on a summary-judgment motion or at trial.

DONE, this the 17th day of March, 2006.

                /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE