IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv775-MHT |
| ADVANTAGE CONSULTING GROUP, INC., and RICHARD E. KNUTSON, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 17) is modified in the following respects:

(1) The pretrial is reset for January 29, 2007, and the trial is reset for the term of court beginning on February 26, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

(2) All other deadlines are unchanged unless changed by other order.

DONE, this the 17th day of March, 2006.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE