# EXHIBIT 1

ADVANTAGE 000074

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS  Schedule B.2
## (as of 2/20/02)

| ID | NAME | DESCRIPTION | FILE TYPE | # RECORDS | COMMENTS | CONVERSION DECISION | DECISION BY | DECISION DATE |
|---|---|---|---|---|---|---|---|---|
| 17 | NAMADR | Name and Address Trailer | Seq | 7,560,207 | 6 | 3,684,059 active/3,876,148 lapse. Note: Lines 15, 21, 51, 52 & 61 will be converted from CFO. Lines 11, 12, 13, 14, 16, 31, 41, 53 & 62 will be converted from the AS/400 client system. Note: The Line Data field is variable by Line Type. | | |
| 18 | | Premium Rates | | | Only ART rates used by CFO other rates are on policy record (although all are in AS/400) - other info on AS/400. Use AS/400 file. | BT | 2/12/02 |
| 19 | LFCSHVL | Cash Values | VSAM | 8,957 | 103 | VSAM file on mainframe. Does the LPNBI8PCV - FPUL Cash Value File on AS/400 need to be converted in addition to this file? No - do not need the AS/400 file. | SG | 2/12/02 |
| 20 | n/a | Commission System - general | n/a | n/a | n/a | Outside CFO on mainframe - feeds & receives info from P&C commission system. All commission reporting done from legacy commission system, not CFO. Only exception is persistency report by agent. Ingenium will calculate commissionable premium and commission amount and pass it to legacy commission system. separate agent file from CFO. Future of application unclear - may be part Ingenium, part legacy. Ingenium needs licensing info - not available in electronic form? Commission payments made through payroll. Will likely continue to produce statements via legacy system. | SG | 2/12/02 |
| 21 | | Commission History | Seq | 110,029 | 75 | Suggest manual conversion for most data in this file - exception is target commission (see below), informational only on Ingenium side - history not used for undo/redo. Manual adjustment done in legacy Commission system. 20 months available on legacy system. Will need to convert target commission by policy (at coverage level.) to CVG file Commission-target amount. This will come from commission system, not CFO. Vicki to provide file & precise field names. - Screen prints of UL-HISTORY-RECORD provided. (bucket history) Check with Vicki for details on what data to get from this file. Response: Also need to get am count applied to target as well as target commission. | BT | 2/13/02 |

ADVANTAGE 000075

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| # | FILE DESCRIPTION | FIELD / DATA | # RECORDS | QUESTIONS / COMMENTS | CONVERSION DECISION | DECISION APPROVED BY | DECISION DATE |
|---|---|---|---|---|---|---|---|
| 22 | Commission Rates | | | ALFA needs to modify before loaded to Ingenium. This will be a column on the Plan spreadsheet provided by ACG. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 23 | Agent Header file | | 127 | ACG to provide list of all agent num bers in all business converted. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 24 | Agent Balance file | | | Agent numbers are re-used in a manual process. Too many fields in Ingenium that do not exist in ALFA to justify mechanical conversion. | 1) Do not convert the information in this file into Ingenium. | PE | 2/12/02 |
| 25 | Service Center Header | | | Debit balance issue - exists in commission system that will remain. The balance will be inaccurate in Ingenium - legacy commission system will be the source for accurate information. No meaningful balance to convert. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 26 | LFBNKFL | Banking Info | 4,744 | manually convert this data. Sandy to research to see if there is valid data on mainframe to convert. This is contact information - would be Branch data in Ingenium. Will need to do manually after agents are set up. load to BNKA & BNKB in Ingenium. Line 52 (bank routing number) on CFO Does this file contain all the bank information for annuities on the PC system? Yes. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 27 | LFULPLN LFULINT | Interest Rates Info | 147 | LFULPLN, LFULINT - Too few to do automatic conversion | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 28 | | Fund System - general | 10 | Fund Systems - UL fund system & EI (excess interest)/ISP (interest sensitive plan) fund system referred to as FP-UL in Ingenium. Both will be interfaces to CFO. These systems calculate cash values which are stored on CFO. Copybooks indicate that multiple buckets are supported but only one bucket is used. multiple trailers - uses int rate @ time of deposit - combined to a single rate at anniversary Gain not com puted on these - this done manually. (System may be calculating gain upon surrender (full? partial?) but unsure where or if it is stored) How will this affect conversion? Address this issue when mapping cash flow records. See Vicki and Cathy for details. Surrender values not stored - need to determine how to calculate it. | See LEIFFL & LFULFFL below | | |

ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS    Schedule B.2
(as of 2/20/02)

