# EXHIBIT 1

ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS  Schedule B.3
(as of 2/20/02)

| # | Module | Code | Table Name | Fields | Count | Notes | Decision | Date |
|---|---|---|---|---|---|---|---|---|
| 182 | Online Support | PCOM | System Company Configuration | Company ID | 24 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 183 | Online Support | PSYS | System Control Information | System Control ID | 10 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 184 | Online Support | SCCL | Subsidiary Company/Client | Company ID / Subsidiary Company ID / Language Code | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 185 | Online Support | SCOM | Subsidiary Company | Company ID / Subsidiary Company ID | 85 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 186 | Online Support | ATRN | Online Transaction Info | Company ID / User ID / Transaction Date / Transaction Time / Task ID / Sequence Number | 11 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 187 | Online Support | AUDI | Audited Database Change Info | Company ID / Audit Key Indicator / Audit Date / Audit Time / User ID / Instance ID / Instance Sequence # | 15 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 188 | Online Support | ERLG | On-line / Batch Error Log | Error Date / Error Time | 11 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 189 | Online Support | MSAU | On-line / Batch Audited Messages | Company ID / User ID / Transaction ID / Audited Message Date / Audited Message Time | 15 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 190 | Online Support | MSGS | On-line / Batch Messages | Company ID / Message Reference ID / Message Reference # / Language Code / Security Class Code | 10 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 191 | Online Support | MSIN | On-line / Batch Messages By User | User ID / Message Date / Message Time / Task ID / Sequence Number | 15 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 192 | Online Support | USES | User Application Sign-on info | Session ID / User ID | 9 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 193 | Online Support | USER | User Session Total Information | Subsidiary Company ID / User ID / Session Time Stamp | 13 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 194 | Online Support | CKPT | Checkpoint Information | Company ID / Checkpoint Program ID / Instance ID | 10 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 195 | Online Support | BFCN | Business Functions | Business Function ID | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 196 | Online Support | BPFL | Business Process Flow | Business Process Flow ID | 3 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 197 | Online Support | BPFS | Business Process Flow Security | Company ID / Security Class ID / Business Process Flow ID | 9 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 198 | Online Support | CRAS new table in 6.3 | Country Region Assignment | ? | 7 | This table assigns a region code based the regional exit ID and the country. A region code is used to reduce the effort to assign the same processing to many countries. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 199 | Online Support | DMAD | Descriptions by Language | Company ID / Allowed Value Table CD / Allowed Value Code / Allowed Value Language | 7 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS — Schedule B.3
(as of 2/20/02)

| # | Module | Table | Description | Columns | Count | Notes | Decision | Date |
|---|---|---|---|---|---|---|---|---|
| 200 | Online Support | DMAS | Allowed Values | Allowed Value Table CD / Allowed Value Code / Allowed Value Subset CD | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 201 | Online Support | DMAV | Allowed Values Grpd by Table | Allowed Value Table Code / Allowed Value Code | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 202 | Online Support | EDIT | Edit Table Information | Company ID / Edit Table Type ID / Edit Value ID / Edit Language Code | 7 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 203 | Online Support | TTAB | Translation Table Info | Company ID / Edit Table Type ID / Edit Table Value ID / Admin Application ID | 7 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 204 | Online Support | PASS | Policy ID Assignment | Company ID / Business Class Code | 7 | This table is used for automatic policy assignment. It contains starting and ending values of the policy ID for the specified class of business. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 205 | Online Support | PRTR | Printer Information | Company ID / Printer ID | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 206 | Online Support | TEXT | Text String Information | Company ID / Text Source ID / Reference ID / Language ID | 10 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 207 | Online Support | TRAN | Transaction Extract Info | Company ID / User ID / Transaction Date / Transaction Time / Transaction Task ID / Sequence Number | 11 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 208 | Online Support | TWRK | Temporary Information | User ID / Process ID / Instance ID / Area ID / Sequence Number | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 209 | Online Support | UXIT | User Exit | User Exit ID | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 210 | Online Support | RXIT new table in 6.3 | Regional Exit | ? | | This table contains regional exits used by INGENIUM. A regional exit is a program containing specific processing for a particular region. This table supports multiple regions with one source base of INGENIUM. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 211 | Online Support | MT | Monthly Commission and | Company ID / Monthly Control ID | 8 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 212 | Online Support | MENU | Menu Relationships | Menu ID / Menu Group Code / Timestamp | 7 | This table contains relationships between INGENIUM Menu Groups and Business Process Flows for a given Menu. A user is assigned a specific Menu via their security user class. The final Menu structure for a given user is the structure defined on this table minus Business Process Flows to which their security class does not have access. The table above only a two level structure | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 213 | Batch Support | BPEX | Batch Job Information | Company ID / Batch Program ID / Instance ID / Group ID | 8 | This table contains executing batch jobs by batch program group. It is used in determining whether Business Process Flows can start. A Business Process Flow can not start unless it has a concurrency rule for every batch program group currently executing. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS   Schedule B.3
## (as of 2/20/02)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 214 | Batch Support | BPFC | Batch Process Rules | Batch Program Group ID | 4 | This table provides the rules that allow a Business Process Flow to start while batch programs are executing. A Business Process Flow may start if no batch program is running or if the Business Process Flow has a rule record for all batch program groups currently executing. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 215 | Batch Support | BPGA | Batch Program Group Information | Batch Program ID Group ID | 4 | This table associates batch programs with batch program groups. It is used in conjunction with the Business Process Flow Concurrency Rule table to allow Business Process Flows to run at the same time as some batch programs. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 216 | Security | USCL | Valid Security Classes Info | Security Class ID | 7 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 217 | Security | USEC | Valid User Security Information | User ID | 13 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 218 | Security | XTAB | Security Edit Values Info | Edit Type ID Edit Value ID Language Code | 4 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 219 | Security | ASCL | Applications Security Classes Info | Security Class ID Company ID | 32 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |

