# EXHIBIT 2

# ALFA / SOLCORP / ADVANTAGE PROJECT RESPONSIBILITIES

```
                                    ALFA/SOLCORP
                                    EXECUTE SYSTEM
                                    INTEGRATED TEST
                                    WITH CONVERTED
                                         DATA
                                   ╱              ╲
                                  ╱                ╲
                                 ▼                  ▼
   ALFA/SOLCORP          ALFA/SOLCORP          ADVANTAGE
   FIX SOFTWARE          EXECUTE               FIX DATA CONV
   PROBLEMS      ◄────►  TEST PLAN     ◄────►  PROBLEMS
   ENCOUNTERED IN        WITH CONVERTED        ENCOUNTERED IN
   TESTING               DATA                  TESTING
        ▲                   ▲   ▲                    ▲
        │                   │   │                    │
   ALFA/SOLCORP     ALFA/SOLCORP                     │
   CODE / UNIT TEST ADD NEW FIELDS                   │
   SOFTWARE         TO TARGET SYSTEM                 │
   MODIFICATIONS    DATABASE                         │
        ▲                ▲                     ADVANTAGE    ADVANTAGE
        │                │                     UNIT TEST    CREATE / RUN
   ALFA/SOLCORP                                 CONVERSION  CROSS EDIT
   CREATE TECHNICAL                             PROGRAMS/   PROGRAMS
   SPECIFICATIONS                               FIX ERRORS
   FOR EACH REQUIRED                                 ▲
   MODIFICATION                                      │
        ▲                                       ADVANTAGE
        │                                       WRITE PROGRAMS
   ALFA/SOLCORP                                 TO CONVERT DATA
   CREATE FUNCTIONAL                            TO TARGET SYSTEM
   SPECIFICATIONS                                    ▲
   FOR EACH REQUIRED                                 │
   MODIFICATION                ALFA/SOLCORP    ADVANTAGE    ADVANTAGE
        ▲                      DESIGN          RESOLVE DATA RESOLVE DATA
        │                      TEST PLAN  ◄──► MAPPING      SCRUBBING
   ALFA/SOLCORP                WITH CONVERTED  ISSUES WITH  ISSUES WITH
   DETERMINE                   DATA            ALFA AND     ALFA AND
   ALL SOFTWARE                                SOLCORP      SOLCORP
   MODIFICATIONS               ADVANTAGE            ▲            ▲
   REQUIRED                    HELP DESIGN          │            │
        ▲                      TEST PLAN
        │                      WITH CONVERTED
                               DATA
   ALFA/SOLCORP                                ADVANTAGE
   ENTER PRODUCT                               LOAD MAPPING
   STRUCTURES AND       ADVANTAGE              DATABASE
   SYSTEM PARAMETERS ◄► RESOLVE PRODUCT   ◄──  AUTOMATICALLY
   INTO TARGET SYSTEM   AND PARAMETER          FROM DATA
        ▲               CODING ISSUES          ANALYSIS TOOLS
        │               WITH ALFA AND                ▲
        │               SOLCORP                      │
   ALFA/SOLCORP    ALFA/SOLCORP    ALFA/SOLCORP
   ANALYZE         ANALYZE         ANALYZE      ADVANTAGE       ADVANTAGE
   PRODUCTS,       TAXATION AND    CURRENT      ANALYZE DATA    ANALYZE
   CONTRACTS AND   REGULATORY      ADMINISTRA-  FILES/TABLES    SOURCE SYSTEM
   COMMISSION      REQUIREMENTS    TIVE         FROM SOURCE     DOCUMENTATION
   STRUCTURES                      PROCEDURES   SYSTEMS WITH    TO INTERPRET
                                                TOOLS AND       FIELD VALUES
                                                PROCEDURES
```

27
ALFA v. ACG

# EXHIBIT 3

## FIRST AMENDMENT TO PROFESSIONAL SERVICES AGREEMENT

This is an Amendment to that certain Agreement dated February 25th, 2002, by and between ADVANTAGE Consulting Group, Inc., ("COMPANY") and Alfa Life Insurance Corporation, ("CLIENT").

