IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION )<br><br>Plaintiff, )<br><br>v. )<br><br>ADVANTAGE CONSULTING GROUP, INC. AND RICHARD E. KNUTSON )<br><br>Defendants. ) | Civil Action No.:<br>2:05-cv-775-MHT |

**MOTION TO ENTER CONSENT PROTECTIVE ORDER**

**COMES NOW** Plaintiff Alfa Life Insurance Corporation ("Alfa"), Moves this Honorable Court to enter the Consent Protective Order attached hereto as Exhibit 1 and states:

1. The Plaintiff is or may be producing tangible items or information during the discovery process that might reveal confidential, privileged, trade secret, and proprietary information that should not be disclosed outside of this litigation.

2. The Defendant, Advantage Consulting Group, Inc., has read, approved, and agreed to the Consent Protective Order attached hereto as Exhibit 1.

Respectfully Submitted,

**/s/ Douglas N. Roberton**
WILLIAM P. GRAY, JR. (ASB-5268-R78W)
DOUGLAS N. ROBERTSON (ASB-1128-O76R)
Attorneys for Plaintiff,
Alfa Life Insurance Corporation

OF COUSEL:
GRAY & ASSOCIATES, L.L.C.
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama 35243
Phone (205) 968-0900
Facsimile (205) 968-6534

## CERTIFICATE OF SERVICE

I certify that on the 12th day of April, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Anne L. Wohlfeld, Esq.
J. Forrest Hinton, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 SouthTrust Tower
420 20th Street North
Birmingham, Alabama  35203-5202

An electronic copy of the Consent Protective Order, attached hereto as Exhibit 1, has been sent to Judge Thompson's proposed orders inbox at:

propord_thompson@almd.uscourts.gov

/s/ Douglas N. Robertson
Of Counsel