# EXHIBIT 1



Contact U

```
    Corporate    EDS    Careers    Products    Services    Worldwide    Partners    News & Ev
```



Press Releases
2002
2001
2000
Events
Press Room

2002 Press Releases

# SOLCORP Reaches Milestone Growth

### EDS Canada subsidiary achieves stellar financial results for profitable 2001

*February 13, 2002* – TORONTO, Ontario – SOLCORP, a leading provider of software solutions to the life insurance and bancassurance industries and a subsidiary of EDS Canada, today announced it has exceeded company expectations for revenue growth, posting a record 40 per cent increase in revenue for 2001 over the previous calendar year. With outstanding results across SOLCORP offices worldwide, 2001 was a milestone year for growth and profitability.

"I am tremendously proud of our 2001 accomplishments. In a year that took its toll on the technology industry as a whole we truly demonstrated that proven industry knowledge, superior product capabilities and customer loyalty are key to succeeding," says Michael Dufton, President and CEO, SOLCORP.  "Our customers represent the top tier of the insurance and wealth management arenas worldwide; our products continue to meet and exceed the industry's most demanding business needs, and our implementation and delivery processes are second to none."

During the year, the company acquired ESSENTIUM Holding N.V. Software, a Netherlands-based company that developed a suite of fully integrated software solutions to help companies accelerate the introduction of new products.  Now marketed under the name SOLCORP / ProductXpress™, the solution already has a customer base and the company expects ProductXpress to play an integral role in its global strategy.

SOLCORP also increased its staff by 44 per cent, and welcomed several new executive members whose expertise will help lead

the company into 2002 and beyond. The appointments included: Jon Ayres as Chief Operating Officer, Gordon Sutherland as Chief Financial Officer, Marnie Falkiner as Senior Vice President, Human Resources, Alan Giles as Senior Vice President and General Manager of the European Region and Blair Goulet as Senior Vice President and General Manager for the company's Canadian, Caribbean and Latin American operations.

Aggressive global sales campaigns executed throughout the year, resulted in an exceptional addition of tier 1 companies to SOLCORP's existing customer base. Some of these marquis corporations include: ALFA Life Insurance Corporation, AOBA Life Insurance, Prudential Financial, Savings Bank Life Insurance Company of Massachusetts (SBLI) and Southern Farm Bureau Life Insurance Company.

In 2001, SOLCORP partnered with technology companies to complement the existing talent base and technology while ensuring service delivery meets the company's top standards. SOLCORP established an alliance with EDS Chennai to offer comprehensive business solutions in the insurance, financial services, telecom and e-learning sectors. SOLCORP also partnered with Siebel Systems to provide powerful end-to-end solutions allowing customers to share information between Siebel Business Applications and SOLCORP / INGENIUM. As well, SOLCORP partnered with Oracle to build a sales and marketing network of resources for customers.

"In 2002 we will continue to focus on profitability, product innovation and meeting the needs of emerging markets in the wealth management industry. We will also continue to pursue multi-national business and look for opportunities to generate joint opportunities for SOLCORP and EDS Canada in all markets we serve," added Dufton. "Demand for our products is strong and growth prospects for 2002 look promising. We look forward to even greater success in the coming years."

## About SOLCORP

SOLCORP, a wholly owned subsidiary of EDS Canada Inc., is an acknowledged leader in providing software solutions and consulting services worldwide for the life insurance and bancassurance industries. Many of the largest life insurance and financial groups have benefited from SOLCORP's advanced systems, such as SOLCORP / INGENIUM, and SOLCORP / ProductXpress, which have been developed in close cooperation with the customers themselves. Customers range across the United States, Canada, the United Kingdom and Europe, South


# SOLCORP
An EDS Company

Contact U

:: Corporate | EDS | Careers | Products | Services | Worldwide | Partners | News & Ev



Press Releases
2002
2001
2000
Events
Press Room

2001 Press Releases

## Alfa Life Insurance Corporation Selects SOLCORP to Replace Legacy Systems

### SOLCORP to Provide Insurer with Policy Administration and Application Capture Systems

2003 SOl
Group (



Golf Re:

June 1-
Miami,

*August 1, 2001* – CHICAGO, Illinois and TORONTO, Ontario – SOLCORP, a leading provider of software solutions to the life insurance industry and a subsidiary of EDS, today announced Alfa Life Insurance Corporation (Alfa) will implement its INGENIUM and APEX solutions.

The implementation of INGENIUM policy administration software will support the company's 439 service centers and more than 600 agents throughout Alabama, Georgia and Mississippi. Alfa will replace its legacy system that manages all of its product lines and portfolios with INGENIUM beginning in the fall of 2001.

"After a lengthy review process involving a number of vendors, we chose to work with SOLCORP because of their thorough understanding of the life insurance business as well as the ability of INGENIUM to administer our range of life insurance products," says Bill Harper, senior vice president life operations, Alfa Life Insurance Corporation.

Alfa has also licensed APEX, an electronic new business application system. APEX is a PC-based tool that enables agents and local service center office staff to complete policy applications and perform initial underwriting from their mobile laptop or local office PC.

"Alfa recognized the need to upgrade and improve their software systems to support their entire range of life insurance products and portfolios," says Michael Dufton, President and Chief

Executive Officer, SOLCORP. "INGENIUM and APEX will provide Alfa with a solid platform to introduce new products and administer their current offerings."

"We wanted to upgrade our software systems with the goals of increasing our productivity and providing better customer service," says John Jung, chief information officer, Alfa Life Insurance Corporation. "SOLCORP's solutions will help us get closer to our customers."

## About SOLCORP / INGENIUM

6.2 addresses the life insurance industry's need for a flexible, high performance, back office core solution that gives users immediate access to customer information and flexible, full function processing of life insurance products. As a browser-based system, the offering is ideally suited to help support modern life insurance companies in their plans to Web-enable their core administration systems.

## About SOLCORP / APEX

APEX is built using a flexible, robust architecture and is equipped with an intuitive interface and powerful processing capabilities. It simplifies policy application capture, provides greater efficiency and accuracy, improves customer service, accelerates the process of policy issue, and results in cost savings during the new business process.

## About SOLCORP

SOLCORP, a wholly owned subsidiary of EDS, is an acknowledged leader in providing software solutions and consulting services worldwide for the life insurance and bancassurance industries.  Many of the largest life insurance and financial groups have benefited from SOLCORP's advanced systems, such as SOLCORP / INGENIUM, SOLCORP / APEX and SOLCORP / ProductXpress, which have been developed in close cooperation with the customers themselves. Customers range across the United States, Canada, the United Kingdom and Europe, South America and Asia Pacific.

## About EDS

EDS, the leading global services company, provides strategy, implementation and hosting for clients managing the business and technology complexities of the digital economy. EDS brings together the world's best technologies to address critical client business imperatives. It helps clients eliminate boundaries, collaborate in new ways, establish their customers' trust and continuously seek improvement. EDS, with its management

consulting subsidiary, A.T. Kearney, serves the world's leading companies and governments in 55 countries. EDS reported revenues of $19.2 billion in 2000. The company's stock is traded on the New York Stock Exchange (NYSE: EDS) and the London Stock Exchange. Learn more at www.eds.com.

- Ends -

© 2002 Insurance Software Solutions Corp. All rights reserved.