# EXHIBIT 3



ALFA / SOLCORP / ADVANTAGE PROJECT RESPONSIBILITIES

27
ALFA v. ACG