# EXHIBIT 5

conference call

Page 1 of 1

## Godwin, Sandy

**From:** Shahoud, Anthony
**Sent:** Tuesday, June 10, 2003 8:13 AM
**To:** 'Mark Kimmell'
**Cc:** Godwin, Sandy
**Subject:** RE: conference call

Please feel free to contact Glen Lemieux directly by email (Glenn.Lemieux@Solcorp.com) or by Phone @ 905-676-6388. Unfortunately, the Solcorp team at ALFA are tied up this week with walkthrus from 8:30AM to 5:30PM daily but you can talk to Glenn without me attending the conference call. I also want to make sure that the time spent with Glenn is billable .... Sandy, since I am not sure how this is currently done at ALFA, please confirm the process with Bill.

Thanks, Tony

-----Original Message-----
**From:** Mark Kimmell [mailto:mkimmell@earthlink.net]
**Sent:** Tuesday, June 10, 2003 6:33 AM
**To:** Shahoud, Anthony
**Subject:** conference call

Tony -   I would like to arrange a conference call with Glen LeMieux (sp?) to get any guidance he can provide on using Ingenium to generate the CFLW recs at Alfa. I would like to include you (if possible) as well as the Advantage Consulting team that will be working on this task at Alfa. Can you check with Glen and let me know what times he would be available in the coming days. We are anxious to begin work on this new approach as soon as possible. The times that we would like to avoid scheduling the call are Thursday (6/12) afternoon after 2pm Central time and Friday (6/13) between 11am and 2pm Central time but we will try to be flexible since there are several schedules to try and accommodate.

Thanks for your help.


Regards...Mark

Mark Kimmell

Advantage Consulting Group, Inc.

mark.kimmell@wemovedata.com

770 645-1066

6/10/2003