IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv775-MHT |
| ) | |
| ADVANTAGE CONSULTING GROUP, INC., and RICHARD E. KNUTSON, )<br>)<br>) | |
| Defendants. ) | |

ORDER

It is ORDERED that defendants' motion to compel joinder (doc. no. 31) is set for submission, without oral argument, on May 12, 2006, with all briefs due by said date.

DONE, this the 17th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE