IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ALPHA LIFE INSURANCE CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv775-MHT |
| **ADVANTAGE CONSULTING GROUP, INC., and RICHARD E. KNUTSON,** | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that defendants' motion to compel joinder (Doc. No. 31) is set for on-the-record oral argument on May 17, 2006, at 8:30 a.m. Counsel for defendants are to arrange for the argument to be conducted by telephone.

DONE, this the 15th day of May, 2006.

                                        /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**