# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  May 17, 2006                AT  8:34   A.M./P.M.

DATE COMPLETED  May 17, 2006                AT  8:45   A.M./P.M.

ALFA LIFE INSURANCE                          Civil Action
                                             2:05-CV-775-MHT
        VS.

ADVANTAGE CONSULTING GROUP

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty William Gray | X | Atty Forrest Hinton |
| Atty Douglas Robertson | X | Atty Anne Wohlfeld |
|  | X |  |
|  | X |  |
|  | X |  |

### COURT OFFICIALS PRESENT:

| Anthony Green, | Kevin Kish, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

### PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     ON-THE-RECORD ORAL ARGUMENT (TELEPHONE)
                           RE: MOTION TO COMPEL JOINDER

8:34 a.m.                  Conference call convenes. Oral argument
                           heard on Motion for Joinder. Matter taken
                           under advisement.
8:45 a.m.                  Conference concluded.