# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 2:05-cv-775-MHT |
| ) | |
| ADVANTAGE CONSULTING GROUP, INC. ) | |
| and RICHARD E. KNUTSON, ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF APPEARANCE

The undersigned attorney, James F. Barger, hereby give notices of his appearance as additional counsel of record for Defendant/Counterclaimant/Third-Party Plaintiff Advantage Consulting Group, Inc. and Defendant Richard E. Knutson in the above-captioned matter. Please serve all future pleadings and direct all future correspondence to the undersigned.

Respectfully submitted on the 1st day of June, 2006.

/s/ James F. Barger, Jr.
JAMES F. BARGER, JR.

An Attorney for Defendant/Counterclaimant/Third-Party Plaintiff Advantage Consulting Group, Inc. and Defendant Richard E. Knutson

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
A Professional Corporation
420 North 20th Street, Suite 1600
Wachovia Tower
Birmingham, Alabama 35203-5202
(205) 328-0480

B AMG 712164 v1
2900506-000001 06/01/2006

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, that all parties are represented by counsel to whom the CM/ECF system will send a Notice of Electronic Filing.  Pursuant to Section II(B)(1)(a) of this Court's Administrative Procedures for Filing, Signing and Verifying Pleadings in the District Court Under the Case Management/Electronic Case Files (CM/ECF) System, such notice is the equivalent of service by hand delivery.

      Mr. William P. Gray, Jr.
      Mr. Douglas N. Robertson
      Gray & Associates, L.L.C.
      3800 Colonnade Parkway, Suite 545
      Birmingham, Alabama 35243

      /s/ James F. Barger, Jr.
      OF COUNSEL

B AMG 712164 v1
2900506-000001 06/01/2006