STRICKEN AS ERRONEOUS DOCKETING ENTRY