# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 2, 2006

# NOTICE OF ERROR

**To:**     **All Counsel of Record**

**Case Style:   Alfa Life Insurance Corporation v. Advantage Consulting Group, Inc., et al**

**Case Number:    2:05-cv-00775-MHT**

**Referenced Pleading:    NOTICE of Appearance**
**Docket Entry Number:    42**

**The referenced pleading was filed on \*\*June 1, 2006\*\* in this case and
is hereby STRICKEN as a duplicate docket entry.**

**Parties are instructed to disregard #42 docketing entry, which has been stricken from the
record as a docketing error.**