IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv775-MHT |
| ADVANTAGE CONSULTING GROUP, INC., and RICHARD E. KNUTSON, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion for leave to file third-party complaint (doc. no. 43) is set for submission, without oral argument, on June 12, 2006, with all briefs due by said date.

DONE, this the 5th day of June, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**