IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, </br></br>   Plaintiff, </br></br>   v. </br></br> ADVANTAGE CONSULTING GROUP, INC., and RICHARD E. KNUTSON, </br></br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> CIVIL ACTION NO. </br> 2:05cv775-MHT |

ORDER

There being no objection, it is ORDERED that the motion for leave to file third-party complaint (doc. no. 43) is granted.

DONE, this the 16th day of June, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**