# EXHIBIT 1A

# ADVANTAGE CONSULTING GROUP, INC.

Schedule B.1

103 W. College Ave., Suite 702, Appleton, Wisconsin, U.S.A. 54911
Phone: (920) 830-1990  Fax: (920) 830-1945

## DATA CONVERSION PROJECT PLAN FOR ALFA
(as of Mon 2/25/02)

| ID | Task Name | Duration | Start | Finish | Resource |
|----|-----------|----------|-------|--------|----------|
| 1  | Preliminary Analysis | 6 weeks | Mon 1/14/02 | Mon 2/25/02 | Advantage |
| 2  | Analyze ALFA Legacy System Data | 10 weeks | Tue 2/26/02 | Mon 5/6/02 | Advantage |
| 3  | Map ALFA Legacy Fields to Ingenium | 10 weeks | Tue 5/7/02 | Thu 7/18/02 | Advantage |
| 4  | Code / Unit Test Programs | 12 weeks | Fri 7/19/02 | Fri 10/11/02 | Advantage |
| 5  | Test Conversion Database Loads | 8 weeks | Mon 10/14/02 | Wed 12/11/02 | Advantage |
| 6  | Fix Errors From Testing | 36.6 weeks | Mon 10/14/02 | Mon 7/7/03 | Advantage |
| 7  | Run Cross Edit Routines | 6.2 weeks | Thu 12/12/02 | Mon 1/27/03 | Advantage |
| 8  | Support ALFA Systems Test | 8.8 weeks | Tue 1/28/03 | Mon 3/31/03 | Advantage |
| 9  | Support ALFA Model Office Test | 12.8 weeks | Mon 4/7/03 | Mon 7/7/03 | Advantage |
| 10 | Pre-Production Set-up | 3 weeks | Tue 7/1/03 | Tue 7/22/03 | Advantage |
| 11 | Run Conversion | 1 week | Wed 7/23/03 | Tue 7/29/03 | Advantage |
| 12 | Post Production Support | 2 weeks | Wed 7/30/03 | Tue 8/12/03 | Advantage |

ADVANTAGE 000072

# ALFA SOURCE SYSTEM DATA / CONVERSION DECISIONS   Schedule B.2
## (as of 2/20/02)

| COPYBOOK NAME | DESCRIPTION | FILE TYPE | #OF RECS/TRAILERS | # OF FIELDS | QUESTIONS/COMMENTS | CONVERSION DECISION | REVIEWED BY | DECISION DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | CFOMAST | CFO Policy master - active | Seq | 200,170 | 117 | 200,170 total recs with 180,776 active policies; CFO Active Master rec counts: CHGNOT 22,302; EXTLIF 28,792; AGTINT 215,362; TRMRDR 31,255; ADDDEP 25,173; SUPBEN 138,422; LONLEN 15,303; SUSPNS 405; NAMADR 3,584,059 | | BT | 2/12/02 |
| 2 | YTDCFO+C29 | CFO Policy master - terminated | Seq | 330,778 | 117 | 330,778 total recs; CFO Lapse Master rec counts: CHGNOT 232,405; EXTLIF 14,547; 315,260; TRMRDR 39,903; ADDDEP 17,753; SUPBEN 287,912; LONLEN 26,764; SUSPNS 227; NAMADR 3,876,148 | | BT | 2/12/02 |
| 3 | n/a | CFO end of month Pol Mstr | Seq | | | not needed for conversion | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 4 | n/a | CFO VSAM master | VSAM | | | not needed for conversion | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 5 | CHGNOT | Change data & Notification Trailer | Seq | 254,707 | 17 | 22,302 active/232,405 lapse   TAME - modified endowments - Vicki to research further - probably will not need to convert - handle manually. One of these used for side fund amount.   New mod (BC005) for side funds - new field likely to go in POL table.   Changes in face amount do not generate these trailers.   ALFA will research to ensure which of these trailers will be converted (by type.) | | BT | 2/12/02 |
| 6 | EXTLIF | Extra Life Premium Trailer | Seq | 43,339 | 10 | 28,792 active/14,547 lapse   'rate up - there are negative amounts for conversion credits.' A discount field will be used in Ingenium (mod is PR009). The discount will be a per centage - not a negative premium. Will go in POL tables in Ingenium. | | BT | 2/12/02 |
| 7 | AGTINT | Agent's interest Trailer | Seq | 530,612 | 15 | 215,362 active/315,250 lapse   Does this comment apply to this trailer (ANNUAL PREMIUM PER UNIT) or another file?   Advantage will provide a list from this file of all the agents in these trailers which will be set up manually. Will provide an active and terminated policy counts for each agent. | | BT | 2/12/02 |

ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS   Schedule B.2
(as of 2/20/02)

| BOOK ID | CODE NAME | DESCRIPTION | FILE TYPE | RECORD COUNT | QUESTIONS/COMMENTS | CONVERSION DECISION | APPROVED BY | DECISION DATE |
|---|---|---|---|---|---|---|---|---|
| 8 | TRMRDR | Term Rider Trailer | Seq | 71,128 | 31,255 active/39,903 lapse. Do the Cash Value fields exist on the trailer or does the trailer end at position 46? Response: The trailer ends at position 48. | | BT | 2/12/02 |
| 9 | ADDDEP I | Additions & Deposits Trailer I: Dividend / Guaranteed Deposit at Interest : Paid Up and One Year Term Additions | Seq | 42,926 | 25,173 active 17,753 lapse (counts are all ADDDEP trailers) | | SG | 2/12/02 |
| 10 | ADDDEP II | Additions & Deposits Trailer II (discounted premium & premium depositor's fund) | Seq | see ADDDEP I | 10 | 5 and 6 trailers will be combined into one record for Ingenium. | | SG | 2/12/02 |
| 11 | ADDDEP III | Additions & Deposits Trailer III (temporary cash value) | Seq | see ADDDEP I | 12 | used prior to anniversary for Paid up Adds & Dividends | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 12 | ADDDEP IV | Additions & Deposits Trailer IV (temporary value additions to be applied) | Seq | see ADDDEP I | 12 | used prior to anniversary for Paid up Adds & Dividends. There is no place to store this information in Ingenium. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 13 | SUPBEN | Supplemental Benefits Trailer | Seq | 426,334 | 12 | 138,422 active/287,912 lapse | | BT | 2/12/02 |
| 14 | LONLEN | Loan or Lien Trailer | Seq | 15,303 | 11 | 15,303 active; Convert only those for active policies (there are some terminated policies on the active file - not yet purged). | | SG | 2/12/02 |
| 15 | LONLEN | Loan or Lien Trailer | Seq | 26,764 | 11 | 26,764 lapse. List; but do not convert for terminated policies. Some of these exist for death claims (inconsistent) - normally would not have loans on expired policies. Some erroneous trailers may also exist other than death claims. | | SG | 2/12/02 |
| 16 | SUSPNS | Suspense Trailer | Seq | 632 | 7 | 405 active/227 lapse. These will only be for returned items. Change business process before conversion so there should be none of these at conversion time. | 1) Do not convert the information into Ingenium. | SG | 2/12/02 |

ADVANTAGE 000073

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| LINE | FILE NAME | DESCRIPTION | FILE TYPE | RECORDS | FILE DESCRIPTION | CONVERSION DECISIONS | DECISION BY | DATE |
|---|---|---|---|---|---|---|---|---|
| 17 | NAMADR | Name and Address Trailer | Seq | 7,560,207 | 8 | 3,684,059 active/3,876,148 lapse Note: Lines 15, 21, 51, 52 & 61 will be converted from CFO. Lines 11, 12, 13, 14, 16, 31, 41, 53 & 62 will be converted from the AS/400 client system. Note: The Line Data field is variable by Line Type. | BT | 2/12/02 |
| 18 | | Premium Rates | | | | Only ART rates used by CFO other rates are on policy record (although all are in AS/400) - other info on AS/400. Use AS/400 file. | SG | 2/12/02 |
| 19 | LFCSHVL | Cash Values | VSAM | 8,957 | 103 | VSAM file on mainframe. Does the LPNBISPCV - FPUL Cash Value File on AS/400 need to be converted in addition to this file? No - do not need the AS/400 file. | SG | 2/12/02 |
| 20 | n/a | Commission System - general | n/a | n/a | n/a | Outside CFO on mainframe - feeds & receives info from P&C commission system. All commission reporting done from legacy commission system, not CFO. Only exception is persistency report by agent. Ingenium will calculate commissionable premium and commission amount and pass it to legacy commission system, separate agent file from CFO. Future of application unclear - may be part Ingenium, part legacy. Ingenium needs licensing info - not available in electronic form? Commission payments made through payroll. Will likely continue to produce statements via legacy system. | | |
| 21 | | Commission History | Seq | 110,029 | 75 | Suggest manual conversion for most data in this file - exception is target commission (see below), informational only on Ingenium side - history not used for undo/redo. Manual adjustment done in legacy Commission system. 20 months available on legacy system. Will need to convert target commission by policy (at coverage level.) to CVG file Commission-target amount. This will come from commission system, not CFO. Vicki to provide file & precise field names. - Screen prints of UL-HISTORY-RECORD provided. ('bucket history') Check with Vicki for details on what data to get from this file. Response: Also need to get amount applied to target as well as target commission. | BT | 2/13/02 |

