# EXHIBIT 1B

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS    Schedule B.2
## (as of 2/20/02)

| ID | FILE NAME | FILE DESCRIPTION | FILE SOURCE | # RECS | # FIELDS | QUESTIONS/COMMENTS | CONVERSION RECOMMENDATION/DECISION | APPROVAL | DECISION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 96 | | Plan | AS/400 db | 91 recs but old plans not there | | Updated through screens. No mechanical conversion. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 97 | | Rider | AS/400 db | 230 | | 91 recs but old plans not there. ACG to provide spreadsheet to facilitate conversion. (Include which plans in ay need to lock rates on policies) | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 98 | | Bank File | AS/400 db | | | No Mechanical conversion. Controls what coverages are available. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 99 | | Tax Reporting | AS/400 db | | | use mainframe file - more comprehensive | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 100 | LPACCKJN | check journal - outstanding, paid, voided, etc | AS/400 db | 207,014 | 27 | will not use Ingenium Tax reporting - will not load USTX recs | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 101 | LPACMSTR | accounting master | AS/400 db | 12,873,181 | 31 | accounting master - will need account number translation table to load - see Ingenium tables (ACTX, CMTX, MVTX) below holds 2 full years plus current year, (2 entities per pnt per policy) Convert some of this data to POLH? - probably 77 recs (no policy level commission data).  Get recommendations from Solcorp BA. | check journal - outstanding, paid, voided, etc - load to CHTX Ingenium table | BT | 2/12/02 |
| 102 | LPACREF | extension of ACMSTR | AS/400 db | 12,000,000 | 8 | may go to description in ACTX in Ingenium - extension of ACMSTR - description of accounting entry estimated count - close to LPACMSTR (~12 million) | ACREF1 to ACCT_DSC_TXT and truncate extra characters | BT | 2/12/02 |
| 103 | LPACSDET | A/P detail | AS/400 db | 7,937 | 18 fields | Accounts Payable detail file | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 104 | LPACSCHD | A/P schedule | AS/400 db | 7,937 | 17 fields | Accounts Payable schedule (control) - contains check amount | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 105 | LPADBENEF | beneficiaries | AS/400 db | 200,586 | 20 fields | beneficiaries - only maintained in CFO as payments are made - not reliable data Becky to check on non-trust. Answer - All data should be converted. Original decision was to not convert this data? | 1) Do not convert the information in this file into Ingenium. | SG | 2/12/02 |
| 106 | LPADCLT | client admin contract | AS/400 db | 368,565 | 10 | Not valid data - no reason to convert. No electronic record. | client address | BT | 2/12/02 |
| 107 | LPCLADDR | client address | AS/400 db | 1,070,898 | 17 | | client relationships | BT | 2/12/02 |

ADVANTAGE 000082

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| ID | FILE NAME | FILE DESCRIPTION | FILE TYPE | # RECS | # FIELDS | CONVERSION QUESTIONS | CONVERSION RECOMMENDATION | DECISION BY | DECISION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 108 | LPCLCNTL | client control (master) | AS/400 db | 306,025 | 24 | client control (master) | | | |
| 109 | LPCLDGRPH | client demographics | AS/400 db | 351,260 | 12 | client demographics - may not be populated Need to confirm that this file has valid data Response: Some fields may be populated with default or identical data | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 110 | LPNBQUES | answers to ap questions | AS/400 db | 4,492,760 | 8 fields | answers to ap questions (at policy level now - would need to convert to client level for Ingenium) | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 111 | LPCLAUDT | client changes - before / after image | AS/400 db | 567,342 | 10 fields | client changes - before / after image - no place to convert to | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 112 | LPNBCONVCR | conversion credit | AS/400 db | 8,818 | 79 | conversion credit - these are not purged, so may be high. Only offered for 12 mos | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 113 | LPNBCORRID | corridor factors only used for producing illustrations | AS/400 db | 7,920 | 8 fields | 1) Where in Ingenium would conversion credit information be stored? 2) Is a mod required? corridor factors only used for producing illustrations | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 114 | LPNBDCRTRM | Decreasing Term Schedule | AS/400 db | 200 | 3 fields | used for decreasing term schedule pages | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 115 | LPNBHOEND | home office endorsements | AS/400 db | 122,498 | 9 | home office endorsements | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 116 | LPNBINTRTS | interest rates | AS/400 db | 147 | 20 fields | interest rates - small enough to do manually | 1) Do not convert the information in this file into Ingenium. | SG | 2/12/02 |
| 117 | LPNBMDFEE | Medical Cost file | AS/400 db | 2,935 | 6 | med fee - should be on meds list - related to apa ordering - tied to fixed prepay for doctor - nowhere to convert it now 2,935 total records ; 1,187 non-zero recs Converted to a new field in new client table in Ingenium . BM001 is mod. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 118 | LPNBMIBDET | MIB Detail information | AS/400 db | 122,384 | 12 | MIB detail The Ingenium system does not translate MIB report information into meaningful verbiage but the AS/400 system does this. Will a mod be required? No mod will be required. | | SG | 2/12/02 |
| 119 | LPNBMIB | MIB information | AS/400 db | 281,273 | 11 | MIB header or master | | SG | 2/12/02 |
| 120 | LPADLAPSE | | AS/400 db | 9,541 | 7 fields | Mississippi replacement reg - nothing here that is not on policy rec - will not have a target field in Ingenium - rolling 12 months | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |

