# EXHIBIT 1C

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS   Schedule B.3
## (as of 2/20/02)

| # | Type | Table | Name | Key | Count | Comments | Decision | Source | Source Columns | Owner | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18 | Policy/Coverage | PHST | Policy / Coverage Change History Info | Company ID<br>Policy ID<br>Effective Date<br>Sequence Number | 13 | 1) This Ingenium table is used to facilitate automatic undo / redo processing. For example, if a face amount was changed on a certain date, the system would keep track of that in this table so that premium calculations would automatically take that into account when reversing back prior to the face change.<br>2) Fixed UL - Lapse & VSAM files LFI/LFFL connect at... need space estimates for Mr. Harper. One record per policy per year. Will need to convert some data from these files to policy history file. (fund balance is stored for each transaction). No adjusting trx (19's) after 94 (Wang Conversion) New adjusting entries in Ingenium will only come from reinstatement with gap.<br>3) Flexible UL - tape and VSAM files LFEIFFL convert all. ADVANTAGE to provide space estimate. One record per policy per year. Will need to convert some data from these files to policy history file. - fund value only stored as of last transaction and prior anniversary but not for prior transactions (fund balance is there in copybook but not populated. No adjusting transactions (19's) after... | | EIF - BASE<br>ULF - BASE | BT | 2/13/02 |
| 19 | Policy/Coverage | AMEX | Amendments / Exclusions Info | Company ID<br>Policy ID<br>Record Type Code<br>Sequence Number | 13 | 1) This Ingenium table is used to attach amendments and exclusions to a policy.<br>2) This table may not have to be populated in the conversion, but it may be populated as new policies are entered into Ingenium.<br>3) Is there any amendments/exclusions data that should be converted into this table? Yes. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 20 | Policy/Coverage | BNDV | Bonus/Dividend | Company ID<br>Policy ID<br>Coverage Number<br>Bonus/Div Type Code<br>Bonus/Div IDT Number<br>Bonus/Div Sequence # | 13 | 1) The table contains dividend annual bonus and terminal bonuses activity. | 1) Do not mechanically populate this Ingenium table. | LPNB*OEND<br>LPNBCNTAMD | BT | 2/13/02 |
| 21 | Policy/Coverage | SPND | Suspended Policy Control Info | Company ID<br>Policy ID | 10 | 1) In the Ingenium system, if a policy is "suspended", no further processing will take place (billing, etc.) until the policy is lifted and unsuspended. When a policy is suspended, some of the policy and coverage table entries are copied into separate tables (SPOL, SPOC, SPOW, SCVB, SCVA, SCVC).<br>2) Is there similar "suspended" status in the GFO etc. system? Yes<br>3) Should any of the Ingenium suspended tables be populated by conversion programs for those suspended policies on the day the conversion takes place, or should policies be manually suspended after the conversion? Manually suspend after conversion. | | ADDDEP I<br>ADDDEP II | BT | 2/13/02 |
| 22 | Policy/Coverage | SPOL | Suspended Base Policy Info | Company ID<br>Policy ID | 248 | See comments under SPND table. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 23 | Policy/Coverage | SPOC | Suspended Policy Client Info | Company ID<br>Policy ID<br>Relationship Type<br>Client ID | 10 | See comments under SPND table. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |

ADVANTAGE Consulting Group, Inc.
Data Conversion Specialists

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
## (as of 2/20/02)

Schedule B.3

| # | Category | Table | Table Description | Keys | # | Comments | Decisions | Reference | Date |
|---|---|---|---|---|---|---|---|---|---|
| 24 | Policy/Coverage | SPOW | Suspended Policy Agents | Company ID, Policy ID, Agent ID | 8 | See comments under SPND table. | 1) Do not mechanically populate this ingenium table. | | 2/13/02 |
| 25 | Policy/Coverage | SCVG | Suspended Base Coverage Info | Company ID, Policy ID, Coverage Number | 189 | See comments under SPND table. | 1) Do not mechanically populate this ingenium table. | | 2/13/02 |
| 26 | Policy/Coverage | SCVA | Suspended Coverage/Agent Info | Company ID, Policy Id, Coverage Number, Agent ID | 18 | See comments under SPND table. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 27 | Policy/Coverage | SCVC | Suspended Coverage Client Info | Company ID, Policy ID, Coverage Number, Client Relationship Type, Client ID | 9 | See comments under SPND table. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 28 | Policy/Coverage | EX | Exemption Test Info (Canadian) | Company ID, Policy ID, Coverage Number, Sequence Number | 8 | 1) This table supports Canadian taxation requirements. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 29 | Policy/Coverage | REGC | Registered Contribution Info (Canadian) | Company ID, Policy ID, Contribution Ownership Code | 12 | 1) This table supports Canadian taxation requirements. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 30 | Policy/Coverage | REPL | Replacement | Company ID, Policy ID, Replacement Sequence | 11 | 1) This ingenium table is used to store info on replacement policies (both internal and external). Note: used for commissions. Holds policy numbers involved internal/external replacements. 2) Should this table be populated and where would the data come from? Do not populate. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 31 | Policy/Coverage | RHST | RRSP Receipt History Info (Canadian) | Company ID, Policy ID, RRSP Date Sequence Number | 38 | 1) This table supports Canadian taxation requirements. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 32 | Policy/Coverage | THST | T4RSP receipt history | Company ID, Policy ID, T4RSP Date Sequence Number | 37 | 1) This table contains T4RSP receipt history information. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 33 | Policy/Coverage | TAMI | TAMRA Tax Information (US) | Company ID, Policy ID, Effective Date | 14 | This table contains information used to support the U.S. Technical and Miscellaneous Revenue Act (TAMRA) and associated seven-pay processing requirements. Historical information is needed in order to do retroactive processing triggered by face decreases. The information kept in this table may also be required to perform manual calculations for taxable events. Currently there are two files that are never deleted. Rees. For each whole life is no gain computed on distributions the to Justify converting mechanically? Not enough information on the distribution file to Justify converting mechanically? Should this file be handled manually? Defer these questions - need further analysis. | | LFTAMRA | |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS     Schedule B.3
## (as of 2/20/02)

