**EXHIBIT 1D**

ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS    Schedule B.3
(as of 2/20/02)

| # | Category | Code | Name | Fields | Count | Comments | Decision | | Source | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 145 | Activity Processing | DALT | Diary Activity Log Types Info | Company ID<br>Event Activity Code<br>Event Action Code<br>Event Source Code | 11 | See comments under DALG table. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 146 | Activity Processing | PTAB | Policy Automatic Activity Set-up Info | Company ID<br>Activity Type Code | 0 | See comments under ACNFR table. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 147 | Activity Processing | PNMS | Policy Notify Messages | Company ID<br>Policy ID<br>Notification Timestamp | 14 | This table contains messages that are used to notify a user in a department of a situation on a policy that requires manual work. An example is a on-line charge to a reinsured policy. The messages are printed on reports and then deleted. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 148 | Reinsurance | RH | Reinsurance Information | Company ID<br>Record Type Code<br>Policy ID<br>Coverage Number<br>Receipt Sequence Number | 52 | This table contains reinsurance information for a particular coverage record. Nine reinsurance records are allowed for each coverage | | | BT | 2/13/02 |
| 149 | Reinsurance | TT | Reinsurance Treaty Information | Company ID<br>Plan ID<br>Subsidiary Company ID<br>Smoker Code<br>Assuming Company ID | 30 | The treaty table is used in the creation of reinsurance records. The treaty table contains default values to be used when a new reinsurance record is created. | 1) Do not mechanically populate this ingenium table. Alfa to create TT records. ACG will provide spreadsheets. This needs to be co-ordinated. | | BT | 2/13/02 |
| 150 | Valuation | VL | Valuation Label Info | Company ID<br>Valuation Label ID | 14 | 1) Is the ingenium valuation functionally going to be utilized?<br>2) If so, is there any information that should be mechanically converted from the CFO etc. system? | 1) Do not mechanically populate this ingenium table. | LFREIN<br>LFALLOW<br>LFALWRT | BT | 2/13/02 |
| 151 | Valuation | VS | Valuation Selection Info | Company ID<br>Valuation Selection ID | 13 | See comments under VL table. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 152 | Plan Setup | PH | Insurance Plan Information | Company ID<br>Plan ID | 187 | 1) It has been decided that no plan information will be converted into ingenium by ADVANTAGE. Rates will be downloaded by Alfa from the mainframe and added to the ingenium tables. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 153 | Plan Setup | PD | Plan Defaults Information | Company ID<br>Plan ID | 87 | See comments under PH table. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 154 | Plan Setup | PLAR<br>new table in 6.3 | Plan Allocation Rule | ? | | This table contains the allocation types allowed on policies depending on the plan. They are used when a plan requires tracking of principal and gain amounts, usually for taxation. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 155 | Plan Setup | PLRT | Plan Rate Pointers | Company ID<br>Plan ID<br>Rate Type Code | 9 | See comments under PH table. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |
| 156 | Plan Setup | RH | Rate Header Info | Company ID<br>Rate Header ID<br>Effective Date | 37 | The rate header records will be created manually to define banding and other rate characteristics. | 1) Do not mechanically populate this ingenium table. | | BT | 2/13/02 |

ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS    Schedule B.3
(as of 2/20/02)