| ID | COPYBOOK | FIELD DESCRIPTION | FILE TYPE | # RECS | # FIELDS | COMMENTS | CONVERSION DECISION | APPROVED BY | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 29 | LFEIFFL | EIF-BASE | VSAM & tape | history to 1987, 186,079 VSAM - in record 474,311 tape recs ; 18,098 VSAM adj recs tape; 107,537 adj recs tape: 2,890,201 VSAM trailers with avg of 15, 8,138,390 tape trailers with avg for 23 | 143 fields excluding trailer fields | Fixed UL - tape & VSAM files LFEIFFL - convert all - need space estimates for Mr. Harper - one record per policy per year - will need to convert some data from these files to policy history file - (fund balance is stored for each transaction) No adjusting tx (19's) after '94 - '95. (Wang conversion) New adjusting entries in Ingenium will only come from reinstatement with gap. Need to show the cost of supporting this effort as a separate line item. | | BT | 2/12/02 |
| 30 | LFEIFFL | EIF-FUND-TRAILER | VSAM | 2,666,093 | 160 | 17 fields in the trailer portion of the record | | BT | 2/12/02 |
| 31 | LFEIFFL | EIF-FUND-TRAILER | Seq | 10,309,075 | 160 | 17 fields in the trailer portion of the record | | BT | 2/12/02 |
| 32 | LFEIFFL | EIF-FILE-MAINT-TRAILER | VSAM | 30,992 | 161 | 18 fields in the trailer portion of the record | | BT | 2/12/02 |
| 33 | LFEIFFL | EIF-FILE-MAINT-TRAILER | Seq | 70,747 | 161 | 18 fields in the trailer portion of the record | | BT | 2/12/02 |
| 34 | LFEIFFL | EIF-INVESTMENT-YR-TRAILER | VSAM | 170,376 | 146 | 3 fields in the trailer portion of the record | | BT | 2/12/02 |
| 35 | LFEIFFL | EIF-INVESTMENT-YR-TRAILER | Seq | 472,500 | 146 | 3 fields in the trailer portion of the record | | BT | 2/12/02 |
| 36 | LFEIFFL | EIF-MERGE-INVEST-YR-REC | VSAM | 0 | 0 | 9 fields in the trailer portion of the record | | BT | 2/12/02 |
| 37 | LFEIFFL | EIF-MERGE-INVEST-YR-REC | Seq | 0 | 0 | 9 fields in the trailer portion of the record | | BT | 2/12/02 |
| 38 | LFEIFFL | EIF-LAPSE-PROC-TRAILER | VSAM | 48,015 | 148 | 5 fields in the trailer portion of the record | | BT | 2/12/02 |
| 39 | LFEIFFL | EIF-LAPSE-PROC-TRAILER | Seq | 5,654 | 148 | 5 fields in the trailer portion of the record | | BT | 2/12/02 |
| 40 | LFULFFL | ULF-BASE | VSAM & tape | history to 1984, 183,853 VSAM - 347,728 tape recs; 2,896,201 VSAM adj rec trailers with avg of 17 per rec, 10,887,981 tape adj trailers with avg of 22 per rec | 176 fields in record excluding trailer fields | Flexible UL - tape & VSAM files LFULFFL - convert all - need space estim ate for Mr. Harper - one record per policy per year - will need to convert some data from these files to policy history file - fund value only stored as of last transaction and prior anniversary but not for prior transactions (fund balance is there in copybook but not populated) No adjusting transactions (19's) after late 80s. New adjusting entries in Ingenium will come from reinstatement with gap and other sources. Need to show the cost of supporting this effort as a separate line item. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 41 | LFULFFL | ULF-BUCKET-TRAILER | VSAM | 185,426 | 178 | 2 fields in the trailer portion of the record | 1) Do not convert the information in this file into Ingenium. | | |
| 42 | LFULFFL | ULF-BUCKET-TRAILER | Seq | 347,545 | 178 | 2 fields in the trailer portion of the record | | BT | 2/12/02 |
| 43 | LFULFFL | ULF-VERSARY-TRLR | VSAM | 1,886,640 | 185 | 9 fields in the trailer portion of the record | | BT | 2/12/02 |
| 44 | LFULFFL | ULF-VERSARY-TRLR | Seq | 4,517,139 | 185 | 9 fields in the trailer portion of the record | | BT | 2/12/02 |