# ALFA LIFE DATA CONVERSION TASKS FOR CFO POLICIES ONLY
## ( as of 2/20/2002 )

| PROJECT PHASE | TASK ID | RELATED TRAILER/FILE/TABLE | SYSTEM | TASK DESCRIPTION | PERSON DAYS | PHASE TOTAL |
|---|---|---|---|---|---|---|
| DATA ANALYSIS | 1 | CFOMAST-Base | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 2 | CFOMAST-Base | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 3 | CFOMAST-Term | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 4 | CFOMAST-Term | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 5 | CHGNOT Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 6 | CHGNOT Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 7 | EXTLIF Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 8 | EXTLIF Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 9 | AGTINT Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 10 | AGTINT Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 11 | TRMRDR Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 12 | TRMRDR Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 13 | ADDDEP1 Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 14 | ADDDEP1 Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 15 | ADDDEP2 Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 16 | ADDDEP2 Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 17 | SUPBEN Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 18 | SUPBEN Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 19 | LONLEN Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 20 | LONLEN Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 21 | NAMADR Trailer | CFO | Create Data Analysis reports for this trailer. | 6 | |
| DATA ANALYSIS | 22 | NAMADR Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 3 | |
| DATA ANALYSIS | 23 | LFCSHVL | CFO | Create Data Analysis reports for this file. | 4 | |
| DATA ANALYSIS | 24 | LFCSHVL | CFO | Resolve any data issues that have surfaced for this file. | 2 | |
| DATA ANALYSIS | 25 | Comm History | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 26 | Comm History | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 27 | LFBNKFL | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 28 | LFBNKFL | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 29 | EIF - Base | FUND | Create Data Analysis reports for this file. | 4 | |
| DATA ANALYSIS | 30 | EIF - Base | FUND | Resolve any data issues that have surfaced for this file. | 2 | |
| DATA ANALYSIS | 31 | EIF - FUND Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 32 | EIF - FUND Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 33 | EIF - MAINT Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 34 | EIF - MAINT Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 35 | EIF - INV YR Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 36 | EIF - INV YR Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 37 | EIF - LAPSE Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 38 | EIF - LAPSE Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 39 | ULF - Base | FUND | Create Data Analysis reports for this file. | 4 | |
| DATA ANALYSIS | 40 | ULF - Base | FUND | Resolve any data issues that have surfaced for this file. | 2 | |
| DATA ANALYSIS | 41 | ULF - BUCKET Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 42 | ULF - BUCKET Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 43 | ULF - VERSARY Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 44 | ULF - VERSARY Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 45 | ULF - MAINT Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 46 | ULF - MAINT Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 47 | ULF - CHGDBO Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 48 | ULF - CHGDBO Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 49 | ULF - CHGWMD Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 50 | ULF - CHGWMD Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 51 | ULF - PREMPAY Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |

Schedule B.4

# ALFA LIFE DATA CONVERSION TASKS FOR CFO POLICIES ONLY
## ( as of 2/20/2002 )

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION | PERSON DAYS | PHASE TOTAL |
|---|---|---|---|---|---|---|
| DATA ANALYSIS | 52 | ULF - PREMPAY Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 53 | ULF - LOAN Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 54 | ULF - LOAN Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 55 | ULF - WITHDRAW Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 56 | ULF - WITHDRAW Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 57 | ULF - LAPSE Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 58 | ULF - LAPSE Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 59 | ULF - CONVERT Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 60 | ULF - CONVERT Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 61 | ULF - REINST Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 62 | ULF - REINST Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 63 | LFREIN | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 64 | LFREIN | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 65 | REINRATE | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 66 | REINRATE | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 67 | LFALLOW | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 68 | LFALLOW | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 69 | LFALWRT | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 70 | LFALWRT | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 71 | LFASSNE | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 72 | LFASSNE | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 73 | LFRPMST | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 74 | LFRPMST | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 75 | LFSURR | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 76 | LFSURR | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 77 | LFIRNGR | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 78 | LFIRNGR | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 79 | CFODVNV | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 80 | CFODVNV | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 81 | DHX28 | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 82 | DHX28 | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 83 | CANAPEXT | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 84 | CANAPEXT | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 85 | LFTAMRA | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 86 | LFTAMRA | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 87 | DEPMAST | CFO | Create Data Analysis reports for this file. | 4 | |
| DATA ANALYSIS | 88 | DEPMAST | CFO | Resolve any data issues that have surfaced for this file. | 2 | |
| DATA ANALYSIS | 89 | LONLEN Term | CFO | Create a list of all loan trailers on terminated polcies. | 1 | |
| DATA ANALYSIS | 90 | LPACCKJN | AS/400 | Create Data Analysis reports for this table. | 3 | |
| DATA ANALYSIS | 91 | LPACCKJN | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 92 | LPACMSTR | AS/400 | Create Data Analysis reports for this table. | 3 | |
| DATA ANALYSIS | 93 | LPACMSTR | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 94 | LPACREF | AS/400 | Create Data Analysis reports for this table. | 3 | |
| DATA ANALYSIS | 95 | LPACREF | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 96 | LPCLADDR | AS/400 | Create Data Analysis reports for this table. | 2 | |
| DATA ANALYSIS | 97 | LPCLADDR | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 98 | LPADCLT | AS/400 | Create Data Analysis reports for this table. | 2 | |
| DATA ANALYSIS | 99 | LPADCLT | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 100 | LPCLCNTL | AS/400 | Create Data Analysis reports for this table. | 2 | |
| DATA ANALYSIS | 101 | LPCLCNTL | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 102 | LPCLDGRPH | AS/400 | Create Data Analysis reports for this table. | 2 | |