WHEREAS, the term of the Agreement is due to expire on February 25th, 2004; and

WHEREAS, the parties to the Agreement desire to extend the term upon the same terms and conditions, subject to the new Schedule F, attached hereto and incorporated by reference herein;

NOW, THEREFORE, in consideration of the mutual promises and covenants hereinafter contained, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties do hereby agree as follows:

SECTION 8. TERM OF AGREEMENT

8.1 of the Agreement is hereby amended as follows:

8.1   This Agreement shall commence on the date first above written and shall continue in effect until December 31, 2004 unless and until terminated as hereinafter set forth.

Sections 8.2 and 8.3 remain unchanged.

This Amendment is expressly incorporated into the Agreement. This Amendment shall incorporate by reference as if fully set forth therein all of the terms and conditions of this Amendment; provided, however, that in the event of a conflict between any of the terms of this Amendment and the Agreement, the terms of this Amendment shall govern. Except as expressly modified herein, the Agreement referenced above shall remain in full force and effect in accordance with its respective terms and conditions. All covenants, obligations, terms and conditions of said Agreement, as amended, are hereby ratified and confirmed.

IN WITNESS WHEREOF, the parties hereto sign this Amendment on this 28th day of December, 2003.

ADVANTAGE Consulting Group, Inc.

By: _Richard E. Knutson_
Name: _Richard E. Knutson_
Title: _President_

CLIENT: Alfa Life Insurance Corporation

By: _William B Harper_
Name: _William B Harper_
Title: _Sr. Vice President_

## Schedule F

| | |
|---|---|
| <u>Advantage Consulting Group, Inc.</u> | <u>Alfa Life Insurance Corporation</u> |
| Richard E. Knutson | William B. Harper, Jr. |
| President | Senior Vice President |
| 103 W. College Ave., Suite 410 | Life and Loan Operations |
| Appleton, Wisconsin 54911 | 2108 East South Boulevard |
| | Montgomery, Alabama 36116 |

## Consulting Services Agreement

<u>Services to be Performed</u>:

The services to be performed are those set forth in the attached Exhibits 1 through 4.

Advantage acknowledges that ownership of, title to and all rights in and to any Programs, Source Code or Trade Secrets resulting from Advantage's technical assistance, products, consulting, and/or related services hereunder, including copyright and any other proprietary right, shall at all times remain with Alfa. All ideas, concepts, methods, know-how and techniques resulting in any Programs, Source Code or Trade Secrets under this Agreement shall remain the sole property of Alfa.

<u>Scope of Services</u>:

On February 25, 2002, the parties entered into a Professional Services Agreement (the "Agreement"). The Professional Services agreement (the Agreement) is being extended until December 31,2004. Schedules A, B and D (the "Schedules") were attached to and formed a part of the Agreement. The Agreement and Schedules provided that Advantage would perform certain services, including analysis, documentation, issue resolution, programming and testing for Alfa during the course of the Solcorp project. The scope of the services to be performed and the time frame for performance are more fully set forth in the Schedules. Due to the delay of the Solcorp project, through no fault of Advantage or Alfa, not all services set forth in the Schedules were performed within the time frame originally agreed upon by Advantage and Alfa. Exhibits 1, 2, and 3, attached hereto, fully set forth those services that Advantage was contracted to perform, but which it was unable to perform due to circumstances beyond Advantage's or Alfa's control. Advantage has agreed to complete the services set forth in Exhibits 1, 2 and 3 in accordance with the terms set forth herein. Exhibit 4, attached hereto, sets forth additional services that Advantage has agreed to perform in accordance with the terms set forth herein, which were outside the scope of the Schedules.

Due to circumstances beyond Advantage's and Alfa's control, it will be necessary for Advantage to add as many as 200 additional consulting days in order to complete the entire data conversion project as set forth in Exhibits 1 through 4. These items do not represent the only tasks that will be accomplished during the 200 additional consulting days of the project. Advantage will fully support Systems testing, Model Office testing, perform pre-production conversion planning and optimizing, and perform the actual production conversion before the Project End Date.

Advantage warrants and represents to Alfa that Advantage and its consultants will have the necessary skills and expertise to provide the services set forth herein. The services provided by Advantage will be delivered in a workmanlike manner, will conform to the standards generally observed in the industry for similar services and will be provided with reasonable skill and care.

<u>Schedule F Project Start Date</u>: September 3, 2003

<u>Project End Date</u>: August 1, 2004. If the production conversion date is delayed beyond September 1, 2004, through no fault of Advantage, a new agreement will be negotiated to cover additional days. If the

delay is due to actions or inactions on the part of Advantage, Advantage will perform the services set forth in this Consulting Services Agreement and attached Exhibits at no additional charge to Alfa.