ADVANTAGE 000074

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| # | SOURCE SYSTEM NAME | DESCRIPTION | RECORD COUNT | ISSUES/COMMENTS | CONVERSION DECISION | CONV. CAT. | DATE |
|---|---|---|---|---|---|---|---|
| 22 | | Commission Rates | 127 | ALFA needs to modify before loaded to Ingenium. This will be a column n on the Plan spreadsheet provided by ACG. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 23 | | Agent Header file | | ACG to provide list of all agent numbers in all business converted. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 24 | | Agent Balance file | | Agent numbers are re-used in a manual process. Too many fields in Ingenium that do not exist in ALFA to justify mechanical conversion. | 1) Do not convert the information in this file into Ingenium. | PE | 2/12/02 |
| 25 | | Service Center Header | | Debit balance issue - exist in commission system that will remain. The balance will be inaccurate in Ingenium - legacy commission system will be the source for accurate information. No meaningful balance to convert. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 26 | LFBNKFL | Banking Info | 4,744 | Sandy to research to see if there is valid data on mainframe to convert. This is contact information - would be Branch data in Ingenium. Will need to do manually after agents are set up.<br><br>manually convert this data<br><br>load to BNKA & BNKB in Ingenium. Line 52 (bank routing number) on CFO<br><br>Does this file contain all the bank information for annuities on the PC system? Yes. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 27 | LFULPLN, LFULINT | Interest Rates Info | 147 | LFULPLN, LFULINT - Too few to do automatic conversion | See LEIFFL & LFULFFL below | | 2/12/02 |
| 28 | | Fund System - general | 10 | Fund Systems -- UL fund system & EI (excess interest)/ISP (interest sensitive plan) fund system referred to as FP-UL in Ingenium. Both will be interfaces to CFO. These systems calculate cash values which are stored on CFO. Copybooks indicate that multiple buckets are supported but only one bucket is used.<br><br>multiple trailers - uses int rate @ time of deposit - combined to a single rate at anniversary<br><br>Gain not computed on these - this done manually. (System may be calculating gain upon surrender (full? partial?) but unsure where or if it is stored) How will this affect conversion? Address the issue when mapping cash flow records. See Vicki and Cathy for details.<br><br>Surrender values not stored - need to determine how to calculate it. | | | |

ADVANTAGE 000075

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS — Schedule B.2 (as of 2/20/02)