ADVANTAGE 000083

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| # | FIELD NAME | DESCRIPTION | TYPE | RECORD COUNT | FIELD COUNT | COMMENTS | CONVERSION DECISION | DECISION BY | DECISION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 121 | LPNBCNTAMD | Pending Amendments | AS/400 db | 59,757 | 28 | amendments | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 122 | LPNBCOVBEN | Pending Benefit | AS/400 db | 2,328 | 27 | benefit recs imbedded in a coverage | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 123 | LPNBCQUINFO | Pending Contract Additional Info for Medical Questions | AS/400 db | 138,687 | 11 fields | Questions from ap (at client level) | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 124 | LPNBAGT | Pending Contract Agent | AS/400 db | 108,999 | 11 | agent attached to policy (could be multiple per policy) could be attached to contract or coverage | 1) Do not convert the information in this file Into Ingenium. | BT | 2/12/02 |
| 125 | LPNBACTION | Pending Contract Action | AS/400 db | 241,606 | 12 | pending contract action diary - final disposition dates - used for 'days to underwrite' report - Becky to research | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 126 | LPNBBENEF | Pending Contract Beneficiary | AS/400 db | 109,000 | 28 fields | Run 'days to underwrite' report before conversion. beneficiaries - only maintained in GFO as payments are made - not reliable data Becky checking on non-trust count. Answer - all records should be converted. Original decision was to not convert this file? | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 127 | LPNBCLT | Pending Contract Client | AS/400 db | 297,122 | 17 | client relationships - at least 3 per policy (ins, pol owner, payor) | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 128 | LPNBCTRCT | Pending Contract file (policy master) | AS/400 db | 2,000 | 51 | Pending Contract file (policy master) almost all pending count - (eliminate redos & reissues); assume 2000 at conversion (now 2400 pending, 200 reissues) current count 2,492 | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 129 | LPNBCNTREQ | Contract Requirements file | AS/400 db | 268,691 | 25 | New Business Contract Requirements file No notes from initial meetings. Should this information be converted into Ingenium? These might be at a client level or policy level? | | BT | 2/12/02 |
| 130 | LPNBCOV | Coverage records - attached to contracts | AS/400 db | 109,355 | 46 | Coverage records - attached to contracts | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 131 | LPNBINSDR | Pending Insured's Doctor Information | AS/400 db | 269,994 | 11 fields | insured's doctor information | 1) Do not convert the information in this file into Ingenium. | CL | 2/12/02 |
| 132 | LPNBCNTPRB | Contract Problems | AS/400 db | 286,691 | 28 fields | contract problems - value of information does not justify conversion | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 133 | LPNBDETRQ | Pending Requirement Details | AS/400 db | 119,594 | 0 | blood & urine (detail requirements) definitely want to keep - would like to see at policy level but LABR stores results at a client level | 1) Do not convert the information in this file into Ingenium. | CL | 2/12/02 |
| 134 | LPNBPRMDSC | Premium Class Description | AS/400 db | 246 | 11 fields | premium class description This information will be manually converted into the Ingenium RH table. | 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |

ADVANTAGE 000084

ADVANTAGE 000085

# ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
## (as of 2/20/02)

| ROW | SYSTEM VALUE | DESCRIPTION | TYPE DATABASE | RECORD COUNT | FIELDS/QUESTIONS | CONVERSION RECOMMENDATION | ACTION | APPROVAL |
|---|---|---|---|---|---|---|---|---|
| 135 | LPNBPRMRT | Premium Rates | AS/400 db | 312,581 | 4 | Comprehensive - use this file - feeds mainframe. Maintained manually. This will go into Ingenium Rate Load table. Rates not available for some old plans. (may be available in Cybertek files) ALFA plans to 'lock' rates in Ingenium for these plans. Includes UL Target | BT | 2/12/02 |
| 136 | LPNBSCHPG | Premium Schedule Page Values | AS/400 db | 11,708 recs | 7 fields | schedule page - factors used for sched & cost disclosures 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 137 | LPNBPRMVL | Premium Volume File | AS/400 db | 8,198 recs | 39 fields | premium volume file - manually enter 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 138 | LPNBSURCHG | Surrender Charge Factors | AS/400 db | 7 recs | 8 fields | surrender charges - used for illustrations - manual or no conv 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 139 | LPNBSURU03 | Surrender Charge Factors - (U03) | AS/400 db | 600 recs | 10 fields | surrender charges - used for illustrations - manual or no conv 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 140 | LPADCOVBEN | Coverage Benefit File | AS/400 db | 146,500 | 9 | Benefit recs - attached to a coverage - one benefit that CFO doesn't carry is Accelerated Death Benefit - the XCD may be added based on criteria (volume at a given level, issue age range, etc.) unsure where this info will be held (liens) in 'other loan' field 146,500 - this number is adjusted from Vicki's spreadsheet - original number was 398,256 Does this file contain all coverages including XCD coverages? Can identify criteria to determ line whether this coverage exists. It is on every perm amount policy with face amount greater than $20,000. There is no premium for this benefit. 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |
| 141 | LPNBISPCV | FPUL Cash Value File | AS/400 db | 0 | 0 | See LFCSHVL file on mainframe. Does this file need to be converted in addition to the mainframe file? No. Do these represent the guaranteed cash values? 1) Do not convert the information in this file into Ingenium. | BT | 2/12/02 |

ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
(as of 2/20/02)

| ID | SOURCE SYSTEM NAME | FILE NAME | PRODUCT / COVERAGE | FILE TYPE | # OF RECORDS | OPERATIONAL COMMENTS | CONVERSION DECISIONS | DESTINATION SYSTEM | DECISION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 142 | | | Deferred Annuities - general | | ~900 policies, trx database ~9,000 recs. Some in force since 1979 paying monthly (pac), issued ~1 per month for last two years. | IRAs - CFO could not handle product features - no n/a - see below Ingenium mods necessary, turbo Pascal programs written in 1988 with native database (turbo toolbox for index). Accounting done manually.; ~4-6 products? less than ten products? (IRAs, TSA, HR-10, etc. no loans) plan type 1 - 1 contract, type 2 - 22 contracts, type 4 - admin fee assessed if and only if a payment during the year. Need to match last annual statement with values. Want to use ingenium for new Annuity business. Plan to use adjusting entity for starting balance as of last anniversary and load all trxs for partial year up to conversion date, instead of converting all history. 5498s handled by sending data to IRS system. Annual limits will have to be added to AS/400 & Clients will have to be assessed if and only if a payment during the year. Files: policy, transaction & bank. | | | |
| 143 | xaction.txt | Deferred Annuities - transactions file | turbo toolbox | 10,930 | 10 | 9,024 active records | | 1) Do not convert the information in this file into ingenium. | price | |
| 144 | | Deferred Annuities - interest file | turbo toolbox | 1,041 | 31 | 724 active policies | | | price | |
| 145 | policy.txt | Deferred Annuities - policy file | | 24 | 3 fields | Contains date and interest rate. | | 1) Do not convert the information in this file into ingenium. | BT | 2/11/01 |
| 146 | | Deferred Annuities - Lapse file | | 42 | 4 fields | Contains policy number and date. | | 1) Do not convert the information in this file into ingenium. | BT | 2/11/01 |
| 147 | | Deferred Annuities - Tax record | | 0 | 3 fields | Contains date and tax rate. | | 1) Do not convert the information in this file into ingenium. | BT | 2/11/01 |
| 148 | | Deferred Annuities - PAC file | | 41 | 5 fields | Contains policy number, bank numbers & withdrawal date. | | 1) Do not convert the information in this file into ingenium. | BT | 2/11/01 |
| 149 | | Deferred Annuities - bank file | | | 6 fields | 6 fields in this bank record. Bank information will be converted from LFBNKFL on the mainframe. | | 1) Do not convert the information in this file into ingenium. | BT | 2/11/01 |
|  | | Supplementary Contracts | | 76 + 8 life annuities = 84 total | | Monthly payments for 10 years or set amt per month until exhausted. No deposit on the 7d, only pay outs. Roll overs from IRAs or death claim proceeds payouts to beneficiaries. Convert these manually. Will not need to capture payment history prior to last anniversary on the 7d. Set up issue date as the prior anniversary. | | 1) Do not convert the information in this file into ingenium. | BT | 2/11/01 |
| 150 | | Structured Settlement Annuity Contracts | | 58 | | Lump sum distributed in a stream (no Life Annuities) Convert these manually. | | 1) Do not convert the information in this file into ingenium. | BT | 2/11/01 |