| # | Category | Code | Name | Keys | ? | Comments | Status | BT | Date |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Policy/Coverage | USTX | US Policy Taxable Event Info | Company ID<br>Tax Year<br>Policy ID<br>Effective Date<br>Sequence Number | 26 | ALFA hopes to summarize the USTX recs in the interface program in interface program IRS system. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 35 | Policy/Coverage | USRP<br>new table in 6.3 | U.S. IRS Report | ? | | Will not use INGENIUM tax reporting. Will not load USTX records. Will do tax reporting feeds from old and new systems for 2003. | | | |
| | | | | | | This table contains U.S. Internal Revenue Service (IRS) reporting records. They are reports required by the IRS for US contracts. They have several return types including 5498 for contributions, and 1099-R and 1099-INT for pay outs. Countries other then the U.S. have their own tables to meet government reporting requirements | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 36 | Policy/Coverage | CFLW | Cash Flow Detail Info | Company ID<br>Policy ID<br>Coverage Number<br>Cash Flow Type Code<br>Effective Date<br>Sequence Number | 51 | Will not use INGENIUM tax reporting. Will not load USRP records.<br><br>This table contains Cash Flow transaction detail information which is used to keep track of financial movements on Guaranteed Investment Accounts (GIA), Daily Interest Accounts (DIA), and equity related products.<br>Fund Systems - UL fund systems and EI (excess interest) ISP (interest sensitive product?) fund system referred to as FP-UL in INGEN. Both will be interfaces to CFO. These systems calculate cash values which are stored on CFO. Copybooks indicate that multiple buckets are supported but only one bucket is used. Gain is not computed on these. This is done manually. How will this affect conversion?  See comments in PHST table. | | | |
| 37 | Policy/Coverage | CFCO | Cash Flow Coverage Info | Company ID<br>Policy ID<br>Coverage Number<br>Cash Flow Type Code<br>Effective Date<br>Sequence Number<br>Allocation Coverage # | 13 | See comments in CFLW | LFEIFFL TRAILERS<br>LFUL/FFL TRAILERS<br>Def Annuities - transactions | BT | 2/13/02 |
| 38 | Policy/Coverage | CFAG | Agent Info for Flexible Premium Deposits | Company ID<br>Policy ID<br>Coverage Number<br>Sequence Number | 18 | This table contains agent information applicable to flexible premium annuity deposit commissions. The agent information is defaulted from the FPA coverage information but can be overridden at the time of the deposit transaction. | 1) Do not mechanically populate this Ingenium table.<br>LFEIFFL TRAILERS<br>LFUL/FFL TRAILERS<br>Def Annuities - transactions | BT | 2/13/02 |
| 39 | Policy/Coverage | CDSA | Cash Destination Activity Info | Company ID<br>Policy ID<br>Activity Type Code<br>Policy Payout Number<br>Effective Date<br>Sequence Number | 24 | 1) This table is used to define where and how money in an investment product with multiple funds (coverages) should be transferred at the end of a specified interest period. Canadian and European investment products might have provisions like this, but US products rarely do. Are there any sophisticated multiple fund investment products where the policyowner specifies where to automatically transfer money to at the end of a specified interest period? No | | LFEIFFL TRAILERS<br>LFUL/FFL TRAILERS<br>Def Annuities - policies | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
## (as of 2/20/02)
### Schedule B.3