| # | | | | | | | |
|---|---|---|---|---|---|---|---|
| 157 | Plan Setup | RT | Rate Load Info | | Premium Rates File - Need layout. Comprehensive - use this file - feeds mainframe. Maintained manually. This will go into Ingenium Rate Load table. Rates not available for some old plans. (may be available in Cybertek files) ALFA plans to "lock" rates in Ingenium for these plans | | 2/13/02 |
| 158 | Plan Setup | UV | Unit Values Information | Company ID<br>Unit Value ID<br>Smoker Code<br>Par Code<br>Sex Code<br>Sub Table 1 Code<br>Sub Table 2 Code<br>Sub Table 3 Code<br>Sub Table 4 Code<br>Type Code<br>Age<br>Effective Date<br>Duration | 15 | Use Rate Header / Rate Load tables. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| | | | | Term of Deposit-Months<br>Term of Deposit-Days<br>Joint Life Code<br>Pension Qualifier Code<br>Death Benefit Option CD<br>Current Location Code | | | | | |
| 159 | Plan Setup | IR | Interest Rate Table Information | Company ID<br>Interest Rate ID<br>Effective Date<br>Deposit Term-Months<br>Deposit Term-Days<br>Rate Maximum Amount | 10 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 160 | Plan Setup | MD | MxDx Actuarial Values Info | Company ID<br>MxDx ID<br>MxDx Age | 5 | MXDX values for ETL. Probably will need to convert? What is the CFO file name? | 1) Do not mechanically populate this Ingenium table. | DHX2B | 2/13/02 |
| 161 | Plan Setup | PACH | Health Plan Packaging Rules Info | Company ID<br>Plan ID<br>Subsidiary Company ID<br>Location Group ID<br>DX Package Number<br>Corrected Plan ID<br>Corrected Package # | 24 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 162 | Plan Setup | PACK | Life Plan Packaging Rules Info | Company ID<br>Basic Plan ID<br>Subsidiary Company ID<br>Location Group ID<br>Add'l Plan Mandatory CD<br>Additional Plan ID | 11 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 163 | Plan Setup | PLBN | Plan Bonus | Company ID<br>Plan ID<br>Subsidiary Company ID<br>Date Bonus Declared | 7 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 164 | Plan Setup | PBTM | Policy Bill Type/Mode | Company ID<br>Plan ID<br>Location Group Code<br>Bill Type Code<br>Bill Mode Code | 8 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | LFCSH/L<br>LFALLOW<br>LPNBPRMRT<br>CFODVNV | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS
## (as of 2/20/02)

Schedule B.3

| # | Function | Code | Description | Keys | Count | Comments | Decision | Source | Date |
|---|---|---|---|---|---|---|---|---|---|
| 165 | Plan Setup | | | | | | | | |
| 166 | Plan Setup | PDV | Policy Dividend Options | Company ID<br>Plan ID<br>Location Group Code<br>Dividend Option Code | 8 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 167 | Plan Setup | PLGR | Plan Options by Location Grp | Company ID<br>Plan ID<br>Location Group ID | 21 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| | | PGAL<br>new table in 6.3 | Plan Allocation Rule | ? | | 1). This table contains the allocation types allowed on policies depending on the plan. They are used when a plan requires tracking of principal and gain amounts, usually for taxation. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 168 | Plan Setup | IRTI | Income Replacement Test Info (Canadian) | Company ID<br>Insured Age<br>Occup Class Code<br>Annual Income Amount | 12 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 169 | Plan Setup | FH | Fund Header Information | Company ID<br>Fund ID | 39 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 170 | Plan Setup | FR | Fund / Plan Relationship Info | Company ID<br>Plan ID<br>Subsidiary Company ID<br>Location Group ID<br>Fund ID | 12 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 171 | Plan Setup | FT | Fund Tax 13 Info (Canadian) | Company ID<br>Fund ID<br>Effective Date | 13 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 172 | Plan Setup | FV | Fund Unit Price Information | Company ID<br>Fund ID<br>Effective Date | 12 | This table contains fund unit prices. It is keyed by fund and date, so that a historical record of prices is maintained. If there is more than one unit type in a fund, then the prices for each unit type are stored on one record for the associated effective date. See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 173 | Plan Setup | FX | Fund / Plan Extension Info | Company ID<br>Plan ID | 35 | See comments under PH table. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 174 | Plan Setup | LGAS | Location Groups | Company ID<br>Location Group Co Id<br>Location Code<br>Effective Date | 9 | This table assigns a location group based on the value of a collection kit, processing type and location. Location groups reduce the effort to assign many locations the same processing options. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 175 | Plan Setup | LTWR | Location Tax Withholding Rules | Company ID<br>Location Group ID<br>Plan ID<br>Tax Withholding Code<br>Tax Withholding File | 11 | This table contains the calculation rules for location tax withholding, for locations such as states and provinces. The table includes the type of amount to which the calculation is applied, how the exemption amounts are determined, the tax rate, the minimum tax to be withheld and the minimum amount remaining. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 176 | Plan Setup | PNFO | Non-forfeiture Options | Company ID<br>Plan ID<br>Location Group ID<br>NFO Code | 7 | This table contains the non-forfeiture options allowed on policies depending on the plan and location group. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 177 | Online Support | APPL | Application / Company Combinations Info | Company ID | 33 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 178 | Online Support | CRCY | Currency Information | Currency Code | 9 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 179 | Online Support | CTLC | Country Locations | Country Code<br>Company ID<br>Type Code<br>Location Code | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 180 | Online Support | CTRY | Country Specific Information | Country Code<br>Company ID | 7 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 181 | Online Support | MAST | System Master Control Info | Company ID | 11 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |

# ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS    Schedule B.3
### (as of 2/20/02)

| # | Category | Code | Table Name | Key Fields | Count | Decision | Notes | Status | Date |
|---|---|---|---|---|---|---|---|---|---|
| 182 | Online Support | PCOM | System Company Configuration | Company ID | 24 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 183 | Online Support | PSYS | System Control Information | System Control ID | 10 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 184 | Online Support | SCCL | Subsidiary Company/Client | Subsidiary Company ID Language Code | 6 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 185 | Online Support | SCOM | Subsidiary Company | Company ID Subsidiary Company ID | 65 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 186 | Online Support | ATRN | Online Transaction Info | Company ID User ID Transaction Date Transaction Time Task ID Sequence Number | 11 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 187 | Online Support | AUDT | Audited Database Change Info | Company ID Audit Key Indicator Audit Date Audit Time User ID Instance ID Instance Sequence # | 15 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 188 | Online Support | ERLG | On-line / Batch Error Log | Error Date Error Time | 11 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 189 | Online Support | MSAU | On-line / Batch Audited Messages | Company ID User ID Transaction ID Audited Message Date Audited Message Time | 15 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 190 | Online Support | MSGS | On-line / Batch Messages | Message Reference ID Message Reference # Language Code Security Class Code | 10 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 191 | Online Support | MSIN | On-line / Batch Messages By User | User ID Message Date Message Time Task ID Sequence Number | 15 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 192 | Online Support | USES | User Application Sign-on Info | Session ID User ID | 9 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 193 | Online Support | USER | User Session Total Information | Subsidiary Company ID Session Time Stamp | 13 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 194 | Online Support | CKPT | Checkpoint Information | Company ID Checkpoint Program ID Instance ID | 10 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 195 | Online Support | BFCN | Business Functions | Business Function ID | 6 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 196 | Online Support | BPFL | Business Process Flow | Business Process Flow ID | 3 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 197 | Online Support | BPFS | Business Process Flow Security | Company ID Security Class Code Business Process Flow ID | 9 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |
| 198 | Online Support | CRAS new table in 6.3 | Country Region Assignment | | 7 | 1) Do not mechanically populate this Ingenium table. | This table assigns a region code based the regional ext ID and the country. A region code is used to reduce the effort to assign the same processing to many countries. | BT | 2/13/02 |
| 199 | Online Support | DMAD | Descriptions by Language | Company ID Allowed Value Table CD Allowed Value Code Allowed Value Language | 7 | 1) Do not mechanically populate this Ingenium table. | | BT | 2/13/02 |

ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS   Schedule B.3
(as of 2/20/02)