ADVANTAGE 000076

ADVANTAGE 000077

## ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
### (as of 2/20/02)

| # | SOURCE SYSTEM | FILE DESCRIPTION | DATA TYPE | RECORDS | FIELDS | CONVERSION DECISIONS | DESIGN APPROVAL | DECISION DATE |
|---|---|---|---|---|---|---|---|---|
| 45 | LFULFFL | ULF-FILE-MAINT-TRLR | VSAM | 30,279 | 199 | 23 fields in the trailer portion of the record | BT | 2/12/02 |
| 46 | LFULFFL | ULF-FILE-MAINT-TRLR | Seq | 61,557 | 199 | 23 fields in the trailer portion of the record | BT | 2/12/02 |
| 47 | LFULFFL | ULF-CHG-DBO-REC | VSAM | 3,994 | 198 | 22 fields in the trailer portion of the record | BT | 2/12/02 |
| 48 | LFULFFL | ULF-CHG-DBO-REC | Seq | 7,813 | 198 | 22 fields in the trailer portion of the record | BT | 2/12/02 |
| 49 | LFULFFL | ULF-CHG-WMD-REC | VSAM | 3,871 | 181 | 5 fields in the trailer portion of the record | BT | 2/12/02 |
| 50 | LFULFFL | ULF-CHG-WMD-REC | Seq | 15,214 | 181 | 5 fields in the trailer portion of the record | BT | 2/12/02 |
| 51 | LFULFFL | ULF-PREM-PAY-TRLR | VSAM | 976,727 | 182 | 6 fields in the trailer portion of the record | BT | 2/12/02 |
| 52 | LFULFFL | ULF-PREM-PAY-TRLR | Seq | 3,047,969 | 182 | 6 fields in the trailer portion of the record | BT | 2/12/02 |
| 53 | LFULFFL | ULF-LOAN-TRLR | VSAM | 16,553 | 179 | 3 fields in the trailer portion of the record | BT | 2/12/02 |
| 54 | LFULFFL | ULF-LOAN-TRLR | Seq | 30,831 | 179 | 3 fields in the trailer portion of the record | BT | 2/12/02 |
| 55 | LFULFFL | ULF-MERGE-BKT-TRLR | VSAM | 0 | 0 | 6 fields in the trailer portion of the record | BT | 2/12/02 |
| 56 | LFULFFL | ULF-MERGE-BKT-TRLR | Seq | 0 | 0 | 6 fields in the trailer portion of the record | BT | 2/12/02 |
| 57 | LFULFFL | ULF-INT-RATE-CHG-TRLR | VSAM | 0 | 0 | 3 fields in the trailer portion of the record | BT | 2/12/02 |
| 58 | LFULFFL | ULF-INT-RATE-CHG-TRLR | Seq | 0 | 0 | 3 fields in the trailer portion of the record | BT | 2/12/02 |
| 59 | LFULFFL | ULF-FUND-WITHDRAW-TRLR | VSAM | 622 | 198 | 22 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 60 | LFULFFL | ULF-FUND-WITHDRAW-TRLR | Seq | 1,079 | 198 | 22 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 61 | LFULFFL | ULF-LAPSE-PROC-TRLR | VSAM | 37,569 | 179 | 3 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 62 | LFULFFL | ULF-LAPSE-PROC-TRLR | Seq | 203 | 179 | 3 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 63 | LFULFFL | ULF-CONVERT-PROC-TRLR | VSAM | 18,124 | 180 | 4 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 64 | LFULFFL | ULF-CONVERT-PROC-TRLR | Seq | 107,510 | 180 | 4 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 65 | LFULFFL | ULF-REINSTATEMENT-TRLR | VSAM | 216 | 179 | 3 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 66 | LFULFFL | ULF-REINSTATEMENT-TRLR | Seq | 154 | 179 | 3 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 67 | LFULFFL | ULF-GUAR-INT-TRLR | VSAM | 0 | 0 | 5 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 68 | LFULFFL | ULF-GUAR-INT-TRLR | Seq | 0 | 0 | 5 fields in the trailer portion of the record 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 69 | LFREIN | Reinsurance Master | Seq | 11,465 | 64 | | BT | 2/12/02 |
| 70 | REINRATE | Reinsurance Rates | Seq | 41,046 | 127 | all pols that are reinsured are in this file yrt rates per 1000. ACG will need to create CC rates in Ingenium. | BT | 2/12/02 |

ADVANTAGE 000078

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS  Schedule B.2
## (as of 2/20/02)

| ID | COPYBOOK/FILE NAME | FILE DESCRIPTION | FIXED/SEQ | RECS/RATES | FIELDS | QUESTIONS/COMMENTS | CONVERSION RECOMMENDATION | APPROVED BY | APPROVAL DATE |
|---|---|---|---|---|---|---|---|---|---|
| 71 | LFALLOW | Reinsurance Allowance | Seq | 755 | 224 | for splitting premium on co-insurance company cases. Used for term and UL - monthly COI. Per plan summed up. These recs point to rate file (LFALWRT). | | BT | 2/12/02 |
| 72 | LFALWRT | Reinsurance Allowance Rate | Seq | 839 | 325 | 8,000 policies on coinsurance | | BT | 2/12/02 |
| 73 | AHMAST | A&H system | Seq | 10,381 | 210 | ~890 active clients - client info will be put into AS/400 Client system before conversion. Est 6 - 10 plans (28 originally). No commissions paid on these policies through system (except Jack Kubiszyn paid manually). No premium rates to be loaded. Convert active only - do not want to set up clients for all terminated policies. Fixed length | | SG | 2/12/02 |
| | | | | | | 783 active policies - 10,381 total policies AHMAST | | | |
| | | | | | | Only need these to be able to bill. | | | |
| 74 | CANFILE | Cancer system | Seq | 2,546 | 38 | no new business - client info will be put into AS/400 Client system before conversion. Undetermined number of plans. No prem rates to be loaded. Convert active only - do not want to set up clients for all terminated policies. Fixed length | | SG | 2/12/02 |
| | | | | | | 2,546 total policies, 501 active CANFILE | | | |
| 75 | LFASSNE | Assignee file | Seq | 2,440 | 7 | Assignee number in CFO master points to Assignee file. Will need to create clients and relationship at same time. | | BT | 2/12/02 |
| | | | | | | Becky to get a count of active assignees from policy data. | | | |
| | | | | | | Where is this data held in Ingenium ? This is a relationship. Set up POLC and CLI and CLA . | | | |