# ALFA LIFE DATA CONVERSION TASKS FOR CFO POLICIES ONLY
## ( as of 2/20/2002 )

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION | PERSON DAYS | PHASE TOTAL |
|---|---|---|---|---|---|---|
| MAPPING | 34 | CFAG | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 35 | SDEP | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 36 | SDEP | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 37 | UH | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 38 | UH | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 39 | UHCO | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 40 | UHCO | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 41 | PGAL | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 42 | PGAL | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 43 | CLI | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 6 | |
| MAPPING | 44 | CLI | Ingenium | Resolve any data mapping issues. | 2 | |
| MAPPING | 45 | CLIA | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 46 | CLIA | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 47 | CLIB | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 48 | CLIB | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 49 | CLNM | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 50 | CLNM | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 51 | AGTC | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 52 | AGTC | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 53 | LABR | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 54 | LABR | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 55 | MIBT | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 56 | MIBT | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 57 | REQT | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 58 | REQT | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 59 | CC | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 60 | CC | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 61 | ACTX | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 3 | |
| MAPPING | 62 | ACTX | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 63 | BNKA | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 64 | BNKA | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 65 | BNKB | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 66 | BNKB | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 67 | CHTX | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 3 | |
| MAPPING | 68 | CHTX | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 69 | RI | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 4 | |
| MAPPING | 70 | RI | Ingenium | Resolve any data mapping issues. | 2 | |
| MAPPING | 71 | RT | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 4 | |
| MAPPING | 72 | RT | Ingenium | Resolve any data mapping issues. | 2 | |
| MAPPING | 73 | MD | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 74 | MD | Ingenium | Resolve any data mapping issues. | 1 | 155 |
| CODING | 1 | POL | Ingenium | Code / unit test program to convert the data into this table. | 6 | |
| CODING | 2 | POLC | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 3 | POLL | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 4 | LHST | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 5 | POLN | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 6 | POLT | Ingenium | Code / unit test program to convert the data into this table. | 3 | |
| CODING | 7 | POLW | Ingenium | Code / unit test program to convert the data into this table. | 1 | |
| CODING | 8 | CVG | Ingenium | Code / unit test program to convert the data into this table. | 6 | |
| CODING | 9 | CVGA | Ingenium | Code / unit test program to convert the data into this table. | 2 | |

# ALFA LIFE DATA CONVERSION TASKS FOR CFO POLICIES ONLY
## ( as of 2/20/2002 )

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION | PERSON DAYS | PHASE TOTAL |
|---|---|---|---|---|---|---|
| CODING | 10 | CVGC | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 11 | PHST | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 12 | AMEX | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 13 | BNDV | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 14 | TAMH | Ingenium | Code / unit test program to convert the data into this table. | 3 | |
| CODING | 15 | CFLW | Ingenium | Code / unit test program to convert the data into this table. | 16 | |
| CODING | 16 | CFCO | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 17 | CFAG | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 18 | SDEP | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 19 | UH | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 20 | UHCO | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 21 | PGAL | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 22 | CLI | Ingenium | Code / unit test program to convert the data into this table. | 6 | |
| CODING | 23 | CLIA | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 24 | CLIB | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 25 | CLNM | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 26 | AGTC | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 27 | LABR | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 28 | MIBT | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 29 | REQT | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 30 | CC | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 31 | ACTX | Ingenium | Code / unit test program to convert the data into this table. | 3 | |
| CODING | 32 | BNKA | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 33 | BNKB | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 34 | CHTX | Ingenium | Code / unit test program to convert the data into this table. | 3 | |
| CODING | 35 | RI | Ingenium | Code / unit test program to convert the data into this table. | 4 | |
| CODING | 36 | RT | Ingenium | Code / unit test program to convert the data into this table. | 4 | |
| CODING | 37 | MD | Ingenium | Code / unit test program to convert the data into this table. | 2 | 107 |
| TESTING | 1 | n/a | Ingenium | Create cross edit programs for testing. | 30 | |
| TESTING | 2 | n/a | Ingenium | Run cross edit programs. | 20 | |
| TESTING | 3 | n/a | Ingenium | Resolve any issues discovered by cross edit programs. | 40 | |
| TESTING | 4 | n/a | Ingenium | Load database(s) for User Testing. | 20 | |
| TESTING | 5 | n/a | Ingenium | Resolve any issues discovered in User Testing. | 20 | 130 |
| PRE-PROD | 1 | n/a | n/a | Optimize conversion routines. | 8 | |
| PRE-PROD | 2 | n/a | n/a | Run full conversion to test space, time. | 10 | |
| PRE-PROD | 3 | n/a | n/a | Plan and prepare for cut-over weekend for conversion. | 16 | 34 |
| CONV | 1 | n/a | n/a | Perform data conversion. | 20 | |
| CONV | 2 | n/a | n/a | Verify conversion tasks have all been completed. | 10 | |
| CONV | 3 | n/a | n/a | Resolve any post-conversion problems. | 20 | 50 |
| | | | | TOTALS | 723 | 723 |