After the conversion has taken place and the services set forth in Exhibits 1, 2, 3 and 4 are completed, Advantage will remain on the project at no additional cost to Alfa for a period of four weeks through the end of a month-end closeout, to resolve any post-conversion problems encountered, and to document and organize all information related to data conversion. After this four-week period, if any post-conversion problems are not resolved, Advantage will remain on the project for an additional two weeks to resolve those problems at no cost to Alfa. After all post-conversion problems are resolved, Advantage will turn over all information regarding the conversion to Alfa and Advantage's assignments and responsibilities are concluded.

<u>Consulting Fees</u>: Advantage will not charge Alfa for more than 200 days of work to complete the conversion project after September 2, 2003 through the end of the project, and not more than a maximum charge of $200,000. Advantage will invoice Alfa $1,000 per day for the work set forth in Exhibits 1, 2, 3, and 4, until completed up to the 200 days and up to a maximum of $200,000.

Written permission from Alfa will be requested before any tasks outside of the 200 day maximum are performed.

<u>Travel Expenses</u>: All travel expenses to Alfa's Home Office incurred during the course of the 200 additional consulting days are to be billed in addition to the $1,000 per day fee.

Advantage Consulting Group, Inc.

By: *[signature]*

Name: Richard E. Knutson

Its: President

Date: 12/28/2003

Alfa Life Insurance Corporation

By: *[signature]*

Name: William B. Harper, Jr.

Its: Senior Vice President, Life and Loan Operations

Date:



REN 12/28/2003
BH 1/2/04

# SCHEDULE B - ORIGINAL AGREEMENT
## Exhibit 1

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION |
|---|---|---|---|---|
| CODING | 11 | PHST | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 14 | TAMH | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 15 | CFLW | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 16 | CFCO | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 17 | CFAG | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 18 | SDEP | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 19 | UH | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 20 | UHCO | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 21 | PGAL | Ingenium | Code / unit test program to convert the data into this table. |
| TESTING | 3 | n/a | Ingenium | Resolve any issues discovered by cross edit programs. |
| TESTING | 4 | n/a | Ingenium | Load database(s) for User Testing. |
| TESTING | 5 | n/a | Ingenium | Resolve any issues discovered in User Testing. |
| PRE-PROD | 1 | n/a | n/a | Optimize conversion routines. |
| PRE-PROD | 2 | n/a | n/a | Run full conversion to test space, time. |
| PRE-PROD | 3 | n/a | n/a | Plan and prepare for cut-over weekend for conversion. |
| CONV | 1 | n/a | n/a | Perform data conversion. |
| CONV | 2 | n/a | n/a | Verify conversion tasks have all been completed. |
| CONV | 3 | n/a | n/a | Resolve any post-conversion problems. |

ADVANTAGE Consulting Group, Inc.
Data Conversion Specialists

# ALFA LIFE PMA TOOLS TASKS
## ( as of 12/30/2003 )

| PROJECT PHASE | TASK ID | TASK DESCRIPTION |
|---|---|---|
| PMA ANALYSIS | 1 | Run programs to analyze all distinct plans in CFO system. |
| PMA ANALYSIS | 2 | Add descriptive information about each plan code encountered. |
| PMA ANALYSIS | 3 | Group plan codes into products. |
| PMA ANALYSIS | 4 | Identify product features for each product by analyzing the plan file values. |
| PMA ANALYSIS | 5 | Identify product features for each product by analyzing policy contracts. |
| PMA ANALYSIS | 6 | Architect new Ingenium plan codes in tools. |
| PMA ANALYSIS | 7 | Map all CFO plan codes to Ingenium plan codes. |
| PMA ANALYSIS | 8 | Train ALFA personnel on PMA Tools. |

*REX 12/28/2003*      *BH 1/2/04*

# SCHEDULE D - ORIGINAL CONTRACT
## ALFA LIFE REMAINING TASKS FOR 9 ADDITIONAL TABLES
### Exhibit 3

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION |
|---|---|---|---|---|
| MAPPING | 13 | CDSA | Ingenium | Map this table's fields from the various system file(s)/trailer(s). |
| MAPPING | 15 | CDSD | Ingenium | Map this table's fields from the various system file(s)/trailer(s). |
| MAPPING | 18 | CDSI | Ingenium | Resolve any data mapping issues. |
| CODING | 7 | CDSA | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 8 | CDSD | Ingenium | Code / unit test program to convert the data into this table. |
| CODING | 9 | CDSI | Ingenium | Code / unit test program to convert the data into this table. |
| TESTING | 4 | n/a | Ingenium | Load database(s) for User Testing. |
| TESTING | 5 | n/a | Ingenium | Resolve any issues discovered in User Testing. |