| ID | PORTFOLIO MGT SYSTEM | FILE/TABLE DESCRIPTION | FILE STRUCTURE | # of RECORDS | COMMENTS | CONVERSION RECOMMENDATION | APPROVED BY | DATE |
|---|---|---|---|---|---|---|---|---|
| 29 | LFEIFFL | EIF-BASE | VSAM & tape | history to 1987, 165,070 VSAM; 474,311 tape recs; 18,098 tape recs, 107,537 adj recs tape; 2,898,201 VSAM trailers with avg of 15, 8,138,390 tape trailers with avg for 23 | 143 fields in record excluding trailer fields | Fixed UL - tape & VSAM files LFEIFFL - convert all - need space estimate for Mr. Harper - one record per policy per year - will need to convert some data from these files to policy history file - (fund balance is stored for each transaction) No adjusting trx (19+) after '94 - '95 (Wang conversion). New adjusting entries in Ingenium will only come from reinstatement with gap. Need to show the cost of supporting this effort as a separate line item. | | 2/12/02 |
| 30 | LFEIFFL | EIF-FUND-TRAILER | VSAM | 2,898,093 | 160 | 17 fields in the trailer portion of the record | BT | 2/12/02 |
| 31 | LFEIFFL | EIF-FUND-TRAILER | Seq | 10,309,075 | 160 | 17 fields in the trailer portion of the record | BT | 2/12/02 |
| 32 | LFEIFFL | EIF-FILE-MAINT-TRAILER | VSAM | 30,902 | 161 | 18 fields in the trailer portion of the record | BT | 2/12/02 |
| 33 | LFEIFFL | EIF-FILE-MAINT-TRAILER | Seq | 70,747 | 161 | 18 fields in the trailer portion of the record | BT | 2/12/02 |
| 34 | LFEIFFL | EIF-INVESTMENT-YR-TRAILER | VSAM | 170,378 | 148 | 3 fields in the trailer portion of the record | BT | 2/12/02 |
| 35 | LFEIFFL | EIF-INVESTMENT-YR-TRAILER | Seq | 472,500 | 148 | 3 fields in the trailer portion of the record | BT | 2/12/02 |
| 36 | LFEIFFL | EIF-MERGE-INVEST-YR-REC | VSAM | 0 | 0 | 9 fields in the trailer portion of the record | BT | 2/12/02 |
| 37 | LFEIFFL | EIF-MERGE-INVEST-YR-REC | Seq | 0 | 0 | 9 fields in the trailer portion of the record | BT | 2/12/02 |
| 38 | LFEIFFL | EIF-LAPSE-PROC-TRAILER | VSAM | 48,015 | 148 | 5 fields in the trailer portion of the record | BT | 2/12/02 |
| 39 | LFEIFFL | EIF-LAPSE-PROC-TRAILER | Seq | 5,654 | 148 | 5 fields in the trailer portion of the record | BT | 2/12/02 |
| 40 | LFEIFFL | ULF-BASE | VSAM & tape | history to 1984, 183,853 VSAM; 347,728 tape recs; 2,898,201 VSAM adj rec trailers with avg of 17 per rec, 10,887,981 tape adj trailers with avg of 22 per rec | 178 fields in record excluding trailer fields | Flexible UL - tape & VSAM files LFULFFL - convert all - need space estimate for Mr. Harper - one record per policy per year - will need to convert some data from these files to policy history file - fund value only stored as of last transaction and prior anniversary but not for prior transactions (fund balance is there in copybook but not populated) No adjusting transactions (19+) after late 80s. New adjusting entries in Ingenium will come from reinstatement with gap and other sources. Need to show the cost of supporting this effort as a separate line item. | BT | 2/12/02 |
| 41 | LFULFFL | ULF-BUCKET-TRAILER | VSAM | 185,426 | 178 | 2 fields in the trailer portion of the record | BT | 2/12/02 |
| 42 | LFULFFL | ULF-BUCKET-TRAILER | Seq | 347,545 | 178 | 2 fields in the trailer portion of the record | BT | 2/12/02 |
| 43 | LFULFFL | ULF-VERSARY-TRAILER | VSAM | 1,886,540 | 185 | 9 fields in the trailer portion of the record | BT | 2/12/02 |
| 44 | LFULFFL | ULF-VERSARY-TRLR | Seq | 4,517,139 | 185 | 9 fields in the trailer portion of the record | BT | 2/12/02 |