ADVANTAGE 000086

ALFA SOURCE SYSTEM DATA CONVERSION DECISIONS Schedule B.2
(as of 2/20/02)

| RECORD NAME | FILE/SYSTEM TYPE | REC TYPE/FEATURE | EST # RECORDS | QUESTIONS/COMMENTS | CONVERSION RECOMMENDATION | DECISION APPROVED BY | DATE |
|---|---|---|---|---|---|---|---|
| 151 | | Group Life - source of conversion may be spreadsheet, or custom file especially for this purpose. | | do want to convert (one of the first) (small face amounts). Was a spin off of old payroll system - disappeared with conversion to PeopleSoft. Don't know where to convert this data from - probably a spreadsheet with client, face amount & premium. Set up as list bill groups with one plan. (ART - same face amt (10,000) until retirement when it reduces to 5,000) Some clients are not on client file - will be added manually. Mechanically convert policies & clients. | | BT | 2/11/01 |
| 152 | Retirement | | 2,414 | original estimate was ~1,700 employees and 3 groups<br><br>Sandy Godwin to provide more detail on source for conversion as it becomes available.<br><br>Response: Currently, the plan is for Alfa to convert the client data into our client database (that Advantage will be converting from) and provide a file containing the client number for each policy. The generic policy will need to be built for each of these clients. There are three different group bills associated with these. Also, some of the retired/disabled policies become part of a group bill when the insured reaches age 60. ALFA will provide this data, Vicki thinks that we will Convert from a spreadsheet. | 1) Do not convert the information in this file into Ingenium. | SG | 2/11/01 |
| 153 | Death Claims | | ~400 death claims per year | term policy (large face amounts). Face amount of insurance changes each year. This just disappeared with PeopleSoft conversion. Probably will have data on Spreadsheet. Convert manually because of small volume. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |
| 154 | LUS | | | spreadsheet tracking. Ingenium has a status but little functionality. Handled manually now.<br><br>Lincoln Underwriting System - AS/400 interfaces to this system and is viewed on AS/400. Everything except unmatched bloods & urines (new business has not arrived but have lab tests). No conversion. LUS is going away. Will use Clear Case & Ingenium in the future. Only used for jet issue. | 1) Do not convert the information in this file into Ingenium. | BT | 2/11/01 |

ADVANTAGE 000087

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS  Schedule B.3
## (as of 2/20/02)

| # | Policy/Coverage | Table | Description | Count | Notes | Source | Type | Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Policy/Coverage | POL | Base Policy Information | Company ID<br>Policy ID | 248 | Conversion will come from several sources. It will come from CFO master, cancer master, aa400, a PC system (DEFERRED ANN), and a spread sheet. This table contains the base policy information for life health and annuity policies. Pending inforce and terminated policies are all contained in this table and are identified by a status code. | CFOMAST<br>YTDCFO<br>CHGNOT<br>EXTLIF<br>ADDDEP I<br>ADDDEP II<br>NANADR<br>EIF-BASE<br>ULF-BASE<br>AHMAST<br>CANFILE<br>LFSURR<br>LFRNGR<br>Def Annuities<br>LFPRMST<br>CANAPEXT | BT | 2/13/02 |
| 2 | Policy/Coverage | POLC | Policy Client Information | Company ID<br>Policy ID<br>Relationship Type<br>Client ID | 10 | 1) Upon conversion, an Ingenium client will have to be established for each client encountered. There will be several duplicate clients created as a result of this process. The same person may be an insured on more than one policy, or also identified as a beneficiary, payer, agent, etc., on the same policy. 2) Will the criteria for combining clients will be developed later in the project. No | LFASSNE<br>LPADCLT<br>Group Life | BT | 2/13/02 |
| 3 | Policy/Coverage | BENE | Beneficiary Information | Company ID<br>Sequence Number | 14 | 1) In the Ingenium system, it is optional to create client table entries for a beneficiary, or just record the name in the BENE table entry. 2) Should client entries be created for beneficiaries? No 3) Are these records going to be converted mechanically? No | 1) Do not mechanically populate the Ingenium table. | | |
| 4 | Policy/Coverage | POLL | Policy Loan Information | Company ID<br>Policy ID<br>Policy Loan ID | 18 | Only the loans on active policies will be converted since loan information on terminated cases is unreliable. | | BT | 2/13/02 |
| 5 | Policy/Coverage | LHST | Policy Loan History Information | Company ID<br>Policy ID<br>Loan ID<br>Loan Effective Date<br>Loan Sequence Number | 12 | Only the loans on active policies will be converted since loan information on terminated cases is unreliable. | LONLEN | BT | 2/13/02 |
| 6 | Policy/Coverage | POLN | Policy Notify Information | Company ID<br>Policy ID<br>Notify Date<br>Sequence Number | 10 | | LONLEN | BT | 2/13/02 |
| 7 | Policy/Coverage | POLP | Policy Payout Information | Company ID<br>Policy ID<br>Payout Number | 24 | How are policy payouts currently handled?<br>Yes - there are annuities on the PC that have matured but these payments are done manually now and will continue to be done manually.<br>Is there any information to mechanically convert? No. | CHGNOT | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS Schedule B.3
## (as of 2/20/02)