| # | Type | Table | Name | Keys | Ingenium Table | Comments | Decision | Source | Date |
|---|------|-------|------|------|----------------|----------|----------|--------|------|
| 40 | Policy/Coverage | CDSD | Cash Destination Activity Detail Info | Company ID<br>Policy ID<br>Activity Type Code<br>Policy Payout Number<br>Effective Date<br>Sequence Number<br>Allocation Number | 21 | See comments under CDSA table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 41 | Policy/Coverage | CDSI | Cash Destination Instructions | Company ID<br>Policy ID<br>Activity Type Code<br>Policy Payout Number<br>Effective Date<br>Sequence Number<br>Allocation Number | 20 | See comments under CDSA table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 42 | Policy/Coverage | DWCD | Deposit Amt/Withdrawal Charges | Company ID<br>Policy ID<br>Cash Allocation Code<br>Policy Payout<br>Effective Date<br>Sequence Number<br>Deposit Withdrawal Sequence # | 17 | See comments under CDSA table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 43 | Policy/Coverage | CAIN | Cash Allocation Instruction | Company ID<br>Policy ID<br>Allocation Type<br>Policy Payout<br>Alloc Instr Effective Date | 8 | See comments under CDSA table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 44 | Policy/Coverage | MFSD | Monthiversary Charges | Company ID<br>Policy ID<br>Effective Date<br>Withdrawal Number<br>Coverage Number | 11 | This table contains the detail allocation rules associated with a specific Monthiversary Fund Selection. It is used during monthiversary processing to allocate the charges across each identified coverages in the specified order.<br><br>The allocation rules can be any combination of flat amounts and percentages within order number (multiple coverages may be specified within the same order). During monthiversary, funds are withdrawn using the flat amounts first and then by percentage.<br><br>Do we have to populate this table for any universal life policies? No | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 45 | Policy/Coverage | MFSI | Monthiversary Charges Coverage Order Selection Info | Company ID<br>Policy ID<br>Effective Date | 7 | This table contains the policy owner's preferences for monthiversary charge withdrawal processing. It is used during monthiversary processing to determine the order in which identified coverages will be used to fund monthiversary charges.<br><br>The deduction allocations, which are identified by effective date, order number and coverage, can be specified as a flat amount or percentage. The individual entries associated with this Monthiversary Fund Selection are stored on the Monthiversary Fund Selection Detail table.<br><br>Do we have to populate this table for any universal life policies? No. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
## (as of 2/20/02)     Schedule B.3

| # | Category | Code | Description | Keys | ? | Decision | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 46 | Policy/Coverage | PDEP | Pending Deposits Information | Company ID, Policy ID, Effective Date, Sequence Number | 13 | This table contains pending deposit information related to suspended policies. 1) Does the CFO system store deposits on suspended policies? Yes - but nothing to convert. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 47 | Policy/Coverage | SDEP | Side Fund Deposits | | | This table will be created to store side fund deposits as a result of a mod. | | DEPMAST | BT | 2/13/02 |
| 48 | Policy/Coverage | IH | Interest History Detail Info | | 13 | 1) Are there any Interest Sensitive Whole Life policies? | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 49 | Policy/Coverage | UH | Universal Life Monthiversary Info | Company ID, Policy ID, Anniversary Date | 16 | Yes - the plans are ISP-601, ISP-611 but they will be set up as FPUL. Is this information in either the CFO or Fund system? ALFA will set up their ISWL as FPUL in Ingenium and not use the ISWL functionality in Ingenium. | | | | |
| 50 | Policy/Coverage | UHCO | Universal Life Monthiversary | Company ID, Policy ID, Effective Date Number, Coverage Number | 24 | This table contains Universal Life Monthiversary coverage information. | 1) Do not mechanically populate this Ingenium table. | LFULFL TRAILERS | BT | 2/13/02 |
| 51 | Policy/Coverage | FA | Fund Activity Information | Company ID, Policy ID, Coverage Number, Effective Date, Sequence Number | 45 | 1) This table contains an entry for each Coverage Investment Activity (deposit, surrender, transfer, administrative and mortality charge). | 1) Do not mechanically populate this Ingenium table. | LFULFL TRAILERS | BT | 2/13/02 |
| 52 | Policy/Coverage | FAAG | Fund Activity Agent Information | Company ID, Policy ID, Coverage Number, Effective Date, Sequence Number, Agent ID | 13 | 1) This table contains agent information associated with Coverage Investment Activity records. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 53 | Policy/Coverage | FACO | Fund Activity Target Information | Company ID, Policy ID, Coverage Number, Effective Date, Sequence Number, Allocation Coverage # | 28 | 1) This table contains target information associated with Coverage Investment Activity records. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 54 | Policy/Coverage | FC | Fund Coverage Information | Company ID, Policy ID, Coverage Number | 38 | 1) This table contains investment coverage information. It is an extension of the base coverage table. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 55 | Policy/Coverage | FD | Fund Activity Detail Information | Company ID, Policy ID, Coverage Number, Fund ID, Effective Date, Sequence Number | 39 | 1). This table contains investment information. It is an extension of the base coverage table. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS   Schedule B.3
## (as of 2/20/02)

| # | Category | Table | Name | Keys | Rows | Notes | Related | Type | Date |
|---|---|---|---|---|---|---|---|---|---|
| 56 | Policy/Coverage | FS | Fund Investment Coverage Information | Company ID, Policy ID, Coverage Number, Fund ID | | 1) This table contains coverage fund information associated with a specific investment coverage. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 57 | Policy/Coverage | EFTX new table in 6.3 | Electronic Funds Transfer Transaction | ? | 14 | 1) This table contains electronic funds transfer transactions. It is used to create the transfer transactions to be sent to a financial institution and to print a register. After processing, the record status becomes historical. Each transfer has an associated accounting transaction. 2) Should this table be populated on conversion? No | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 58 | Policy/Coverage | FBND new table in 6.3 | Fund Bonus Declaration | ? | | 1) This table contains bonus declarations by fund and subsidiary company. It is similar to the Plan Bonus Declaration table except that it is at the Fund level rather than the plan level. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 59 | Policy/Coverage | PDGA new table in 6.3 | Pending Deposit Gain Allocation | ? | | 1) This table contains principal and gain amounts by allocation type on pending deposits. These amounts are applied as Policy Gain Allocation Transactions when the policy goes in force. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 60 | Policy/Coverage | PGAL new table in 6.3 | Policy Gain Allocation | | | 1) This table contains principal and gain transaction and running total amounts by allocation type for policies. Records are generated for each deposit, loan, partial surrender or full policy surrender transaction on a policy. The most common reason for tracking principal/gain amounts is taxation. 2) Should this table be populated on conversion? | | LFIRNGR | BT | 2/13/02 |
| 61 | Policy/Coverage | CATX | Canadian Tax Event Information | n/a | 51 | 1) This table contains Canadian policy tax event information. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 62 | Policy/Coverage | PSCH | Status Change Information | Company ID, Policy ID, Timestamp | 20 | 1) This table contains changes in the status of policies. The changes are printed on a report and then debited. | | | BT | 2/13/02 |
| 63 | Client | CU | Base Client Information | Company ID, Client ID | 67 | This table contains the base client information such as the client's birth date, sex, employment and underwriting details. | | LFASSNE, LPCLCNTL, LPCLDGRPH, CANAPEXT | BT | 2/13/02 |
| 64 | Client | CLIA | Client Address Information | Company ID, Client ID, Group Code, Type Code, Sequence Number | 28 | This table contains the client's postal address information. Addresses are divided into three types: primary, secondary and previous. Primary addresses are identified with a type of 'PR'. A client can only have one primary address record. Secondary address types are user defined and can be assigned an effective date and end date. A client may have multiple secondary addresses. Previous addresses are identified with a type of 'PA' and may be system maintained when the primary address is updated. | | LFASSNE, LPCLADDR, LPCLDGRPH | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
## (as of 2/20/02)
### Schedule B.3

| # | | | | Description | | | Date |
|---|---|---|---|---|---|---|---|
| 65 | Client | CLIB | Client Bank Account Info | Company ID<br>Bank Branch ID<br>Bank Account ID<br>Client ID | 8 | This table contains client bank account information for use in PAC billing and in payroll processing. Each entry represents a bank account attached to a client.<br>+G59 | | 2/13/02 |
| 66 | Client | CLIC | Client Contact Information | Company ID<br>Client ID<br>Contact ID Code | 6 | 1) This Ingenium table is used to store telephone numbers and e-mail addresses for clients. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 67 | Client | CLIF | Client Family History Info | Company ID<br>Client ID<br>Family Relationship CD | 14 | 1) This Ingenium table is used to store family medical history.<br>2) Is the information stored anywhere in the CFO system? No | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 68 | Client | CLII | Client Income Information | Company ID<br>Client ID<br>Income Effective Date | 10 | 1) This Ingenium table is used to store other income information.<br>2) Is this information stored anywhere in the CFO system? No | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 69 | Client | CLIO | Client Other Insurance Info | Company ID<br>Client ID<br>Other Ins Type Code<br>Sequence Number | 20 | 1) This Ingenium table is used to store information about companies that a client may already have insurance with, such as an employer.<br>2) Is this information stored anywhere in the CFO etc. system? No | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 70 | Client | CLNC | Client Company Associations | Company ID<br>Client ID<br>Client Co Group Code<br>Client Co Name Type | 9 | 1) This Ingenium table is used to store information about companies that a client is associated with.<br>2) Is this information stored anywhere in the CFO etc. system? No | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 71 | Client | CLNM | Client Indiv Associations | Company ID<br>Client ID<br>Client Indiv Group Code<br>Client Indiv Name Type CD<br>Sequence Number | 16 | This table contains various names of individuals associated with client. | | LFASSNE<br>LPCLCNTL | BT | 2/13/02 |
| 72 | Client | AGTIC | Agent / Client Relationship Info | Company ID<br>Agent ID<br>Relationship Type Code<br>Client ID | 8 | 1) This Ingenium table is used to indicate which agent is the mailing, regular and servicing agent for a client. It has nothing to with commissionable agents, but is used mostly to designate a servicing agent if an insurance company needs an agent to contact a client.<br>2) Does the CFO system indicate which agent is considered the servicing agent?<br>Use first agent from AGTNT as servicing agent. | | AGTINT | BT | 2/13/02 |
| 73 | Client | CH | Client History Detail Info | Company ID<br>Client ID<br>Effective Date<br>Sequence Number | 13 | 1) This Ingenium table is used to store information about when a client was contacted.<br>2) Is this information stored anywhere in the CFO system? | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
## (as of 2/20/02)
Schedule B.3

| # | Subject Area | Table | Client/Company Language | Keys | Count | Notes | Decision | Code | BT | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 74 | Client | CCCL | Client/Company Language | Company ID / Language Code | | 1) This Ingenium table does not have to be populated if the language is English. It is used to default addresses on client updates. 2) Are there any clients to be converted that should be set to a non-English language? | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 75 | Client | PSAD new table in 6.3 | Postal Code Addresses | ? | | This table contains partial addresses corresponding to Japanese postal codes. It is used to default addresses on client updates. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 76 | Client | CCTX | Client Consolidation Info | Company ID / Consolidation Date / Consolidation Time / Task ID / Sequence Number | 32 | 1) These table entries are created when a client consolidation transaction has been entered in the online system. The actual client consolidation occurs during the batch cycle. Therefore, this table should not be populated. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 77 | Underwriting | UWAS | Underwriter Assignments Info | Company ID / Business Chess Code / Branch ID / TCR Amount / Alpha Code | 5 | This table contains the criteria used to assign clients to specific underwriters. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 78 | Underwriting | UWMF | Clear Case/Application | Company ID / Test ID / Test Subset ID / Application Form ID | 8 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 79 | Underwriting | UWML | Clear Case/Location | Company ID / Test ID / Test Subset ID / Location Group ID | 6 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 80 | Underwriting | UWMS | Clear Case/Subsidiary | Company ID / Test ID / Test Subset ID / Subsidiary Company ID | 8 | This table contains the include/exclude relationship between a clear case test and a subsidiary company. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 81 | Underwriting | UWMX | Underwriting Question | Company ID / Test ID / Test Subset ID | 19 | This table contains all the information needed to process the response from a given question on the fixed or variable underwriting questions | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 82 | Underwriting | UWMR | Clear Case test trall | Company ID / Test ID / Test Subset ID / Requirement ID | 8 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 83 | Underwriting | UWWK | Underwriter Clients Assigned info | Company ID / User ID / Client ID | 7 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 84 | Underwriting | LABR | Client Lab Results Information | Company ID / Client ID / Lab Test Date / Lab Test ID / Sequence Number | 31 | This table contains all the lab tests that have been matched with a client. | 1) Do not mechanically populate this Ingenium table. | LPNBDETREQ | BT | 2/13/02 |
| 85 | Underwriting | LABT | Lab Test Set-up information | Company ID / Laboratory ID / Lab Test ID / Sequence Number | 14 | This table contains all lab tests known to the system. Valid ranges are kept for numeric tests. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 86 | Underwriting | LABU | Unmatched Lab Test Results | Company ID / Lab Test Surname / Sequence Number / Age / Sex Code | 32 | This table contains lab test results that could not be matched to a client. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 87 | Underwriting | LRIT | Lab Test Requirements Info | Company ID / Requirement ID / Laboratory ID / Lab Test Region Code | 37 | This table contains a list of lab tests required by a lab requirement. These tests are necessary in order to resolve the outstanding requirement. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
## (as of 2/20/02)
### Schedule B.3

| # | Category | Code | Table Name | Fields | Count | Description | Decision | Related | Type | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 88 | Underwriting | | Client Medical Information | Company ID<br>Client ID<br>Defined Field ID | 18 | 1) This table consists of medical information for an insured's medical disorders. Each medical information entry refers to a question on the application form. This is implemented by making the defined field that contains the question answer part of the access profile to the medical information table. This is done because the application question and question number can change. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 89 | Underwriting | MEDI | MIB Responses Information | Company ID<br>Client ID<br>Sequence Number | 15 | 1) This table contains the response from MIB after a search request was performed. | | LPNBMIB<br>LPNBMIBDET | BT | 2/13/02 |
| 90 | Underwriting | MIBT | Age and Amount Table | Company ID<br>Client ID<br>Occupational Class Code<br>Group Location Code<br>Requirement Age<br>Total Face Amount | 30 | 1) This table contains the underwriting requirements based on the given age and amount of insurance. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 91 | Underwriting | ATAB | Clear Case Kick-Out Info | Company ID<br>Client ID<br>Message Sequence # | 10 | 1) This table contains the reason a test was 'kicked out' from clear case processing. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 92 | Underwriting | HWTB | Underwriting Height and Weight Table Information | Company ID<br>Sex Code<br>Age<br>Height Quantity<br>Weight Quantity | 10 | 1) This table contains the recommended ratings based on the client's height and weight. The unit of measurement, metric or imperial, is defined on the company profile table.<br>Clear case processing compares the recommended rating for a client set up on the height and weight table against the company standard rating range defined on the company profile table. Depending upon the comparison, the policy will either pass or fail clear case processing. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 93 | Underwriting | OCTB | Occupational Class Information | Company ID<br>Occupational ID | 9 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 94 | Underwriting | REQT | Underwriting Requirements Info | Company ID<br>Policy/Client Code<br>Policy/Client ID<br>Requirement ID<br>Sequence Number | 19 | | | LPNBCNTREQ | BT | 2/13/02 |
| 95 | Underwriting | RTAB | Underwriting Requirement Detail Info | Company ID<br>Requirement ID | 13 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 96 | Underwriting | UCON | Underwriter's Confidential Info | Company ID<br>Client ID<br>Underwriting Worksheet # | 20 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 97 | Underwriting | EVRQ | Event Requirement Type | Event Req Type Code<br>Location Group ID<br>Business Class Code<br>Sequence Number | 9 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 98 | Underwriting | APPF | Fixed Insurance Application Info | Company ID<br>Client ID | 46 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 99 | Underwriting | APPV | Variable Insurance Application Info | Company ID<br>Client ID | 83 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 100 | Underwriting | DFLD | Defined Fields Information | Company ID<br>Field ID | 11 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 101 | Agency | AG | Agent Detail Information | Company ID<br>Agent ID | 46 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 102 | Agency | AB | Agent Balance Information | Subsidiary Company ID<br>Agent ID | 52 | No meaningful balance to convert. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
## Schedule B.3
### (as of 2/20/02)

| # | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 103 | Agency | L | Agent License Information | Company ID<br>License ID<br>Licensee Location Code<br>Business Class Code | 8 | 1) This table contains one record for each commission pattern code used in the policy table. If the plan is set up to use the rates on this table. Each agent receiving commission on a policy has a commission code generated or entered on that policy. This is accessed to determine the correct commission percentage to be used for each payment for that duration.<br>The system generated pattern codes are made up of the agents commission schedules, the plan type, premium duration and miscellaneous information. This table is also used for INGENIUM reinsurance treaty allowances. | 1) Do not mechanically populate this Ingenium table. | | 2/13/02 |
| 104 | Agency | CC | Commission Pattern Code Info | Company ID<br>Rate Table ID | 24 | 1) This table contains one record for each commission pattern code used in the policy table. | 1) Do not mechanically populate this Ingenium table. | REINRATE | BT | 2/13/02 |
| 105 | Agency | AS | Agent Override Profile Info | Company ID<br>Override Base Agent ID<br>Override ID | 5 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 106 | Agency | ASAG | Agent Override Info | Company ID<br>Override Base Agent ID<br>Override ID<br>Override Agent Level # | 7 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 107 | Agency | BRCH | Branch Codes Information | Company ID<br>Branch ID | 6 | 1) This table will be populated by Alfa. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 108 | Agency | USTM | US Agent Taxable Event Info | Company ID<br>Tax Year<br>Agent ID<br>Effective Date<br>Sequence Number | 12 | 1) This Ingenium table is used to support agent taxable earnings and 1099 reporting in the U.S. When an agent is paid, a USTM table entry is created, and then all of the USTM table entries are summarized to create the 1099 reporting. Is Alfa going to use Ingenium for 1099 reporting? No<br>2) If the conversion occurs in the middle of a year, should these USTM entries be added to Ingenium for all payments made since January 1st? No<br>3) Should any historical 1099 information be converted for prior years? No | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 109 | Agency | UFLD | APEX Upload Field Info | Company ID<br>Field Structure Number<br>APEX Field Name | 9 | 1) This table is used to define automatic uploads of new business cases from agents PCs. If Alfa decides to use this functionality, this table should be populated, manually through Ingenium screens. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 110 | Agency | UTTB | APEX Upload Field Translation Info | Company ID<br>Upload Type ID<br>Upload Value ID | 6 | This table is used to define automatic uploads of new business cases from agents PCs. If Alfa decides to use this functionality, this table should be populated manually through Ingenium screens. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 111 | Agency | AGTX | Agent Transfer | | 10 | This table contains requests to transfer all policies from one agent to another. Once a transfer is completed, the request is deleted. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
(as of 2/20/02)

Schedule B.3

| # | Category | Code | Table Name | Columns | Rec Count | Description | Decision | Cross-Ref | Source | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 112 | Accounting | AC | GL Account Information | Company ID; Account Base ID; Account Year Code; Subsidiary Company ID; Account Currency Code; Plan ID; Branch/Dept ID; Issue Location Code; Current Location Code | 42 | 1) The Ingenium base system is delivered with several GL accounts already included. Additional General Ledger accounts must be established in the Ingenium system by maintaining AC table entries. If ALFA decides to modify the base system GL account structure, those changes will be made through Ingenium screens. 2) The Ingenium AC table entries also contain account balance information. Does this account balance information need to be converted as of the conversion day, or can it be assumed that all Ingenium accounts will start with a zero balance after the conversion day? Start with zero balance. | 1) Do not mechanically populate this Ingenium table. 2) Account Balance to INGENIUM will be a manual process if balances need to be converted. | | BT | 2/13/02 |
| 113 | Accounting | ACTD | Account Description | Company Id; Account Description; Account Reason Code; Account Language Code | 7 | This table contains Account Descriptions which are stored by account number and accounting reason code. When accounting entries are generated by the system, the appropriate account number and reason code are assigned to the transaction extract. This table is used to provide meaningful account number translation table will be needed descriptions, in the user's language, for both accounts and their associated accounting entries. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 114 | Accounting | ACTX | | Company Id; Account transaction part number; userid; Account Trans. Instr. ID; Date and Time Stamp | 37 | This table contains accounting entries for the current and prior accounting periods. An accounting entry is created by INGENIUM as financial functions are executed or by the user manually. They have a status of active until they are posted to the account and printed on general ledger reports. At that point, the status becomes historical. Each account number historical need account number translation table | 1) Do not mechanically populate this Ingenium table. | LPACLMSTR LPACREF | BT | 2/13/02 |
| 115 | Accounting / Commission | CMTX | | Company ID; Comm transaction part number; Comm Trans. Instr. ID; Date and Time Stamp | 47 | This table contains agent commission records. A commission record is created by INGENIUM as functions that generate commissions are executed. They have a status of active until they are paid and printed on reports. At that point, the status becomes historical. Each commission record has a corresponding accounting transaction. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 116 | Accounting/Policy Exhibit (movement) | MVTX | | Company Id; transaction part number; userid; MVT Trans. Instr. ID; Date and Time Stamp | | This table contains records tracking changes in risk liabilities for the current period. Records are created when risk coverages are added or removed, and when a face amount changes. The records are extracted periodically to be used by actuaries in assessing total risk | Records are created when risk coverages are added or removed, and when a face amount changes. The records are extracted periodically to be used by actuaries in assessing total risk | | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS   Schedule B.3
## (as of 2/20/02)

| # | Category | Code | Name | Field(s) | Count | Description | Decision | | Status | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 117 | Billing | TA | Turnaround Premium Due Info | Direct Bill Number | 17 | 1) This ingenium table is used to validate and apply premiums that are received. When a bill is created, a TA table entry is created. When the premium is received for that bill, the TA table entry is used to make certain that the correct amount has been submitted, and it also uses TA information to split a premium between coverages. If there are more than one. 2) When the conversion occurs, there will be several unpaid bills that were created from the ALFA system, but can the premium be entered into the Ingenium system? 3) All new bills created from the Ingenium system after conversion will automatically have corresponding TA table entry. Two special cases for ALFA for ADO policies date 10/1 and 11/1 total of 13000 policies (most direct bill). Need follow-up for Bar coding. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 118 | Billing | RSTB | Restrict Billing Information | Company ID Policy ID | 10 | 1) Restrict billing functionality in ingenium stops bills from being created for individual policies, until those policies can be corrected. 2) Is there a similar status type in the CFO system? Yes. No conversion at this time. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 119 | Billing | SFBI | Special Frequency Billing Info | Company ID Policy ID | 15 | 1) Are there any policies with special frequency billing? No | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 120 | Billing | SSFB | Suspended Special Frequency Billing Info | Company ID Policy ID | 15 | 1) If a policy is suspended, and it has special frequency billing, a SSFB table entry would be created. 2) This is related to #21 - SPND table. Would these table entries need to be populated? No. 2) Where would this information be stored? | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 121 | Billing | CLCR | Client Credit Card Information | Company ID Credit Card Type Credit Card Id Client Id | 7 | This table contains all credit cards used by INGENIUM for billing. Each credit card will be used for billing if the policy billing type is credit card and the sub type on the payor relationship ("POLC" table) is the sequence number of the credit card. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 122 | Billing | CRCD | Credit Card Information | Company ID Credit Card Type Credit Card Id | 8 | This table contains all credit cards attached to a client. Each credit card attached to a client has a sequence number. A specific credit card will be used for billing if the holder name and the expiry date. The table is related to Client Credit Card and Credit Card Transaction tables. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 123 | Billing | CRTX | Credit Card Transactions | Company ID Credit Card Type Credit Card Id Transaction Date Sequence Number | 20 | This table contains credit card transactions that have been processed by INGENIUM. A status indicates whether the transaction has been sent to the credit card company, is reconciled with the statement of changes, or is still pending. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 124 | Banking Information | BNKA | Bank Account Information | Company ID Bank ID Bank Branch ID Bank Account ID | 9 | | | LFBNKFL | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS    Schedule B.3
## (as of 2/20/02)

| # | Category | Code | Description | Fields | Count | Notes | Related | Type | Date |
|---|---|---|---|---|---|---|---|---|---|
| 125 | Banking Information | | Bank Information Validation | Bank Branch ID | 17 | | | | |
| 126 | Banking Information | BNKB | Policy PAC Draw Information | Company ID<br>Bank ID<br>Bank Branch ID<br>Bank Account Number<br>Effective Date<br>Sequence Number<br>Policy ID<br>Payment Due Date | 16 | 1) This table contains PAC draw request information, created from billing processing.<br>2) These table entries will be created as PAC processing occurs in Ingenium. Should any PAC processing and history be converted from the CFO system? | 1) Do not mechanically populate this Ingenium table. | LFENKPL | BT | 2/13/02 |
| 127 | Banking Information | PDRD | PAC Draw Information | Company ID<br>Bank ID<br>Bank Branch ID<br>Bank Account Number<br>Effective Date<br>Sequence Number | 14 | 1) This table contains PAC draw results information, created from billing processing.<br>2) These table entries will be created as PAC processing occurs in Ingenium. Should any PAC processing and history be converted from the CFO system? | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 128 | Disbursements | PDRW | Print /Reconcile checks requested | Company Id<br>Check part number<br>userid<br>Check Instrn. ID<br>Check TS | 49 | This table contains checks. It is used to reconcile any checks that are requested. See Patty Everidge and Sokoop B/A for these acct files. Check journal - outstanding paid/voided | 1) Do not mechanically populate this Ingenium table. | LPACCKIN | BT | 2/13/02 |
| 129 | Disbursements | CHTX | Cheque Reconciliation Info | Company ID<br>Check ID<br>Subsidiary Company ID | 12 | 1) This Ingenium table contains check request from online or batch transactions.<br>2) Should any historical check information be converted into Ingenium? No | 1) Do not mechanically populate this Ingenium table. | LPADCLT<br>LPCLCNTL | BT | 2/13/02 |
| 130 | Group Processing | CR | Group Billing Information | Company ID<br>Record Type Code<br>Client ID<br>Subsidiary Company ID<br>Billing Effective Date<br>Policy ID | 20 | 1) Is there any bill data in the CFO etc. system?<br>Yes<br>2) Should any of that information be mechanically converted? Yes | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 131 | Documents | GR | On-line Print Requests Info | Company ID<br>User ID<br>Transaction Date<br>Transaction Time<br>Task ID<br>Sequence Number | 26 | 1) The Ingenium table is automatically populated as documents are requested from online transactions, and then those documents will be printed in the batch cycle. | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 132 | Documents | PRTX | Document Token Information | Company ID<br>Document ID<br>Language Code<br>Sequence Number | 9 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 133 | Documents | DTOK | Comments | Company ID<br>Document ID<br>Language Code | 12 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 134 | Documents | DOCC | Document Default Values Info | Company ID<br>Document ID<br>Subsidiary Group ID<br>Location Group ID<br>Comment Condition Code<br>Comment Sequence #<br>Language Code | 12 | | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |

## ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
### (as of 2/20/02)
### Schedule B.3

| # | Group | Code | Table Name | Fields | Count | Comments | Decision | Status | Date |
|---|---|---|---|---|---|---|---|---|---|
| 135 | Contract Printing | ASMB | Policy Contract Assembly Info | Contract Assembly ID<br>Company ID<br>Subsidiary Company ID<br>Group Location Code<br>Effective Date | 12 | | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 136 | Contract Printing | PF | Face Page Formatting Info | Company ID<br>Sequence Number<br>Record Type Code<br>Record Number | | | | | |
| 137 | Contract Printing | PFLN | Face Page Line Formatting Info | Company ID<br>Subsidiary Company ID<br>Language Code<br>Group Location Code<br>Issue Location Code | 11 | | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 138 | Contract Printing | PW | Face Page Wording Information | Company ID<br>Document Name<br>Subsidiary Company ID<br>Language Code<br>Group Location Code<br>Line Number | 7 | | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 139 | Claims | CODI | Coverage Disability Claim Info | Company ID<br>Document ID<br>Subsidiary Company ID<br>Group Location | 19 | | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 140 | Claims | DCD | Disability Claim Policy Info | Company ID<br>Disability Claim ID<br>Policy ID<br>Coverage Number | 14 | 1) Are disability claims going to be processed in Ingenium?<br>2) Is there any disability claims data that needs to be converted? | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 141 | Claims | DCL | Disability Claim Client Info | Company ID<br>Disability Claim ID | 28 | See comments under CODI table. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 142 | Activity Processing | ACNR | Activity Notification | Company ID<br>Activity Notify Collection ID<br>Subsidiary Company ID<br>Location Group ID<br>Activity Notify Type Code<br>Activity Notify Recipient CD | 18 | See comments under CODI table. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 143 | Activity Processing | ACTN | Timing for Notifications | Company ID<br>Activity Notify Collection ID<br>Subsidiary Company ID<br>Location Group ID<br>Activity Notify Type Code | 10 | This table provides the document for each type of recipient for notifications. The document and recipients depend on the activity and location group.<br>1) Is the ingenium activity processing functionally going to be utilized?<br>2) If so, is there any information that should be mechanically converted from the CFO etc. system?<br>No | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| 144 | Activity Processing | DALG | Diary Activity Log Info | Company ID<br>Policy / Client Code<br>Policy / Client ID<br>Transaction Date<br>Transaction Time<br>Sequence Number<br>Category / Group Code<br>Event Activity Code<br>User ID | 9 | See comments under ACNR table. | 1) Do not mechanically populate this ingenium table. | BT | 2/13/02 |
| | | | | | 20 | 1) Is there any data in the Alfa systems that needs to be converted for the diary activity log processing?<br>No | | | |