| # | Category | Code | Name | Fields | Count | Description | Decision | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 200 | Online Support | | Allowed Values | Company ID<br>Allowed Value Table CD<br>Allowed Value Subset CD | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 201 | Online Support | DMAS | Allowed Values | | | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 202 | Online Support | DMAV | Allowed Values Grpd by Table | Allowed Value Table Code<br>Allowed Value Code | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 203 | Online Support | EDIT | Edit Table Information | Company ID<br>Edit Table Type ID<br>Edit Value ID<br>Edit Language Code | 7 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 204 | Online Support | TTAB | Translation Table Info | Company ID<br>Edit Table Type ID<br>Edit Table Value ID<br>Admin Application ID | 7 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 205 | Online Support | PASS | Policy ID Assignment | Business Class Code | 7 | This table is used for automatic policy assignment. It contains starting and ending values of the policy ID for the specified class of business. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 206 | Online Support | PRTR | Printer Information | Company ID<br>Printer ID | 9 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 207 | Online Support | TEXT | Text String Information | Company ID<br>Text Source ID<br>Reference ID<br>Language ID | 10 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 208 | Online Support | TRAN | Transaction Extract Info | Company ID<br>User ID<br>Transaction Date<br>Transaction Time<br>Transaction Task ID<br>Sequence Number | 11 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 209 | Online Support | TWRK | Temporary Information | User ID<br>Process ID<br>Instance ID<br>Area ID<br>Sequence Number | 9 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 210 | Online Support | UXIT | User Exit | User Exit ID | 6 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 211 | Online Support | RXIT<br>new table in 6.3 | Regional Exit | ? | | This table contains regional exits used by INGENIUM. A regional exit is a program containing specific processing for a particular region. This table supports multiple regions with one source base of INGENIUM. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 212 | Online Support | MENU | Menu Relationships | Menu Group Code<br>Timestamp | 7 | This table contains relationships between INGENIUM Menu Groups and Business Process Flows for a given Menu. A user is assigned a specific Menu via their security user class. The final Menu structure for a given user is the structure defined on the table minus Business Process Flows to which their security class does not have access. The table above only a two level structure | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 213 | Online Support | MT | Monthly Commission and<br>Monthly Control ID | Company ID<br>Monthly Control ID | 8 | This table contains executing batch jobs by batch program group. It is used in determining whether Business Process Flows can start. A Business Process Flow can not start unless it has a concurrency rule for every batch program group currently executing. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| | Batch Support | BPEX | Batch Job Information | Batch Program ID<br>Instance ID<br>Group ID | 6 | | | | |

## ALFA INGENIUM 6.3 TABLES CONVERSION DECISIONS   Schedule B.3
### (as of 2/20/02)

| # | Category | Code | Table Name | Key | Count | Description | Decision | Status | Date |
|---|---|---|---|---|---|---|---|---|---|
| 214 | Batch Support | BPFC | Batch Process Rules | Batch Program ID Group ID | 4 | This table provides the rules that allow a Business Process Flow to start while batch programs are executing. A Business Process Flow may start if no batch program is running or if the Business Process Flow has a rule record for all batch program groups currently executing. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 215 | Batch Support | BPGA | Batch Program Group Information | Batch Program ID Group ID | 4 | This table associates batch programs with batch program groups. It is used in conjunction with the Business Process Flow Concurrency Rule table to allow Business Process Flow to run at the same time as some batch programs. | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 216 | Security | USCL | Valid Security Classes Info | Security Class ID | 7 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 217 | Security | USEC | Valid User Security Information | User ID | 13 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 218 | Security | XTAB | Security Edit Values Info | Edit Type ID Edit Value ID Language Code | 4 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |
| 219 | Security | ASCL | Applications Security Classes Info | Security Class ID Company ID | 32 | | 1) Do not mechanically populate this Ingenium table. | BT | 2/13/02 |

Schedule B.4

# ALFA LIFE DATA CONVERSION TASKS FOR CFO POLICIES ONLY
## ( as of 2/20/2002 )

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION | PERSON DAYS | PHASE TOTAL |
|---|---|---|---|---|---|---|
| DATA ANALYSIS | 1 | CFOMAST-Base | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 2 | CFOMAST-Base | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 3 | CFOMAST-Term | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 4 | CFOMAST-Term | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 5 | CHGNOT Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 6 | CHGNOT Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 7 | EXTLIF Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 8 | EXTLIF Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 9 | AGTINT Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 10 | AGTINT Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 11 | TRMRDR Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 12 | TRMRDR Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 13 | ADDDEP1 Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 14 | ADDDEP1 Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 15 | ADDDEP2 Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 16 | ADDDEP2 Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 17 | SUPBEN Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 18 | SUPBEN Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 19 | LONLEN Trailer | CFO | Create Data Analysis reports for this trailer. | 2 | |
| DATA ANALYSIS | 20 | LONLEN Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 1 | |
| DATA ANALYSIS | 21 | NAMADR Trailer | CFO | Create Data Analysis reports for this trailer. | 6 | |
| DATA ANALYSIS | 22 | NAMADR Trailer | CFO | Resolve any data issues that have surfaced for this trailer. | 3 | |
| DATA ANALYSIS | 23 | LFCSHVL | CFO | Create Data Analysis reports for this file. | 4 | |
| DATA ANALYSIS | 24 | LFCSHVL | CFO | Resolve any data issues that have surfaced for this file. | 2 | |
| DATA ANALYSIS | 25 | Comm History | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 26 | Comm History | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 27 | LFBNKFL | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 28 | LFBNKFL | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 29 | EIF - Base | FUND | Create Data Analysis reports for this file. | 4 | |
| DATA ANALYSIS | 30 | EIF - Base | FUND | Resolve any data issues that have surfaced for this file. | 2 | |
| DATA ANALYSIS | 31 | EIF - FUND Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 32 | EIF - FUND Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 33 | EIF - MAINT Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 34 | EIF - MAINT Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 35 | EIF - INV YR Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 36 | EIF - INV YR Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 37 | EIF - LAPSE Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 38 | EIF - LAPSE Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 39 | ULF - Base | FUND | Create Data Analysis reports for this file. | 4 | |
| DATA ANALYSIS | 40 | ULF - Base | FUND | Resolve any data issues that have surfaced for this file. | 2 | |
| DATA ANALYSIS | 41 | ULF - BUCKET Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 42 | ULF - BUCKET Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 43 | ULF - VERSARY Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 44 | ULF - VERSARY Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 45 | ULF - MAINT Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 46 | ULF - MAINT Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 47 | ULF - CHGDBO Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 48 | ULF - CHGDBO Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 49 | ULF - CHGWMD Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 50 | ULF - CHGWMD Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 51 | ULF - PREMPAY Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |

Schedule B.4

ADVANTAGE 000112

# ALFA LIFE DATA CONVERSION TASKS FOR CFO POLICIES ONLY
## ( as of 2/20/2002 )

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION | PERSON DAYS | PHASE TOTAL |
|---|---|---|---|---|---|---|
| DATA ANALYSIS | 52 | ULF - PREMPAY Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 53 | ULF - LOAN Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 54 | ULF - LOAN Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 55 | ULF - WITHDRAW Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 56 | ULF - WITHDRAW Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 57 | ULF - LAPSE Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 58 | ULF - LAPSE Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 59 | ULF - CONVERT Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 60 | ULF - CONVERT Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 61 | ULF - REINST Trailer | FUND | Create Data Analysis reports for this trailer. | 4 | |
| DATA ANALYSIS | 62 | ULF - REINST Trailer | FUND | Resolve any data issues that have surfaced for this trailer. | 2 | |
| DATA ANALYSIS | 63 | LFREIN | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 64 | LFREIN | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 65 | REINRATE | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 66 | REINRATE | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 67 | LFALLOW | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 68 | LFALLOW | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 69 | LFALWRT | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 70 | LFALWRT | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 71 | LFASSNE | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 72 | LFASSNE | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 73 | LFRPMST | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 74 | LFRPMST | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 75 | LFSURR | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 76 | LFSURR | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 77 | LFIRNGR | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 78 | LFIRNGR | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 79 | CFODVNV | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 80 | CFODVNV | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 81 | DHX28 | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 82 | DHX28 | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 83 | CANAPEXT | CFO | Create Data Analysis reports for this file. | 2 | |
| DATA ANALYSIS | 84 | CANAPEXT | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 85 | LFTAMRA | CFO | Create Data Analysis reports for this file. | 3 | |
| DATA ANALYSIS | 86 | LFTAMRA | CFO | Resolve any data issues that have surfaced for this file. | 1 | |
| DATA ANALYSIS | 87 | DEPMAST | CFO | Create Data Analysis reports for this file. | 4 | |
| DATA ANALYSIS | 88 | DEPMAST | CFO | Resolve any data issues that have surfaced for this file. | 2 | |
| DATA ANALYSIS | 89 | LONLEN Term | CFO | Create a list of all loan trailers on terminated policies. | 1 | |
| DATA ANALYSIS | 90 | LPACCKJN | AS/400 | Create Data Analysis reports for this table. | 3 | |
| DATA ANALYSIS | 91 | LPACCKJN | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 92 | LPACMSTR | AS/400 | Create Data Analysis reports for this table. | 3 | |
| DATA ANALYSIS | 93 | LPACMSTR | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 94 | LPACREF | AS/400 | Create Data Analysis reports for this table. | 3 | |
| DATA ANALYSIS | 95 | LPACREF | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 96 | LPCLADDR | AS/400 | Create Data Analysis reports for this table. | 2 | |
| DATA ANALYSIS | 97 | LPCLADDR | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 98 | LPADCLT | AS/400 | Create Data Analysis reports for this table. | 2 | |
| DATA ANALYSIS | 99 | LPADCLT | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 100 | LPCLCNTL | AS/400 | Create Data Analysis reports for this table. | 2 | |
| DATA ANALYSIS | 101 | LPCLCNTL | AS/400 | Resolve any data issues that have surfaced for this table. | 1 | |
| DATA ANALYSIS | 102 | LPCLDGRPH | AS/400 | Create Data Analysis reports for this table. | 2 | |

# ALFA LIFE DATA CONVERSION TASKS FOR CFO POLICIES ONLY
## ( as of 2/20/2002 )

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION | PERSON DAYS | PHASE TOTAL |
|---|---|---|---|---|---|---|
| MAPPING | 34 | CFAG | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 35 | SDEP | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 36 | SDEP | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 37 | UH | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 38 | UH | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 39 | UHCO | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 40 | UHCO | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 41 | PGAL | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 42 | PGAL | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 43 | CLI | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 6 | |
| MAPPING | 44 | CLI | Ingenium | Resolve any data mapping issues. | 2 | |
| MAPPING | 45 | CLIA | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 46 | CLIA | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 47 | CLIB | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 48 | CLIB | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 49 | CLNM | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 50 | CLNM | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 51 | AGTC | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 52 | AGTC | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 53 | LABR | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 54 | LABR | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 55 | MIBT | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 56 | MIBT | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 57 | REQT | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 58 | REQT | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 59 | CC | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 60 | CC | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 61 | ACTX | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 3 | |
| MAPPING | 62 | ACTX | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 63 | BNKA | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 64 | BNKA | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 65 | BNKB | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 66 | BNKB | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 67 | CHTX | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 3 | |
| MAPPING | 68 | CHTX | Ingenium | Resolve any data mapping issues. | 1 | |
| MAPPING | 69 | RI | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 4 | |
| MAPPING | 70 | RI | Ingenium | Resolve any data mapping issues. | 2 | |
| MAPPING | 71 | RT | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 4 | |
| MAPPING | 72 | RT | Ingenium | Resolve any data mapping issues. | 2 | |
| MAPPING | 73 | MD | Ingenium | Map this table's fields from the various system file(s)/trailer(s). | 2 | |
| MAPPING | 74 | MD | Ingenium | Resolve any data mapping issues. | 1 | 155 |
| CODING | 1 | POL | Ingenium | Code / unit test program to convert the data into this table. | 6 | |
| CODING | 2 | POLC | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 3 | POLL | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 4 | LHST | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 5 | POLN | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 6 | POLT | Ingenium | Code / unit test program to convert the data into this table. | 3 | |
| CODING | 7 | POLW | Ingenium | Code / unit test program to convert the data into this table. | 1 | |
| CODING | 8 | CVG | Ingenium | Code / unit test program to convert the data into this table. | 6 | |
| CODING | 9 | CVGA | Ingenium | Code / unit test program to convert the data into this table. | 2 | |