ADVANTAGE 000079

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
(as of 2/20/02)

| ID/BOOK NAME | FILE DESCRIPTION | FILE TYPE | RECORD COUNT | FIELDS | QUESTIONS/COMMENTS | CONVERSION/COMPENSATION DECISION | DECISION MAKER | DECISION APPROVAL DATE |
|---|---|---|---|---|---|---|---|---|
| 76 | Group Billing | | 0 | 0 | Groups are clients. Do not need group files - client 1) Do not convert the information in this file number on group bills begin with 0. 4 files by into Ingenium. week. Holds client number billing that week. Policies are on CFO. Client info from groups will come from client file. No separate conversion for group file (only holds client number) Group number is on 21 line. When client number matches Group number on CFO, that policy is billed. GR table in Ingenium holds policy level data after 201 runs. Client table identifies valid groups. Group billing allows a single payment to pay all policies in a group but they will bill separately unless their bill dates are aligned. No group master file. 340 groups, ~7,000 policies. Annuities are included on Group Bills currently but these are not on CFO. | | BT | 2/12/02 |
| | | | | | These will be set up as list bill in Ingenium. | | | |
| | | | | | There is one list bill with 2400 policies. ALFA will make an effort to make these policies more complete (need to add clients and build relationship for owner) on AS/400. These are already identified with a billing form that equates to list bill. | | | |
| | | | | | Groups will be populated in Ingenium but not from Ingenium to reflect the current values. This file is never purged. | | | |
| 77 | LFRPMST | Replacements | Seq | 73,149 | 28 | Used for commissions. Holds policy numbers involved, Internal / External and a factor that determines commission credit for premiums on the new policy. The system calcs the factor currently. Ingenium will have 0, 25, 50,75,100% factors keyed by codes. Other values will be converted to Ingenium to reflect the current values. | | BT | 2/12/02 |
| 78 | LFSURR | Surrender Master | VSAM | 5,616 | 13 | 1035 Exchanges and taxable events tracked in this file. Internal / External Incoming / ALFA outgoing. Tracks old & new policy numbers, gross amounts, etc. A mod (TX002) is in progress to handle loans as taxable event for specific condition. Will not need to conv transactions file (LFSURRT). | | BT | 2/13/02 |
| | | | | | LFSURR is a VSAM file with a variable occurs. This file is not purged. | | | |
| | | | | | LFSURR contains 5,816 records comprised of 8,065 trailers. Trailer portion of record contains 8 fields, Non-trailer portion contains 2 fields. Total number of fields in file is (5,616 * 2) + (8,065 * 8) = 75,752. The number of fields is shown as 13 to account for the trailers. | | | |

ADVANTAGE 000080

## ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS  Schedule B.2
### (as of 2/20/02)

| # | NAME | DESCRIPTION | FILE ORG | # RECORDS | COMMENTS | CONVERSION RECOMMENDATIONS | DECISION APPROVAL | DECISION DATE |
|---|---|---|---|---|---|---|---|---|
| 79 | LFSURRT | Surrender Transaction file | Seq | 3 | This file will not be converted. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 80 | | Billing Turnaround | Seq | 0 | Interface to Ingenium? - unclear as to whether to convert - need to revisit timing of billing, estimate # of bills to do manually. Need plan timing to avoid Accidental Death bills because of high volume. No place to store this information in Ingenium. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 81 | LFIRNGR | IRS net gain info | Seq | 5,938 | 39 will need to convert; holds surrendered policies with net gains; | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 82 | | Production Credit | | | Don't know for sure where basis is for CFO policies. Defer decision until we can get m ore details from Annette. | | | |
| 83 | | Reserves | | | legacy system will continue - no conversion | | | |
| 84 | | Paid Up Additions | | 0 | no Ingenium support - no conversion | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 85 | CFODVNV | Dividend Rates | VSAM | 2,960 | 201 | Paid up additions factcors - only associated with dividends - PLF.PXCFPLAN.PUAFACS file of dividend rate & factor to calc pua amounts by class, plan, sub-plan, cont. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 86 | DHX28 | Mortality Rates for ETI & RPU calculations | Seq | 5 | ~200,000 rates is this a VSAM file? Note, each record contains a cash value and PUA figure that occurs 97 times. Mortailty rates occur 120 times in a table of 9 occurrences per record. Mortality Rates for ETI & RPU calculations - will need to convert - assembler layout is DHX28 | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 87 | | Cost of Living Riders | Seq | 33 policies in force | 1,087 | How will rates be done? Done manually now. Can only exercise option once. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 88 | | Anniversary file | | | holds when annive stmt is sent - filmed currently - legacy system will persist | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 89 | | Decreasing term schedule | Seq | 200 | 3 fields in the AS/400 record (LPNBDCRTRM) - unsure how many fields in the mainframe record | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 90 | CANAPEXT | Cancel Applied for | Seq | 75,703 | 21 | Cancelled policies that were never issued to CFO. Want to keep these so they can be referenced for future underwriting. | | BT | 2/12/02 |
| 91 | n/a | Cancel Applied for - history | n/a | n/a | n/a | Is there a separate history file from CANAPEXT? NO There are two entries on the spreadsheet of files provided. | n/a | n/a | n/a |

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| | File Name | Description | Source | Record Count | Conversion Notes | Recommendation | Source Sys Approval | Date |
|---|---|---|---|---|---|---|---|---|
| 92 | LFTAMRA | TAMRA Master File | Seq | 198,099 | 43 | No notes from initial meetings. See TAMH table in Ingenium. See Vicki for details. Use TAMH file. | | BT | 2/13/02 |
| 93 | DEPMAST | Deposit Fund Master | Seq | 2,828 | 197 | 4 Transaction fields occur 48 times in each record. See screen prints from LREM58 for record layout. Response: These are individual transactions. Vicki will provide additional information to ensure additional information to prevent no overlap. These are both prem ium deposit funds (6 trailer) and advance prem ium (5 trailer) identified by type code. There may be an issue since the date and amount of the deposit are not stored on the POL table in base Ingenium. Cum ulative fields are used to record deposit am ount. Deposit details are available only in Accounting History. Interest is calculated on average balance. A target table will be added to Ingenium and a mod is necessary. | | BT | 2/13/02 |
| 94 | | Agent Header | AS/400 db | | | ACG to provide list of all agent num bers in all business converted. Agent numbers are re-used in a manual process. Too many fields in Ingenium that do not exist in ALFA to justify mechanical conversion. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 95 | | Prem Volume | AS/400 db | 8,197 | | ACG to provide spreadsheet to facilitate conversion. for bands - points to prem rate tables in prem rates file - there will be fewer recs in Ingenium Rate header table b/c of duplication in ALFA system (8 to 1 ratio) | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |

ADVANTAGE 000081

ADVANTAGE 000082

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS  Schedule B.2
## (as of 2/20/02)

| ID# | COPYBOOK/FILE NAME | DESCRIPTION | PLATFORM/LOCATION | RECORDS | FIELDS | QUESTIONS/COMMENTS | RECOMMENDATION/DECISION | APPROVED BY | DECISION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 96 | | Plan | AS/400 db | 91 recs but old plans not there | | 91 recs but old plans not there | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 97 | | Rider | AS/400 db | 230 | | Updated through screens. No mechanical conversion. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 98 | | Bank File | AS/400 db | | | No Mechanical conversion. Controls what coverages are available. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 99 | | Tax Reporting | AS/400 db | | | ACG to provide spreadsheet to facilitate conversion. (Include which plans m ay need to lock rates on policies) use mainframe file - more comprehensive | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 100 | LPACCKJN | check journal - outstanding, paid, voided, etc | AS/400 db | 207,014 | 27 | will not use Ingenium Tax reporting - will not load USTX recs check journal - outstanding, paid, voided, etc. - load to CHTX Ingenium table | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 101 | LPACMSTR | accounting master | AS/400 db | 12,873,181 | 31 | accounting master - will need account number translation table to load - see Ingenium tables (ACTX, CMTX, MVTX) below | | BT | 2/12/02 |
| 102 | LPACREF | extension of ACMSTR | AS/400 db | 12,000,000 | 8 | may go to description in ACTX in Ingenium - extension of ACMSTR - description of accounting entry estimated count - close to LPACMSTR (~12 million) holds 2 full years plus current year. (2 entries per pmt per policy) Convert some of this data to POLH? - probably 77 recs (no policy level commission data). Get recommendations from Solcorp BA. ACREF1 to ACCT_DSC_TXT and truncate extra characters | | BT | 2/12/02 |
| 103 | | A/P detail | AS/400 db | 7,937 | 18 fields | Accounts Payable detail file | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 104 | LPACSCHD | A/P schedule | AS/400 db | 7,937 | 17 fields | Accounts Payable schedule (control) - contains check amount | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 105 | LPADBENEF | beneficiaries | AS/400 db | 200,586 | 29 fields | beneficiaries - only maintained in CFO as payments are made - not reliable data Becky to check on non-trust. Answer - All data should be converted. Original decision was to not convert this data? | 1) Do not convert the information in this file into Ingenium. | SG | 2/12/02 |
| 106 | LPCLADDR | client address | AS/400 db | 368,565 | 10 | client address | Not valid data - no reason to convert. No electronic record. | BT | 2/12/02 |
| 107 | LPADCLT | client admin contract | AS/400 db | 1,070,898 | 17 | client relationships | | BT | 2/12/02 |

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| ID | CONVERSION FILE NAME | FILE DESCRIPTION | TOP | # RECS | # FIELDS/ QUESTIONS/COMMENTS | CONVERSION DECISION/ EXPLANATION | APPROVED BY | DATE APPROVED |
|---|---|---|---|---|---|---|---|---|
| 108 | LPCLCNTL | client control (master) | AS/400 db | 396,025 | 24 | client control (master) | BT | 2/12/02 |
| 109 | LPCLDGRPH | client demographics | AS/400 db | 351,260 | 12 | client demographics - may not be populated. Need to confirm that this file has valid data. Response: Some fields may be populated with default or identical data | BT | 2/12/02 |
| 110 | LPNBQUES | answers to ap questions | AS/400 db | 4,492,760 | 6 fields | answers to ap questions (at policy level now - would need to convert to client level for Ingenium) 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 111 | LPCLAUDT | client changes - before / after image | AS/400 db | 567,342 | 10 fields | client changes - before / after image 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 112 | LPNBCONVCR | conversion credit | AS/400 db | 8,818 | 79 | conversion credit - these are not purged, so may be high. Only offered for 12 mos 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 113 | LPNBCORRID | corridor factors only used for producing illustrations | AS/400 db | 7,920 | 8 fields | corridor factors only used for producing illustrations 1) Do not convert the information in this file into Ingenium. 2) Is a mod required? 1) Where in Ingenium would conversion credit information be stored? | BT | 2/12/02 |
| 114 | LPNBDCRTRM | Decreasing Term Schedule | AS/400 db | 200 | 3 fields | used for decreasing term schedule pages 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 115 | LPNBHOEND | home office endorsements | AS/400 db | 122,498 | 9 | home office endorsements 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 116 | LPNBINTRTS | interest rates | AS/400 db | 147 | 20 fields | interest rates - small enough to do manually into Ingenium. | SG | 2/12/02 |
| 117 | LPNBMDFEE | Medical Cost file | AS/400 db | 2,935 | 6 | med fee - should be on mods list - related to aps ordering - tied to fixed prepay for doctor - nowhere to convert it now 2,935 total records : 1,197 non-zero recs | SG | 2/12/02 |
| 118 | LPNBMIBDET | MIB Detail Information | AS/400 db | 122,384 | 12 | MIB detail Converted to a new field in new client table in Ingenium. BM001 is mod. The Ingenium system does not translate MIB report inform action into m eaningful verbiage but the AS/400 system does this. Will a mod be required? No m od will be required. | SG | 2/12/02 |
| 119 | LPNBMIB | MIB Information | AS/400 db | 281,273 | 11 | MIB header or master | SG | 2/12/02 |
| 120 | LPADLAPSE | Mississippi replacement reg - nothing here that is not on policy rec - will not have a target field in Ingenium - rolling 12 months | AS/400 db | 9,541 | 7 fields | Mississippi replacement reg - nothing here that is not on policy rec - will not have a target field in Ingenium - rolling 12 months 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |

ADVANTAGE 000083

ADVANTAGE 000084

## ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2 (as of 2/20/02)

| ROW | TOPIC CODE | DESCRIPTION | SOURCE SYSTEM | # OF RECORDS | # OF FIELDS | NOTES | CONVERSION DECISION | APPROVED BY | APPROVED DATE |
|---|---|---|---|---|---|---|---|---|---|
| 121 | LPNBCNTAMD | Pending Amendments | AS/400 db | 59,757 | 28 | amendments | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 122 | LPNBCOVBEN | Pending Benefit | AS/400 db | 2,328 | 27 | benefit recs imbedded in a coverage | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 123 | LPNBQUINFO | Pending Contract Additional Info for Medical Questions | AS/400 db | 138,697 | 11 fields | Questions from ap (at client level) | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 124 | LPNBAGT | Pending Contract Agent | AS/400 db | 108,999 | 11 | agent attached to policy (could be multiple per policy) could be attached to contract or coverage | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 125 | LPNBACTION | Pending Contract Action | AS/400 db | 241,606 | 12 | pending contract action diary - final disposition dates - used for 'days to underwrite report - Becky to research | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 126 | LPNBBENEF | Pending Contract Beneficiary | AS/400 db | 109,000 | 28 fields | Run 'days to underwrite' report before conversion. beneficiaries - only maintained in CFO as payments are made - not reliable data | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 127 | LPNBCLT | Pending Contract Client | AS/400 db | 297,122 | 17 | Becky checking on non-trust count. client relationships - at least 3 per policy (ins, pol owner, payor) | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 128 | LPNBCTRCT | Pending Contract file (policy master) | AS/400 db | 2,000 | 51 | Pending Contract file (policy master) almost all pending count - (eliminate redos & reissues) assume 2000 at conversion (now 2400 pending, 200 reissues) current count 2,492 Answer - all records should be converted. Original decision was to not convert this file? | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 129 | LPNBCNTREQ | Contract Requirements file | AS/400 db | 268,691 | 25 | New Business Contract Requirements file These might be at a client level or policy level? Should this information be converted into Ingenium? No notes from initial meetings. | | BT | 2/12/02 |
| 130 | LPNBCOV | Coverage records - attached to contracts | AS/400 db | 109,355 | 46 | Coverage records - attached to contracts | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 131 | LPNBINSDR | Pending Insured's Doctor Information | AS/400 db | 269,994 | 11 fields | insured's doctor information | 1) Do not convert the information in this file into Ingenium. | CL | 2/12/02 |
| 132 | LPNBCNTPRB | Contract Problems | AS/400 db | 286,691 | 26 fields | contract problems - value of information does not justify conversion | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 133 | LPNBDETRQ | Pending Requirement Details | AS/400 db | 119,594 | 9 | blood & urine (detail requirements) definitely want to keep - would like to see at policy level but LABR stores results at a client level | 1) Do not convert the information in this file into Ingenium. | CL | 2/12/02 |
| 134 | LPNBPRMDSC | Premium Class Description | AS/400 db | 246 | 11 fields | premium class description This information will be manually converted into the Ingenium RH table. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| ID | COPYBOOK NAME | DESCRIPTION | FILE TYPE | FIELDS / RECORDS | FIELDS / CHECKS | QUESTIONS / COMMENTS | CONVERSION RECOMMENDATION | DESTINATION | DECISION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 135 | LPNBPRMRT | Premium Rates | AS/400 db | 312,581 | 4 | Comprehensive - use this file - feeds mainframe. Maintained manually. This will go into Ingenium Rate Load table. Rates not available for some old plans. (may be available in Cybertek files) ALFA plans to 'lock' rates in Ingenium for these plans. Includes UL Target | | BT | 2/12/02 |
| 136 | LPNBSCHPG | Premium Schedule Page Values | AS/400 db | 11,708 recs | 7 fields | schedule page - factors used for sched & cost disclosures | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 137 | LPNBPRMVL | Premium Volume File | AS/400 db | 8,198 recs | 39 fields | premium volume file - manually enter | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 138 | LPNBSURCHG | Surrender Charge Factors | AS/400 db | 7 recs | 6 fields | surrender charges - used for illustrations - manual or no conv | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 139 | LPNBSURU03 | Surrender Charge Factors - (U03) | AS/400 db | 600 recs | 10 fields | surrender charges - used for illustrations - manual or no conv | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 140 | LPADCOVBEN | Coverage Benefit File | AS/400 db | 146,500 | 9 | Benefit recs - attached to a coverage - one benefit that CFO doesn't carry is Accelerated Death Benefit - the XCD may be added based on criteria (volume at a given level, issue age range, etc.) unsure where this info will be held (liens) in 'other loan' field 146,500 - this number is adjusted from Vickie's spreadsheet - original number was 398,256 Does this file contain all coverages including XCD coverages? Can identify criteria to determ line whether this coverage exists. It is on every perm anant policy with face amount greater than $20,000. There is no premium for this benefit. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 141 | LPNBISPCV | FPUL Cash Value File | AS/400 db | 0 | 0 | Does this file need to be converted in addition to the mainframe file? Do these represent the guaranteed cash values? | See LFCSHVL file on mainframe. 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |

ADVANTAGE 000085

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| ID | FILE NAME | DESCRIPTION | SIZE | NOTES | CONVERSION DECISIONS | PROGRAMMER | DATE |
|---|---|---|---|---|---|---|---|
|  |  | Deferred Annuities - general |  | ~900 policies, trx database ~9,000 recs. Some in force since 1979 paying monthly (pac), issued ~1 per month for last two years. | IRAs - CFO could not handle product features - no n/a - see below Ingenium mods necessary, turbo Pascal programs written in 1988 with native database (turbo toolbox for index), Accounting done manually.; ~4-6 products? less than ten products? (IRAs, TSA, HR-10, etc. no loans) plan type 1 - 1 contract, type 2 - 22 contracts, type 4 - admin fee assessed if and only if a payment during the year. Need to match last annual statement with values. Want to use adjusting entry for new Annuity business. Plan to use Ingenium for starting balance as of last anniversary and load all trxs for partial year up to conversion date, instead of converting all history. 5498s handled by sending data to IRS system. Annual stmts done on PC system. Clients will have to be added to AS/400 & converted from there. Files: policy, transaction & bank. |  |  |
| 142 | policy.txt | Deferred Annuities - policy file | turbo toolbox | ~900 policies, trx database ~9,000 recs. Some in force since 1979 paying monthly (pac), issued ~1 per month for last two years | | price | |
| 143 | xaction.txt | Deferred Annuities - transactions file | turbo toolbox | | | price | |
| 144 |  | Deferred Annuities - interest file | 1,041 | 724 active policies | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
| 145 |  | Deferred Annuities - Lapse file | 31 | 9,024 active records | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
| 146 |  | Deferred Annuities - Tax record | 10 | | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
| 147 |  | Deferred Annuities - PAC file | 24 | 3 fields  Contains date and interest rate. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
| 148 |  | Deferred Annuities - bank file | 42 | 4 fields  Contains policy number and date. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
| 149 |  | Supplementary Contracts | 0 | 3 fields  Contains date and tax rate. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
|  |  |  | 41 | 5 fields  Contains policy number, bank numbers & withdrawal date. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
|  |  |  |  | 6 fields  6 fields in this bank record. Bank information will be converted from LFBNKFL on the mainframe. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
|  |  |  | 76 + 8 life annuities = 84 total | Monthly payments for 10 years or set amt per month until exhausted. No deposits on the 76, only pay outs. Roll overs from IRAs or death claim proceeds payouts to beneficiaries. Convert these manually. Will not need to capture payment history prior to last anniversary on the 76. Set up issue date as the prior anniversary. | | | |
| 150 |  | Structured Settlement Annuity Contracts | 58 | Lump sum distributed in a stream (no Life Annuities) Convert these manually. | | | |

ADVANTAGE 000086

ADVANTAGE 000087

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS  Schedule B.2
## (as of 2/20/02)

| ID# | SOURCE SYSTEM NAME | SOURCE TYPE/ DESCRIPTION | # OF RECORDS | ADDITIONAL COMMENTS | CONVERSION RECOMMENDATION/ DECISION | DECISION APPROVAL | DECISION DATE |
|---|---|---|---|---|---|---|---|
| 151 | | Group Life - spreadsheet or custom file may be source of conversion especially for this purpose. | 2,414 | do want to convert (one of the first) (small face amounts.) Was a spin off of old payroll system - disappeared with conversion to PeopleSoft. Don't know where to convert this data from - probably a spreadsheet with client, face amount & premium. Set up as list bill groups with one plan. (ART - same face amt (10,000) until retirement when it reduces to 5,000) Some clients are not on client file - will be added manually. Mechanically convert policies & clients. | | BT | 2/11/01 |
| 152 | Retirement | | ~70 | original estimate was ~1,700 employees and 3 groups<br><br>Sandy Godwin to provide m ore detail on source for conversion as it becom es available.<br><br>Response: Currently, the plan is for Alfa to convert the client data into our client database (that Advantage will be converting from) and provide a file containing the client number for each policy. The generic policy will need to be built for each of these clients. There are three different group bills associated with these. Also, some of the retired/disabled policies become part of a group bill when the insured reaches age 60. ALFA will provide this data. Vicki thinks that we will Convert from a spreadsheet. | 1) Do not convert the information in this file into Ingenium. | SG | 2/11/01 |
| 153 | Death Claims | | ~400 death claims per year | term policy (large face amounts) Face amount of insurance changes each year. This just disappeared with PeopleSoft conversion. Probably will have data on Spreadsheet. Convert manually because of small volume. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
| 154 | LUS | | | spreadsheet tracking. Ingenium has a status but little functionality. Handled manually now.<br><br>Lincoln Underwriting System - AS/400 interfaces to this system and is viewed on AS/400. Everything except unmatched bloods & urines (new business has not arrived but have lab tests). No conversion. LUS is going away. Will use Clear Case & Ingenium in the future. Only used for jet issue. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS   Schedule B.3
## (as of 2/20/02)

| # | Policy/Coverage | Table | Description | Keys | Count | Notes | Ingenium Tables | Source | Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Policy/Coverage | POL | Base Policy Information | Company ID<br>Policy ID | 246 | Conversion will come from several sources. It will come from CFO master, cancer master, sa400, a PC system (DEFERRED ANN), and a spreadsheet. This table contains the base policy information for life health and annuity policies. Pending inforce and terminated policies are all contained in this table and are identified by a status code. | CFOMAST<br>YTDCFO<br>CHGNOT<br>EXTLIF<br>ADDDEP I<br>ADDDEP II<br>NAMADR<br>EIF-BASE<br>ULF-BASE<br>AHMAST<br>CANFILE<br>LFSURR<br>LFRNGR<br>Def Annuities<br>LFRPMST<br>CANAPEXT | BT | 2/13/02 |
| 2 | Policy/Coverage | POLC | Policy Client Information | Company ID<br>Policy ID<br>Relationship Type<br>Client ID | 10 | 1) Upon conversion, an Ingenium client will have to be established for each client encountered. There will be several duplicate clients created as a result of this process. The same person may be an insured on more than one policy, or also identified as a beneficiary, payer, agent, etc. on the same policy. 2) Will the criteria for combining clients will be developed later in the project. No | LFASSNE<br>LPADCLT<br>Group Life | BT | 2/13/02 |
| 3 | Policy/Coverage | BENE | Beneficiary Information | Company ID<br>Policy ID<br>Sequence Number | 14 | 1) In the Ingenium system, it is optional to create client table entries for a beneficiary, or just record the name in the BENE table entry. 2) Should client entries be created for beneficiaries? No 3) Are these records going to be converted mechanically? No | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 4 | Policy/Coverage | POLL | Policy Loan Information | Company ID<br>Policy ID<br>Loan ID | 18 | Only the loans on active policies will be converted since loan information on terminated cases is unreliable. | LONLEN | BT | 2/13/02 |
| 5 | Policy/Coverage | LHST | Policy Loan History Information | Company ID<br>Policy ID<br>Loan ID<br>Loan Effective Date<br>Loan Sequence Number | 12 | Only the loans on active policies will be converted since loan information on terminated cases is unreliable. | LONLEN | BT | 2/13/02 |
| 6 | Policy/Coverage | POLN | Policy Notify Information | Company ID<br>Policy ID<br>Notify Date<br>Sequence Number | 10 |  | CHGNOT | BT | 2/13/02 |
| 7 | Policy/Coverage | POLP | Policy Payout Information | Company ID<br>Policy ID<br>Payout Number | 24 | How are policy payouts currently handled? Yes - there are annuities on the PC that have matured but these payments are done manually now and will continue to be done manually. Is there any information to mechanically convert? No. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS Schedule B.3
## (as of 2/20/02)

| # | Category | Table | Description | Keys | Count | Notes | Fields | Status | Date |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Policy/Coverage | POLT | Policy Tax Information | Company ID Policy ID | 58 | This table contains the policy tax related information. One record for each policy is stored on this table. There are several tax related fields in the POLT table. Do we think that any of these fields need to be populated upon conversion? Yes At dummy POLT entry with at least the remaining basis will need to be created to calculate the gain on future surrenders. Martin will provide guidance on which other fields will need to be populated. | 1) Do not mechanically populate this Ingenium table. | LFSURR others? | BT | 2/13/02 |
| 9 | Policy/Coverage | | | | 9 | What file should these records be converted from? Use Agent Interest trailer - this is for production credit. | | AGTINT | BT | 2/13/02 |
| 10 | Policy/Coverage | CNTX new table in 6.3 | Contribution Transaction | 7 | | This table provides the details of policy contributions. In addition to the amount, information includes the type of contribution, the client making the contribution, the tax year, and the reporting status. A contribution may be related to a Cash Allocation Activity record and a country-specific reporting record. This appears to be used for contribution limits on qualified investments. Are there any policies that are qualified such as IRAs? Yes, have some in annuities on PC but a small number. Cary to research details. 111 qualified policies found including HR-10, TSA, IRA with life insurance. If so, do we think these table entries need to be created? May need to populate to create correct 5498 tax forms. CNTX is used to track contributions to qualified annuities in 6.3 according to the answer Martin Hau received from Solcorp Development. | EXTLIFE TRMRDR SUPBEN Commission History EIF-BASE ULF-BASE A-H-MAST CANFILE LFSURR LFRINGR Def Annuities | BT | 2/13/02 |
| 11 | Policy/Coverage | POLW | Policy Writing Agents | Company ID Policy ID Agent ID | 189 | | AGTINT | BT | 2/13/02 |
| 12 | Policy/Coverage | CVG | Base Coverage Information | Company ID Coverage Number | 18 | | | BT | 2/13/02 |
| | Policy/Coverage | CVGA | Coverage Agent Information | Company ID Policy ID Coverage Number Agent ID | | | | | |