ADVANTAGE 000114

# ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
## (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | INGENIUM TOTAL LENGTH | QUESTIONS/COMMENTS | SOURCE FILE OR CFO TRAILER | NUMBER OF SOURCE RECS | INGEN TOTAL COUNT | TOTAL LEN x INGEN TOT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Policy/Coverage | POL | Base Policy Information | Company ID Policy ID | 1372 | Conversion will come from several sources. It will come from CFO master, cancer master, as400, a PC system (DEFERRED ANN), and a spread sheet. This table contains the base policy information for life health and annuity policies. Pending inforce and terminated. | CFOMAST CHGNOT EXTLIF ADDDEP YTDCFO CHGNOT EXTLIF ADDDEP NAMADR EIF-BASE ULF-BASE AHMAST CANFILE LFSURR LFRINGR Def Annuities LFRPMST CANAPEXT | 200,170 22,302 28,702 25,713 330,778 232,405 145,417 25,173 3,684,059 10,381 EIF-BASE ULF-BASE 2,546 5,616 5,938 1,041 73,149 75,703 | 620,619 | 851,489,268 |
| 2 | Policy/Coverage | POLC | Policy Client Information | Company ID Policy ID Relationship Type Client ID | 96 | | LFASSNE LPADCLT Group Life | 2,440 1,070,898 2,414 | 1,075,752 | 103,272,192 |
| 3 | Policy/Coverage | POLL | Policy Loan Information | Company ID Policy Loan ID | 136 | Only the loans on active policies will be converted since loan information on terminated cases is unreliable. | LONLEN | 15,303 | 15,303 | 2,081,208 |
| 4 | Policy/Coverage | LHST | Policy Loan History Information | Company ID Loan ID Loan Effective Date Loan Sequence Number | 92 | | LONLEN | 15,303 | 15,303 | 1,407,876 |
| 5 | Policy/Coverage | POLN | Policy Notify Information | Company ID Policy ID Notify Date Sequence Number | 80 | This table contains policy notify information. Policy notify records are stored by date. Assumption that conversion is 1 for 1. | CHGNOT | 254,707 | 254,707 | 20,376,560 |
| 6 | Policy/Coverage | POLT | Policy Tax Information | Company ID Policy ID | 444 | This table contains policy tax related information. One record for each policy is stored on this table. There are several tax related fields in the POLT table. Do we think that any of these fields need to be populated upon conversion? Yes Assumption that conversion is 1 for one at the policy level | LFSURR others? | 5,616 | 5,616 | 2,493,504 |
| 7 | Policy/Coverage | POLW | Policy Writing Agents | Company ID Policy ID Agent ID | 75 | Use Agent Interest trailer - this is for production credit. | AGTINT | 530,612 | 530,612 | 39,795,900 |
| 8 | Policy/Coverage | CVG | Base Coverage Information | Company ID Policy ID Coverage Number | 1,002 | Assumption conversion is 1 for 1. | EXTLIFE TRMRDR SUPBEN Comm History AHMAST CANFILE Deferred Annuities LFNGR LPNBCOV Def Annuities LFSURR | 43,339 71,128 426,334 110,029 10,381 2,546 5,938 1,041 109,355 1,041 5,616 | 671,103 | 672,445,206 |

# ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
## (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | INGENIUM TOTAL LENGTH | QUESTIONS/ COMMENTS | SOURCE FILE OR GFD TRAILER | NUMBER OF SOURCE RECS | INGEN. TOTAL COUNT | TOTAL LEN. INGEN TOT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Policy/Coverage | CVGA | Coverage Agent Information | Company ID<br>Policy ID<br>Coverage Number<br>Agent ID | 111 | This table contains the commissionable Agent information for a specific Coverage. Assumption that conversion is 1 for 1 and includes both active an terminated records. | AGTINT Active<br>AGTINT - Term | 215,362<br>315,250 | 530,612 | 58,897,932 |
| 10 | Policy/Coverage | CVGC | Coverage Client Information | Company ID<br>Policy ID<br>Coverage Number<br>Client Relationship Type<br>Client ID | 78 | This table contains Client Information that is related to a specific Coverage. | LPADCLT<br>Group Life | 1,070,898<br>2,414 | 1,073,312 | 83,718,336 |
| 11 | Policy/Coverage | PHST | Policy / Coverage Change History Info | Company ID<br>Policy ID<br>Effective Date<br>Sequence Number | 128 | EIF-FUND-TRAILER VSAM- 2,666,093<br>EIF-FUND-TRAILER Seq -10309075<br>EIF-FILE-MAINT-TRAILER VSAM 30992<br>FILE-MAINT-TRAILER SEQ 70747<br>INVESTMENT-YR-TRAILER VSAM 170376 EIF-<br>INVESTMENT-YR-TRAILER SEQ 472500 EIF-<br>LAPSE-PROC-TRAILER VSAM 48015<br>EIF-LAPSE-PROC-TRAILER SEQ 5654   ULF-<br>BUCKET-TRAILER VSAM 185426    ULF-<br>BUCKET-TRAILER SEQ 347545    ULF-<br>VERSARY-TRLR VSAM 1686640    ULF-<br>VERSARY-TRLR SEQ 4517139    ULF-<br>FILE-MAINT-TRLR VSAM 30,279    ULF-<br>FILE-MAINT-TRLR SEQ   61,557    ULF-<br>CHG-DBO-REC VSAM     3994    ULF-<br>CHG-DBO-REC SEQ      7813    ULF-<br>CHG-WMD-REC VSAM     3871    ULF-<br>CHG-WMD-REC SEQ    15214    ULF-<br>PREM-PAY-TRLR  VSAM  976727    ULF-<br>PREM-PAY-TRLR SEQ 3047969    ULF-<br>LOAN-TRLR VSAM 16553<br>ULF-LOAN-TRLR SEQ      30631<br>ULF-FUND-WITHDRAW-TRLR VSAM 622<br>ULF-FUND-WITHDRAW-TRLR SEQ 1079<br>ULF-LAPSE-PROC-TRLR VSAM 37569<br>ULF-LAPSE-PROC-TRLR SEQ    203<br>ULF-CONVERT-PROC-TRLR VSAM 18124<br>ULF-CONVERT-PROC-TRLR SEQ 107510<br>ULF-REINSTATEMENT-TRLR 216<br>ULF-REINSTATEMENT-TRLR 154 | 2,666,093<br>10,309,075<br>30,992<br>70,747<br>170,376<br>472,500<br>48,015<br>5,654<br>185,426<br>347,545<br>1,686,640<br>4,517,139<br>30,279<br>61,557<br>3,994<br>7,813<br>3,871<br>15,214<br>976,727<br>3,047,969<br>16,553<br>30,631<br>622<br>1,079<br>37,569<br>203<br>18,124<br>107,510<br>216<br>154 | EIF - BASE<br>ULF - BASE | 24,870,287 | 3,183,396,736 |
| 12 | Policy/Coverage | AMEX | Amendments / Exclusions Info | Company ID<br>Policy ID<br>Record Type Code<br>Sequence Number | 871 | | LPNBHOEND<br>LPNBCNTAMD | 122,498<br>59,757 | 182,255 | 158,744,105 |
| 13 | Policy/Coverage | BNDV | Bonus/Dividend | Company ID<br>Policy ID<br>Coverage Number<br>Bonus/Div Type Code<br>Bonus/Div IDT Number<br>Bonus/Div Sequence # | 103 | 1). This table contains dividend annual bonus and terminal bonus activity. | ADDDEP I<br>ADDDEP II | 42,926 | 42,926 | 4,421,378 |
| 14 | Policy/Coverage | TAMH | TAMRA Tax Information (US) | Company ID<br>Policy ID<br>Effective Date | 136 | This table contains information used to support the U.S. Technical and Miscellaneous Revenue Act (TAMRA) and associated seven-pay processing requirements.<br>Historical information is needed in order to do retroactive processing triggered by face decrease | LFTAMRA | 198,099 | 198,099 | 26,941,464 |

# ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
## (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | QUESTIONS / COMMENTS | INGENIUM TOTAL LENGTH | SOURCE FILE OR CFO TRAILER | NUMBER OF SOURCE RECS | INGEN. TOTAL COUNT | TOTAL LEN X INGEN. TOT. COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Policy/Coverage | CFLW | Cash Flow Detail Info | Company ID<br>Policy Number<br>Coverage Number<br>Cash Flow Type Code<br>Effective Date<br>Sequence Number | EIF-FUND-TRAILER VSAM- 2666093<br>EIF-FUND-TRAILER Seq.-103090075<br>EIF-FILE-MAINT-TRAILER VSAM 30992<br>FILE-MAINT-TRAILER SEQ 70747<br>INVESTMENT-YR-TRAILER VSAM 170376<br>INVESTMENT-YR-TRAILER SEQ 472500    EIF-<br>LAPSE-PROC-TRAILER VSAM 48015<br>EIF-LAPSE-PROC-TRAILER SEQ 5654<br>ULF-BUCKET-TRAILER VSAM 185426<br>ULF-BUCKET-TRAILER SEQ 347545<br>ULF-VERSARY-TRLR VSAM 1686640    ULF-<br>VERSARY-TRLR SEQ 4517139         ULF-<br>FILE-MAINT-TRLR VSAM   30279    ULF-<br>FILE-MAINT-TRLR SEQ    61557    ULF-<br>CHG-DBO-REC VSAM       3994     ULF-<br>CHG-DBO-REC SEQ        7813     ULF-<br>CHG-WMD-REC VSAM       3871     ULF-<br>CHG-WMD-REC SEQ        15214    ULF-<br>PREM-PAY-TRLR VSAM     976727   ULF-<br>PREM-PAY-TRLR SEQ      3047969  ULF-<br>ULF-LOAN-TRLR VSAM 16553<br>LOAN-TRLR SEQ          30631<br>Deferred Annuities Transactions 10390 | 538 | EIFEIFFL TRAILERS<br>LFUFLFFL TRAILERS<br>Def Annuities - transactions | 2,666,093<br>10,309,075<br>30,992<br>70,747<br>170,376<br>472,500<br>48,015<br>5,654<br>185,426<br>347,545<br>1,686,640<br>4,517,139<br>30,279<br>61,557<br>3,994<br>7,813<br>3,871<br>15,214<br>976,727<br>3,047,969<br>16,553<br>30,631<br>10,390 | 24,715,200 | 13,296,777,600 |
| 16 | Policy/Coverage | CFCO | Cash Flow Coverage Info | Company ID<br>Policy ID<br>Coverage Number<br>Cash Flow Type Code<br>Effective Date<br>Sequence Number<br>Allocation Coverage # | See comments in CFLW | 98 | LFEIFFL TRAILERS<br>LFULFFL TRAILERS<br>Def Annuities - transactions | 24,666,282 | 24,667,323 | 2,417,397,654 |
| 17 | Policy/Coverage | CFAG | Agent Info for Flexible Premium Deposits | Company ID<br>Policy Number<br>Coverage Number<br>Sequence Number | This table contains agent information applicable to flexible premium annuity deposit commissions. The agent information is defaulted from the FPA coverage information but can be overridden at the time of the deposit transaction. | 99 | Def Annuities - transactions<br>Def Annuities - policies<br>AGTINT | 10,930<br>1,041<br>530,612 | 561,653 | 55,603,647 |
| 18 | Policy/Coverage | UH | Universal Life Monthaversary Info | Company ID<br>Policy ID<br>Effective Date Number | This table contains Universal Life Monthaversary information which is used to control the undo/redo process and provide inquiry on monthaversary processing information. | 176 | ULF-VERSARY-TRLR VSAM<br>ULF-VERSARY-TRLR SEQ | 1,686,640<br>4,517,139 | 6,203,779 | 1,091,865,104 |
| 19 | Policy/Coverage | UHCO | Universal Life Monthaversary | Company ID<br>Policy Number<br>Coverage Number<br>Effective Date Number<br>Coverage Number | One entry per universal life policy per month is stored on this table.<br>This table contains Universal Life Monthaversary coverage information.<br>ULF-VERSARY-TRLR VSAM 1686640    ULF<br>VERSARY-TRLR SEQ    4517139<br>ULF-CHG-DBO-REC VSAM   3994     ULF<br>CHG-DBO-REC SEQ        7813<br>ULF-FUND-WITHDRAW-TRLR VSAM 622<br>ULF-FUND-WITHDRAW-TRLR SEQ 1079 | 208 | LFUFLFFL TRAILERS | 1,686,640<br>4,517,139<br>3,994<br>7,813<br>622<br>1,079 | 6,203,779 | 1,290,386,032 |

Handwritten note: "What product Monthversing info - ISB - monthaversary monthversing thru"

# ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
## (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | INGENIUM TOTAL LENGTH | QUESTIONS / COMMENTS | SOURCE FILE OR CFO TRAILER | NUMBER OF SOURCE RECS | INGEN. TOTAL COUNT | TOTAL LEN * INGEN TOT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Policy/Coverage | PGAL new table in 6.3 | Policy Gain Allocation | ? | 50 | 1). This table contains principal and gain transaction and running total amounts by allocation type for policies. Records are generated for each deposit, loan, partial surrender or full policy surrender transaction on a policy. Assumption is 1 for 1 until we have key details etc. for this table. Estimated Record length only in INGENIUM. | LFIRNGR | 5,938 | 5,938 | 296,900 |
| 21 | Client | CLI | Base Client Information | Company ID Client ID | 557 | This table contains the base client information such as the client's birth date, sex, employment and underwriting details. LFASSNE has no relevant information to map to this table LPCLDGRPH will have field level moves to build the base client information. 3,684,059 active/3,876,148 lapse Note: Lines 15, 21, 51, 52 & 61 will be converted from CFO. Lines 11, 12, 13, 14, 16, 31, 41, 53 & 62 will be converted from the AS/400 client system. Note: The Line Data field is variable by Line Type. | LFASSNE LPCLCNTL LPCLDGRPH | 2,440 396,025 351,260 | 396,025 | 220,585,925 |
| 22 | Client | CLIA | Client Address Information | Company ID Client ID Group Code Type Code Sequence Number | 253 | This table contains the client's postal address information. Address are divided into three types; primary, secondary and previous. Primary addresses are identified with a type of 'PR'. A client can only have one primary address record. Secondary address | LFASSNE LPCLADDR LPCLDGRPH | 2,440 368,565 351,260 | 371,005 | 93,864,265 |
| 23 | Client | CLIB | Client Bank Account Info | Company ID Bank ID Bank Branch ID Bank Account ID Client ID | 94 | This table contains client bank account information for use in PAC billing and in payout processing. Each entry represents a bank account attached to a client. | LFBNKFL NAMADR | 4,744 7,560,207 | 7,564,951 | 711,105,394 |
| 24 | Client | CLNM | Client Indiv Name Associations | Company ID Client ID Client Indiv Group Code Client Indiv Name Type CD Sequence Number | 208 | This table contains various names of individuals associated with client. | LFASSNE LPADCLT | 2,440 1,070,898 | 1,073,338 | 223,254,304 |
| 25 | Client | AGTC | Agent / Client Relationship Info | Company ID Agent ID Relationship Type Code Client ID | 68 | 1). This ingenium table is used to indicate which agent is the mailing, regular and servicing agent for a client. It has nothing to do with commissionable agents, but is used mostly to designate a servicing agent if an insurance company needs an agent to con | AGTINT | 530,612 | 530,612 | 36,081,616 |
| 26 | Underwriting | LABR | Client Lab Results Information | Company ID Client ID Lab Test Date Lab Test ID Sequence Number | 400 | This table contains results from the lab tests that have been matched with a client. | LPNBDETREQ | 119,594 | 119,594 | 47,837,600 |
| 27 | Underwriting | MIBT | MIB Response Information | Company ID Client ID Sequence Number | 2096 | 1). This table contains the response from MIB after a search request was performed. Information populated to this table will be based on the MIB header record. The detail will fit fields, Assumption. There will never be more detail records than header records. | LPNBMIB LPNBMIBDET | 281,273 122,384 | 281,273 | 589,548,208 |

# ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
## (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | INGENIUM TOTAL LENGTH | QUESTIONS / COMMENTS | SOURCE FILE OR CFO TRAILER | NUMBER OF SOURCE RECS | INGEN. TOTAL COUNT | TOTAL LEN. INGEN. TOT. COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Underwriting | REQT | Underwriting Requirements Info | Company ID / Policy / Client Code / Policy / Client ID / Requirement ID / Sequence Number | 164 | This table contains details of requirements that have been requested or ordered at a client level for underwriting requirements or at a policy level for issue requirements. Note: The requirement status field is included in an alternate access path to allow searches for any outstanding requirements. Assumption is that the conversion will be a 1 for 1. However, the number may be smaller depending on how many requirements were requested at a client level at an underwriting requirements level or at a policy level for issue requirements. | LPNBCNTREQ | 268,691 | 268,691 | 44,065,324 |
| 29 | Agency | CC | Commission Pattern Code Info | Company ID / Rate Table ID | 96 | 1) This table contains one record for each commission pattern code used in the policy table if the plan is set up to use the rates on this table. Each agent receiving commission on a policy has a commission code generated or entered on that policy. This conversion should be a 1 for 1 conversion. | REINRATE | 41,046 | 41,046 | 3,940,416 |
| 30 | Accounting | ACTX | This table contains accounting entries for the current and prior accounting periods. | Company ID / Account transaction part number / Account. Trans. Instr. ID / Date and Time Stamp | 267 | accounting master - will need account number translation table to load - see Ingenium tables (ACTX, CMTX, MVTX) below - probably 77 recs (no policy level commission data). Get recommendations from Solcorp BA - probably 2 full years plus current year. (2 entries per pmt per policy) Convert some of this data to POLH? Since the LPACMSTR is the master AC file the assumption is that LPACREF will be used to build the accounting description on the ACTX table. There will be a 1 for 1 conversion on the master file LPACMSTR only. | LPACMSTR LPACREF | 12,873,181 12,000,000 | 12,873,181 | 3,437,139,327 |
| 31 | Banking Information | BNKA | Bank Account Information | Company ID / Bank ID / Bank Branch ID / Bank Account ID | 136 | conversion should be a 1 for 1. | LFBNKFL | 4,744 | 4,744 | 645,184 |
| 32 | Banking Information | BNKB | Bank Information Validation | Company ID / Bank ID / Bank Branch ID | 328 | | LFBNKFL | 4,744 | 4,744 | 1,556,032 |
| 33 | Disbursements | CHTX | Print/Reconcile checks requested | Company Id / Check part number / userid / Check Instr. ID / Check TS | 915 | This table contains checks. It is used to reconcile any checks that are requested. See Patty Everidge and Solcorp B/A for these acct files. Check journal - outstanding paid voided | LPACCKJN | 207,014 | 207,014 | 189,417,810 |
| 34 | Group Processing | GR | Group Billing Information | Company ID / Record Type Code / Client ID / Subsidiary Company ID / Billing Effective Date / Policy ID | 197 | 1) Is there any bill data in the CFO etc. system? Yes 2) Should any of that information be mechanically converted? Yes | LPCLCNTL | 396,025 | 396,025 | 78,016,925 |
| 35 | Reinsurance | RI | Reinsurance Information | Company ID / Record Type Code / Policy ID / Coverage Number / Receipt Sequence Number | 354 | This table contains reinsurance information for a particular coverage record. Nine reinsurance records are allowed for each coverage | LFREIN LFALLOW LFALWRT | 11,465 755 839 | 13,059 | 4,622,886 |

## ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
### (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | INGENIUM TOTAL LENGTH | QUESTIONS/COMMENTS | SOURCE FILE OR CFO TRAILER | NUMBER OF SOURCE RECS | INGEN. TOTAL COUNT | TOTAL LEN INGEN. TOT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Plan Setup | R1 | Rate Load Info | Company ID<br>Rate Table ID<br>Rate Type Code<br>Smoker Code<br>Par Code<br>Sex Code<br>Sub Table 1 Code<br>Sub Table 2 Code<br>Sub Table 3 Code<br>Sub Table 4 Code<br>Current Location Code<br>Death Benefit Option CD<br>Pension Qualifier Code<br>Joint Life Code<br>Term of Deposit-Months<br>Term of Deposit-Days<br>Age<br>Effective Date<br>Duration | 146 | This table contains Rate entries which are used in conjunction with the Rate Header table (where pointers and indicators to this table are held). They contain rates that are used for various calculations throughout the system. | LFCSHVL<br>LFALLOW<br>LPNBPRMRT<br>CFODVNV | 8,957<br>765<br>312,581<br>2,960 | 325,253 | 47,486,938 |
| 37 | Underwriting | 0 | New Ingenium File-bm001 | TO BE DETERMINED | 150 | Medical Cost file. The record length is an assumption. | LPNBMDFEE | 2,935 | 2,935 | 440,250 |
| 38 | Plan Setup | MD | MxDx Actuarial Values Info | Company ID<br>MxDx ID<br>MxDx Age | 53 | Mx Dx values for ETI - will need to convert - need CFO layout - DHX28 Mortality rates occurs a max of 120 times.<br>Mechanically convert this data. | DHX28 | 5,400 | 5,400 | 286,200 |
|  |  |  |  |  |  |  |  |  | 116,923,068 | 29,091,703,206 |



103 W. College Ave., Suite 702, Appleton, Wisconsin, U.S.A. 54911
Phone: (920) 830-1990  Fax: (920) 830-1945

## Schedule D

**ADVANTAGE Consulting Group, Inc.**  
Richard E. Knutson  
President  
103 W. College Ave., Suite 702  
Appleton, WI 54911

CLIENT:  **ALFA Life Insurance Corp.**  
William B. Harper, Jr.  
Senior Vice President  
Life and Loan Operations  
2108 E. South Boulevard  
Montgomery, AL 36191

## FIXED PRICE AGREEMENT

Services to be Performed:  Life & Health Insurance product/plan analysis services, including analysis, documentation and issue resolution.

Scope of Services:  ALFA Life Insurance Corp. (ALFA) currently administers their life and health insurance contracts on various different systems (approximately 530,000 policies). These systems include a CFO based mainframe system, an Accident & Health policy mainframe system, a Cancer policy mainframe system, a Group Life policy mainframe system, a PC based Deferred Annuity system, AS400 systems, an LFPS system, rate tables, and an underwriting system, hereafter referred to as ALFA's systems. These policies will all be converted into the INGENIUM v6.3.1 software package.

Advantage Consulting Group. Inc. (ACG) will assist ALFA in the analysis and documentation of all of the different products and plans that are currently administered on ALFA's systems. In order to facilitate this analysis, ACG will supply a specific set of computer-based tools, called the Plan/Modification Analysis (PMA) tools. ALFA and ACG resources will jointly populate these tools with ALFA product/plan information.

At the conclusion of this project, ALFA will own a copy of the PMA tools. However, ALFA is prohibited from giving or reselling these tools to any outside parties. In addition, if ALFA is purchased by another organization, the purchasing organization or any affiliate of the purchasing organization may not use the PMA tools.

Since this agreement is not a software license, ACG will supply no warranty or ongoing support for the PMA tools after this project has been completed. If ALFA desires at a later date to obtain a more current version of the PMA tools, a separate agreement and additional fees would be necessary.



103 W. College Ave., Suite 702, Appleton, Wisconsin, U.S.A. 54911

Phone: (920) 830-1990  Fax: (920) 830-1945

### Schedule D (Continued)

| | |
|---|---|
| Scope of Services (cont.): | In order to clearly define the exact tasks that ACG will be responsible for performing under this Schedule D agreement, the tasks are listed in the attached **ALFA LIFE PMA TOOLS TASKS** spreadsheet. If ALFA desires to have ACG perform any extra tasks outside of this spreadsheet, there would be additional fees invoiced over the agreed upon fixed price amount. |
| | During the course of the project, if the Project End Date is changed to a date later than September 2, 2002, ACG reserves the right to invoice additional fees over the agreed upon fixed price amount. The nature and amount of these fees will be jointly determined if this occurs. ADVANTAGE will not have the right to charge additional fees over the agreed upon fixed price amount if the Project End Date is changed due to actions and/or inactions on the part of ADVANTAGE, and/or if the delay is due to causes beyond CLIENT'S reasonable control and without CLIENT'S fault, which could not have been foreseen, or if reasonably foreseen, could not have been prevented. |
| Project Beginning Date: | March 1, 2002 |
| Project End Date: | July 1, 2002 |
| Fixed Consulting Fees: | $63,936.00 U.S. dollars for the entire project, payable in two equal installments of $31,968.00. The first installment is due at the beginning of the engagement and the last installment is due at the completion of the engagement. The payment of the installment amounts in U.S. dollars by ALFA is expected within 30 days of receipt of ACG's invoice. |
| Expense Amounts: | All travel expenses incurred during the course of this project are included in the fixed price amount. |
| | In addition, any software needed to connect to ALFA's computers will be supplied to ADVANTAGE at no cost. |

**ADVANTAGE Consulting Group, Inc.**          CLIENT

By: _Richard E. Knutson_ (signature)          By: _William B. Harper_ (signature)

Name: Richard E. Knutson                      Name: William B. Harper, Jr.

Title: President                              Title: Senior Vice President, Life and Loan Operations

Date: May 8, 2002                             Date: May 8, 2002

ALFA Schedule D                Page 2                                5/1/2002

# ALFA LIFE PMA TOOLS TASKS
## ( as of 4/19/2002 )

| PROJECT PHASE | TASK ID | TASK DESCRIPTION | PERSON DAYS |
|---|---|---|---|
| PMA ANALYSIS | 1 | Run programs to analyze all distinct plans in CFO system. | 5 |
| PMA ANALYSIS | 2 | Add descriptive information about each plan code encountered. | 10 |
| PMA ANALYSIS | 3 | Group plan codes into products. | 6 |
| PMA ANALYSIS | 4 | Identify product features for each product by analyzing the plan file values. | 40 |
| PMA ANALYSIS | 5 | Identify product features for each product by analyzing policy contracts. | 20 |
| PMA ANALYSIS | 6 | Architect new Ingenium plan codes in tools. | 10 |
| PMA ANALYSIS | 7 | Map all CFO plan codes to Ingenium plan codes. | 6 |
| PMA ANALYSIS | 8 | Train ALFA personnel on PMA Tools. | 10 |
| | | TOTALS | 107 |