RGN 12/28/2003
BH 1/2/04

ADVANTAGE Consulting Group, Inc.
Data Conversion Specialists

Page 1 of 1

## SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

*REK 12/28/2003    DH 1/2/04*

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 2 | Coding | POLC | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 3 | Coding | POLL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 4 | Coding | LHST | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 5 | Coding | POLT | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 6 | Coding | POLW | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 7 | Coding | CVG | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 8 | Coding | CVGA | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 9 | Coding | CVGC | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 10 | Coding | CVGB | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 11 | Coding | CVGD | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 12 | Coding | CVGV | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 13 | Coding | PHST | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 14 | Coding | AMEX | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 15 | Coding | BNDV | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 16 | Coding | TAMH | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 17 | Coding | CFLW | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |

## SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 18 | Coding | CFCO | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 19 | Coding | CFAG | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 20 | Coding | UH | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 21 | Coding | UHCO | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 22 | Coding | PGAL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 23 | Coding | CLI | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 24 | Coding | CLIA | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 25 | Coding | CLIB | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 26 | Coding | CLMP | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 27 | Coding | CLNM | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 28 | Coding | LABR | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 29 | Coding | MIBT | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 30 | Coding | REQT | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 31 | Coding | ACTX | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 32 | Coding | BNKA | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 33 | Coding | BNKB | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |

## SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 34 | Coding | CHTX | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 35 | Coding | RT | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 36 | Coding | MD | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 37 | Coding | CAIN | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 38 | Coding | RSTB | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 39 | Coding | REPL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 40 | Coding | CLNC | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 41 | Coding | USTX | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 42 | Coding | UV | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 43 | Coding | CDSA | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 44 | Coding | CDSD | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 45 | Coding | CDSI | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 46 | Coding | GR | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 47 | Coding | ADDDEP | Files with dividends on deposit, paid up additions, advanced premium, and side fund. |
| 48 | Coding | LPNBPRMVL | Rate file convert. |
| 49 | Coding | LFASSNE | Additional rate file convert. |

## SCHEDULE E FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 50 | Coding | | Bank file and bank account convert. |
| 51 | Coding | LCK | Lock the rate and/or age on coverages and/or policies. |
| 52 | Coding | 1035 | 1035 Exchange. |
| 53 | Coding | CVGD | Additional Tables being populated. |
| 54 | Coding | CVGB | Additional Tables being populated. |
| 55 | Coding | CVGV | Additional Tables being populated. |
| 56 | Coding | CLMP | Additional Tables being populated. |
| 57 | Coding | GR | Additional Tables being populated. |
| 1 | Model Office Testing | n/a | Run cross edit programs multiple times to identify and resolve conversion issues. |
| 2 | Model Office Testing | n/a | Assist in loading database for Model Office testing multiple times. |
| 3 | Model Office Testing | n/a | Run batch compares of client information, calculated premiums, face amounts and key policy and coverage fields multiple times; CFO values are compared to Ingenium values after converting policies into Ingenium. |
| 1 | Pre-Production | n/a | Optimize conversion routines. |
| 2 | Pre-Production | n/a | Run full conversion to test space, time. |
| 3 | Pre-Production | n/a | Plan and prepare for cut-over weekend for conversion. |
| 1 | Production Conversion | n/a | Perform data conversion. |
| 2 | Production Conversion | n/a | Verify conversion tasks have all been completed. |

# SCHEDULE E  FOR NEW CONTRACT
## ALFA DATA CONVERSION TASKS INCLUDED IN 200 ADDITIONAL PERSON DAY MAXIMUM
### Exhibit 4

| ID | Project Phase | Ingenium Table ID | Task Description |
|---|---|---|---|
| 1 | Coding | POL | Resolve all remaining data mapping issues; retrofit the conversion program(s) to the ALFA modified system; unit test the conversion programs; modify programs to fix problems encountered in testing |
| 3 | Production Conversion | n/a | Resolve any post-conversion problems. |