ADVANTAGE 000076

ADVANTAGE 000077

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| ID | BOOK NAME | FIELD DESCRIPTION | FILE TYPE | RECORDS | FIELDS | COMMENTS | CONVERSION DECISION | DECISION BY | DECISION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 45 | LFULFFL | ULF-FILE-MAINT-TRLR | VSAM | 30,279 | 199 | 23 fields in the trailer portion of the record | | BT | 2/12/02 |
| 46 | LFULFFL | ULF-FILE-MAINT-TRLR | Seq | 61,557 | 199 | 23 fields in the trailer portion of the record | | BT | 2/12/02 |
| 47 | LFULFFL | ULF-CHG-DBO-REC | VSAM | 3,994 | 198 | 22 fields in the trailer portion of the record | | BT | 2/12/02 |
| 48 | LFULFFL | ULF-CHG-DBO-REC | Seq | 7,813 | 198 | 22 fields in the trailer portion of the record | | BT | 2/12/02 |
| 49 | LFULFFL | ULF-CHG-WMD-REC | VSAM | 3,871 | 198 | 22 fields in the trailer portion of the record | | BT | 2/12/02 |
| 50 | LFULFFL | ULF-CHG-WMD-REC | Seq | 15,214 | 181 | 5 fields in the trailer portion of the record | | BT | 2/12/02 |
| 51 | LFULFFL | ULF-PREM-PAY-TRLR | VSAM | 976,727 | 182 | 6 fields in the trailer portion of the record | | BT | 2/12/02 |
| 52 | LFULFFL | ULF-PREM-PAY-TRLR | Seq | 3,047,969 | 182 | 6 fields in the trailer portion of the record | | BT | 2/12/02 |
| 53 | LFULFFL | ULF-LOAN-TRLR | VSAM | 16,553 | 179 | 3 fields in the trailer portion of the record | | BT | 2/12/02 |
| 54 | LFULFFL | ULF-LOAN-TRLR | Seq | 30,831 | 179 | 3 fields in the trailer portion of the record | | BT | 2/12/02 |
| 55 | LFULFFL | ULF-MERGE-BKT-TRLR | VSAM | 0 | 0 | 6 fields in the trailer portion of the record | | BT | 2/12/02 |
| 56 | LFULFFL | ULF-MERGE-BKT-TRLR | Seq | 0 | 0 | 6 fields in the trailer portion of the record | | BT | 2/12/02 |
| 57 | LFULFFL | ULF-INT-RATE-CHG-TRLR | VSAM | 0 | 0 | 3 fields in the trailer portion of the record | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 58 | LFULFFL | ULF-INT-RATE-CHG-TRLR | Seq | 0 | 0 | 3 fields in the trailer portion of the record | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 59 | LFULFFL | ULF-FUND-WITHDRAW-TRLR | Seq | 622 | 198 | 22 fields in the trailer portion of the record | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 60 | LFULFFL | ULF-FUND-WITHDRAW-TRLR | Seq | 1,079 | 198 | 22 fields in the trailer portion of the record | | BT | 2/12/02 |
| 61 | LFULFFL | ULF-LAPSE-PROC-TRLR | VSAM | 37,569 | 179 | 3 fields in the trailer portion of the record | | BT | 2/12/02 |
| 62 | LFULFFL | ULF-LAPSE-PROC-TRLR | Seq | 203 | 179 | 3 fields in the trailer portion of the record | | BT | 2/12/02 |
| 63 | LFULFFL | ULF-CONVERT-PROC-TRLR | VSAM | 18,124 | 180 | 4 fields in the trailer portion of the record | | BT | 2/12/02 |
| 64 | LFULFFL | ULF-CONVERT-PROC-TRLR | Seq | 107,510 | 180 | 4 fields in the trailer portion of the record | | BT | 2/12/02 |
| 65 | LFULFFL | ULF-REINSTATEMENT-TRLR | VSAM | 216 | 179 | 3 fields in the trailer portion of the record | | BT | 2/12/02 |
| 66 | LFULFFL | ULF-REINSTATEMENT-TRLR | Seq | 154 | 179 | 3 fields in the trailer portion of the record | | BT | 2/12/02 |
| 67 | LFULFFL | ULF-GUAR-INT-TRLR | VSAM | 0 | 0 | 5 fields in the trailer portion of the record | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 68 | LFULFFL | ULF-GUAR-INT-TRLR | Seq | 0 | 0 | 5 fields in the trailer portion of the record | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 69 | LFREIN | Reinsurance Master | Seq | 11,465 | 64 | | | BT | 2/12/02 |
| 70 | REINRATE | Reinsurance Rates | Seq | 41,046 | 127 | all pols that are reinsured are in this file yrt rates per 1000. ACG will need to create CC rates in Ingenium. | | BT | 2/12/02 |

ALFA SOURCE SYSTEM DA    CONVERSION DECISIONS    Schedule B.2
(as of 2/20/02)

| ID | SOURCE FILE NAME | FILE DESCRIPTION | RECS | FIELDS | COMMENTS | CONVERSION RECOMMENDATION | APPROVED BY | DATE |
|---|---|---|---|---|---|---|---|---|
| 71 | LFALLOW | Reinsurance Allowance | Seq | 755 | 224 | for splitting premium on co-insurance company cases. Used for term and UL - monthly COI. Per plan summed up. These recs point to rate file (LFALWRT). | | BT | 2/12/02 |
| 72 | LFALWRT | Reinsurance Allowance Rate | Seq | 839 | 325 | These recs referenced from LFALLOW recs. | | BT | 2/12/02 |
| 73 | AHMAST | A&H system | Seq | 10,381 | 210 | ~890 active clients - not CFO - no new business - client info will be put into AS/400 Client system before conversion. Est 5 - 10 plans (28 originally). No commissions paid on these policies through system (except Jack Kubiszyn paid manually). No premium rates to be loaded. Convert active only - do not want to set up clients for all terminated policies. Fixed length. 8,000 policies on coinsurance. 783 active policies - 10,381 total policies AHMAST | | SG | 2/12/02 |
| 74 | CANFILE | Cancer system | Seq | 2,546 | 38 | no new business - client info will be put into AS/400 Client system before conversion. Undetermined number of plans. No prem rates to be loaded. Convert active only - do not want to set up clients for all terminated policies. Fixed length. 2,546 total policies, 501 active CANFILE. Only need these to be able to bill. | | SG | 2/12/02 |
| 75 | LFASSNE | Assignee file | Seq | 2,440 | 7 | Assignee number in CFO master points to Assignee file. Will need to create clients and relationship at same time. Becky to get a count of active assignees from policy data. Where is this data held in Ingenium ? This is a relationship. Set up POLC and CLI and CLIA. | | BT | |

# ALFA SOURCE DATA - CONVERSION DECISIONS
## (as of 2/20/02)

| ID | FILE DESCRIPTION | FILE TYPE | RECORDS | FIELDS | CONVERSION RECOMMENDATION | DECISION | DECISION DATE |
|---|---|---|---|---|---|---|---|
| 76 | Group Billing | | 0 | 0 | Groups are clients. Do not need group files - client (1) Do not convert the information in this file into Ingenium. Hold client number billing that week. Policies are on CFO. Client info from groups will come from client file. No separate conversion for group file (only holds client number). Group number is on 21 line. When client number matches Group number on CFO, that policy is billed. GR table in Ingenium holds policy level data after 201 runs. Client table identifies valid groups. Group billing allows a single payment to pay all policies in a group but they will bill separately unless their bill dates are aligned. No group master file. 340 groups, ~7,000 policies. Annuities are included on Group Bills currently but these are not on CFO. | | 2/12/02 |
| 77 | LFRPMST Replacements | Seq | 73,149 | 28 | These will be set up as list bill in Ingenium. There is one list bill with 2400 policies. ALFA will make an effort to make these policies more complete (need to add clients and build relationship for owner) on AS/400. These are already identified with a billing form that equates to list bill. Groups will be populated in Ingenium but not from Ingenium. Used for commissions. Holds policy numbers involved. Internal / External Incoming / ALFA outgoing. Determines commission credit for premiums on the new policy. The system calcs the factor currently. Ingenium will have 0, 25, 50, 75, 100% factors keyed by codes. Other values will be converted to Ingenium to reflect the current values. This file is never purged. | BT | 2/12/02 |
| 78 | LFSURR Surrender Master | VSAM | 5,816 | 13 | 1035 Exchanges and taxable events tracked in this file. Internal / External Incoming / ALFA outgoing. Tracks old & new policy numbers, gross amounts, etc. A mod (TX002) is in progress to handle loans as taxable event for specific condition. Will not need to conv transactions file (LFSURT). LFSURR is a VSAM file with a variable occurs. This file is not purged. LFSURR contains 5,816 records comprised of 8,085 trailers. Trailer portion of record contains 8 fields. Non-trailer portion of record contains 2 fields. Total number of fields in file is (5,816 * 2) + (8,085 * 8) = 75,752. The number of fields is shown as 13 to account for the trailers. | BT | 2/13/02 |

ADVANTAGE 000079

ADVANTAGE 000080

## ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS  Schedule B.2
### (as of 2/20/02)

| ID | FILE NAME | DESCRIPTION | FILE TYPE | RECORDS/POLICIES | FIELDS | SYSTEM/COMMENTS | CSC/ADVANTAGE RECOMMENDATION | ALFA DECISION/APPROVAL | DECISION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 79 | LFSURRT | Surrender Transaction file | Seq | 3 | 0 | This file will not need to be converted. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 80 | | Billing Turnaround | | | | Interface to Ingenium? - unclear as to whether to convert - need to revisit timing of billing, estimate # of bills to do manually. Need plan timing to avoid Accidental Death bills because of high volume. No place to store this information in Ingenium. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 81 | LFIRNGR | IRS net gain info | Seq | 5,938 | 39 | will need to convert; holds surrendered policies with net gains; | | | |
| 82 | | Production Credit | | | | Don't know for sure where basis is for CFO policies | | | |
| 83 | | Reserves | | | | Defer decision until we can get m ore details from Annette. legacy system will continue - no conversion | | | |
| 84 | | Paid Up Additions | | 0 | 0 | no Ingenium support - no conversion | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 85 | CFODVNV | Dividend Rates | VSAM | 2,960 | 201 | Paid up additions factores - only associated with dividends - PLF,PXCFPLAN,PUAFACS file of dividend rate & factor to calc pua amounts by class, plan, sub-plan, cont Note: each record contains a cash value and PUA figure that occurs 97 times. ~200,000 rates | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 86 | DHX28 | Mortality Rates for ETI & RPU calculations | Seq | 5 | 1,087 | Is this a VSAM file? Mortality Rates for ETI & RPU calculations - will need to convert. - assembler layout is DHX28 Mortality rates occur 120 times in a table of 9 occurrences per record. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 87 | | Cost of Living Riders | | 33 policies in force | | How will rates be done? Done manually now. Can only exercise option once. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 88 | | Anniversary file | | | | holds when annivs stmt is sent - filmed currently - legacy system will persist | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 89 | | Decreasing term schedule | Seq | 200 | | 3 fields in the AS/400 record (LPNBDCRTRM) - unsure how many fields in the mainframe record | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 90 | CANAPEXT | Cancel Applied for | Seq | 75,703 | 21 | Cancelled policies that were never issued to CFO. Want to keep these so they can be referenced for future underwriting. | | BT | 2/12/02 |
| 91 | n/a | Cancel Applied for - history | n/a | n/a | n/a | is there a separate history file from CANAPEXT? NO There are two entries on the spreadsheet of files provided. | n/a | n/a | n/a |

ALFA SOURCE SYSTEM DP / CONVERSION DECISIONS Schedule B.2
(as of 2/20/02)

| # | FILE CODE | FILE NAME | FILE TYPE | RECORD COUNT | FIELDS | NOTES/COMMENTS | CONVERSION RECOMMENDATION | DECISION | INIT | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 92 | LFTAMRA | TAMRA Master File | Seq | 108,099 | 43 | No notes from initial meetings. See TAMH table in Ingenium. See Vicki for details. Use TAMH file. | | | BT | 2/13/02 |
| 93 | DEPMAST | Deposit Fund Master | Seq | 2,828 | 197 | No notes from initial meetings. 4 Transaction fields occur 48 times in each record. See screen prints from LREM58 for record layout. See Vicki for details. Response: These are individual transactions. Vicki will provide additional information to ensure additional information to prevent no overlap. These are both prem item deposit funds (6 trailer) and advance prem item (5 trailer) identified by type code. There may be an issue since the date and amount of the deposit are not stored on the POL table in base Ingenium. Cumulative fields are used to record deposit am ount. Deposit details are available only in Accounting History. Interest is calculated on average balance. A target table will be added to Ingenium and a mod is necessary. | | 1) Do not convert the information in this file into Ingenium. | BT | 2/13/02 |
| 94 | | Agent Header | AS/400 db | | | ACG to provide list of all agent num bers in all business converted. Agent numbers are re-used in a manual process. Too many fields in Ingenium that do not exist in ALFA to justify mechanical conversion. | | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 95 | | Prem Volume | AS/400 db | 8,187 | | for bands - points to prem rate tables in prem rates file - there will be fewer recs in Ingenium Rate header table b/c of duplication in ALFA system (8 to 1 ratio). ACG to provide spreadsheet to facilitate conversion. | | | BT | 2/12/02 |

ADVANTAGE 000081