| # | Category | Table | Table Name | Key | Count | Notes | Fields | Status | Date |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Policy/Coverage | POLT | Policy Tax Information | Company ID Policy ID | 58 | This table contains policy tax related information. One record for each policy is stored on this table. There are several tax related fields in the POLT table. Do we think that any of these fields need to be populated upon conversion? Yes. At dummy POLT entry with at least the remaining basis will need to be created to calculate the gain on future surrenders. Martin will provide guidance on which other fields will need to be populated. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 9 | Policy/Coverage | POLW | Policy Writing Agents | Company ID Policy ID Agent ID | 7 | This table provides the details of policy contributions. In addition to the amount, information includes the type of contribution, the client making the contribution, the tax year, and the reporting status. A contribution may be related to a Cash Allocation Activity record and a country-specific reporting record. What file should these records be converted from? Use Agent Interest trailer - this is for production credit. | AGTINT | BT | 2/13/02 |
| 10 | Policy/Coverage | CNTX new table in 6.3 | Contribution Transaction | | | This appears to be used for contribution limits on qualified investments. Are there any policies that are qualified such as IRAs? Yes, have some in addition to annuities on PC but a small number. Carry to research details. 111 qualified policies found including HR-10, TSA, IRA with life insurance. If so, do we think these table entries need to be created? May need to populate to create correct 5498 tax forms. CNTX is used to track contributions to qualified annuities in 6.3 according to the answer Martin Hau received from Solcorp Development. | | | |
| 11 | Policy/Coverage | CVG | Base Coverage Information | Company ID Policy ID Coverage Number | 189 | | EXTLIFE TRMRDR SUPBEN Commission History EIF-BASE ULF-BASE AHHAST CANFILE LFSURR LFRNGR Def Annuities | BT | 2/13/02 |
| 12 | Policy/Coverage | CVGA | Coverage Agent Information | Company ID Policy ID Coverage Number Agent ID | 18 | | AGTINT | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS Schedule B.3
### (as of 2/20/02)

| # | Category | Code | Description | Fields | Notes | Decision | LPADCLT Group Life | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Policy/Coverage | CVCC | Coverage Client Information | Company ID, Policy ID, Coverage Number, Client Relationship Type, Client ID | 9) | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 14 | Policy/Coverage | CVGD | Coverage Duration Information | Company ID, Policy ID, Coverage Number, Coverage Duration | 17) 1) This table is only used on UL policies where cumulative payments, loads and commissions need to be stored by duration for future calculations. Are there any such policies? No such policies. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 15 | Policy/Coverage | RL | Client / Policy Relationship Info | Company ID, Client ID, System ID, System Reference ID, Relationship Type Code | 9) 1) This table can be generated by running an Ingenium base system batch job, after all of the policy and coverage table entries have first been populated. Martin will verify that this batch job will still exist. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 16 | Policy/Coverage | QT | Immediate Annuity Quote Info | Company ID, Quote Code, Quote Number | 80) 1) Are there any policies which are life annuity type products? These would be annuity products where the scheduled payout amounts are based on mortality factors. YES 2) If so, where would the calculated payout amount be stored in the CFO system? DO NOT CONVERT | 1) Do not mechanically populate this Ingenium table. There are not enough policies to convert so is the decision was made to handle manually. | | BT | 2/13/02 |
| 17 | Policy/Coverage | EHST | Enhancement History Info | Company ID, Policy ID, Coverage Number, Enhancement Date | 10) 1) In this Ingenium system, enhancement refers to policies where the face amount changes automatically over time. 2) Are there any traditional policies that have increasing or decreasing face amounts? Yes 3) Is there any data in CFO or related files from which to populate this table? No | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |