# EXHIBIT 1E

# ALFA LIFE DATA CONVERSION TASKS FOR CFO POLICIES ONLY
## ( as of 2/20/2002 )

| PROJECT PHASE | TASK ID | RELATED TRAILER/ FILE/TABLE | SYSTEM | TASK DESCRIPTION | PERSON DAYS | PHASE TOTAL |
|---|---|---|---|---|---|---|
| CODING | 10 | CVGC | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 11 | PHST | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 12 | AMEX | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 13 | BNDV | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 14 | TAMH | Ingenium | Code / unit test program to convert the data into this table. | 3 | |
| CODING | 15 | CFLW | Ingenium | Code / unit test program to convert the data into this table. | 16 | |
| CODING | 16 | CFCO | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 17 | CFAG | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 18 | SDEP | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 19 | UH | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 20 | UHCO | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 21 | PGAL | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 22 | CLI | Ingenium | Code / unit test program to convert the data into this table. | 6 | |
| CODING | 23 | CLIA | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 24 | CLIB | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 25 | CLNM | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 26 | AGTC | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 27 | LABR | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 28 | MIBT | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 29 | REQT | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 30 | CC | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 31 | ACTX | Ingenium | Code / unit test program to convert the data into this table. | 3 | |
| CODING | 32 | BNKA | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 33 | BNKB | Ingenium | Code / unit test program to convert the data into this table. | 2 | |
| CODING | 34 | CHTX | Ingenium | Code / unit test program to convert the data into this table. | 3 | |
| CODING | 35 | RI | Ingenium | Code / unit test program to convert the data into this table. | 4 | |
| CODING | 36 | RT | Ingenium | Code / unit test program to convert the data into this table. | 4 | |
| CODING | 37 | MD | Ingenium | Code / unit test program to convert the data into this table. | 2 | 107 |
| | | | | | | |
| TESTING | 1 | n/a | Ingenium | Create cross edit programs for testing. | 30 | |
| TESTING | 2 | n/a | Ingenium | Run cross edit programs. | 20 | |
| TESTING | 3 | n/a | Ingenium | Resolve any issues discovered by cross edit programs. | 40 | |
| TESTING | 4 | n/a | Ingenium | Load database(s) for User Testing. | 20 | |
| TESTING | 5 | n/a | Ingenium | Resolve any issues discovered in User Testing. | 20 | 130 |
| | | | | | | |
| PRE-PROD | 1 | n/a | n/a | Optimize conversion routines. | 8 | |
| PRE-PROD | 2 | n/a | n/a | Run full conversion to test space, time. | 10 | |
| PRE-PROD | 3 | n/a | n/a | Plan and prepare for cut-over weekend for conversion. | 16 | 34 |
| | | | | | | |
| CONV | 1 | n/a | n/a | Perform data conversion. | 20 | |
| CONV | 2 | n/a | n/a | Verify conversion tasks have all been completed. | 10 | |
| CONV | 3 | n/a | n/a | Resolve any post-conversion problems. | 20 | 50 |

| | TOTALS | 723 | 723 |
|---|---|---|---|

ADVANTAGE 000114

## ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
### (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | INGENIUM TOTAL LENGTH | QUESTIONS / COMMENTS | SOURCE FILE OR CFG/TRANSFER | NUMBER OF SOURCE RECS | INGEN TOTAL COUNT | TOTAL LEN INGEN TOT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Policy/Coverage | POL | Base Policy Information | Company ID / Policy ID | 1372 | Conversion will come from several sources. It will come from CFO master, cancer master, ss400, a spread... The table contains information for life health and annuity policies. Pending inforce and terminated. | CFOMAST<br>CHGNOT<br>EXTLIF<br>ANXDCAP<br>YTDCFO<br>CHGNOT<br>EXTLIF<br>ANXDCAP<br>NMAJOR<br>ULF-BASE<br>AHMAST<br>CANFILE<br>LFSURR<br>LFRNGR<br>Del Annuities<br>LIFRMST<br>CANAPEBT | 206,178<br>22,302<br>28,702<br>23,173 330,776<br>145,417<br>25,173<br>3,684,059<br>ULF-BASE<br>10,381<br>2,548<br>5,616<br>5,938<br>1,041<br>73,149<br>73,701 | 620,619 | 851,449,268 |
| 2 | Policy/Coverage | POLC | Policy Client Information | Company ID / Policy ID / Relationship Type / Client ID | 96 | | LFASSNE<br>LPADCLT<br>Group Life | 2,440<br>1,070,888<br>2,414 | 1,075,742 | 103,272,192 |
| 3 | Policy/Coverage | POLL | Policy Loan Information | Company ID / Policy ID / Loan | 156 | Only the loans on active policies will be converted since loan information on terminated cases is unreliable. | LONLEN | 15,303 | 15,303 | 2,061,208 |
| 4 | Policy/Coverage | LHST | Policy Loan History Information | Company ID / Policy ID / Loan / Loan Sequence Number / Loan Effective Date | 92 | | LONLEN | 15,303 | 15,303 | 1,407,876 |
| 5 | Policy/Coverage | POLN | Policy Notify Information | Company ID / Policy ID / Notify Date / Sequence Number | 80 | This table contains policy notify information. Policy notify records are stored by date. Assumption that conversion is 1 for 1. | CHGNOT | 254,707 | 254,707 | 20,376,560 |
| 6 | Policy/Coverage | POLT | Policy Tax Information | Company ID / Policy ID | 444 | This table contains policy tax related information. One record for each policy is stored on this table. There are several tax related fields in the POLT table. Do we think that any of these fields need to be populated upon conversion? Yes. Assumption that conversion is 1 or one at the policy level. | LFSURR others? | 5,616 | 5,616 | 2,493,504 |
| 7 | Policy/Coverage | POLW | Policy Writing Agents | Company ID / Policy ID / Agent ID | 75 | Use Agent interest trailer - this is for production credit. | AGTINT | 530,612 | 530,612 | 38,795,900 |
| 8 | Policy/Coverage | CVG | Base Coverage Information | Company ID / Coverage Number | 1,002 | Assumption conversion is 1 or 1. | EXTLIF<br>TRMRDR<br>SUPBEN<br>Comm History<br>AHMAST<br>CANFILE<br>Deferred Annuities<br>LRNGR<br>LPNRCOV<br>Del Annuities<br>LFSURR | 43,339<br>71,128<br>428,334<br>110,029<br>10,381<br>2,548<br>1,041<br>5,938<br>109,355<br>1,041<br>5,616 | 671,103 | 672,445,206 |

ADVANTAGE Consulting Group, Inc.

## ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | 2nd ENDUM (TOTAL) LENGTH | QUESTIONS / COMMENTS | SOURCE FILE OR CICS TABLE ID | NUMBER OF SOURCE RECS | INDEX TOTAL COUNT | TOTAL LEN * INDEX TDT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Policy/Coverage | CVGA | Coverage Agent Information | Company ID / Policy ID / Coverage Number / Agent ID | 111 | This table contains the commissionable Agent information for a specific Coverage. Assumption that conversion is 1 for 1 and includes both active an terminated records. | ACTINT / Acine ACTINT - Term | 276,362 / 315,250 | 530,612 | 58,897,932 |
| 10 | Policy/Coverage | CVGC | Coverage Client Information | Company ID / Policy ID / Coverage Number | 78 | This table contains Client information that is related to a specific Coverage. | LPADCLT Group Life | 1,070,898 / 2,414 | 1,073,312 | 83,718,336 |
| 11 | Policy/Coverage | PHST | Policy / Coverage Change History Info | Company ID / Policy ID / Effective Date / Client ID | 126 | EIF-FUND-TRAILER VGAM 2,656,093<br>EIF-FUND-TRAILER Seq.-1030975<br>FILE-MAINT-TRAILER VSAM 30962<br>FILE-MAINT-TRAILER SEQ 70747<br>INVESTMENT-TRAILER VGAM 170,376<br>INVESTMENT-INV-TRAILER SEQ 472500<br>LAPSE-PROC-TRAILER VGAM 46015<br>EIF-LAPSE-PROC-TRAILER SEQ 5654<br>BUCKET-TRAILER VGAM 165426<br>BUCKET-TRAILER SEQ-347545<br>VERSARY-TRLR VGAM 1606040<br>VERSARY-TRLR VGAM 451739<br>FILE-MAINT-TRLR VGAM 30,279<br>FILE-MAINT-TRLR SEQ 61857<br>CHG-DBD-REC VGAM 3994<br>CHG-DBD-REC SEQ 7813<br>CHG-WMD-REC VGAM 3671<br>CHG-WMD-REC SEQ 15274<br>PREM-PAY-TRLR VGAM 976727<br>PREM-PAY-TRLR SEQ 3047969<br>LOAN-TRLR VGAM 16553<br>ULF-FUND-W/TDRAW-TRLR SEQ 1079<br>ULF-FUND-W/TDRAW/TRLR VGAM 622<br>ULF-LAPSE-PROC-TRLR VGAM 37569<br>ULF-LAPSE-PROC-TRLR SEQ 203<br>ULF-CONVERT-PROC-TRLR VGAM 18124<br>ULF-CONVERT-PROC-TRLR SEQ 107510<br>ULF-REINSTATEMENT-TRLR 216<br>ULF-REINSTATEMENT-TRLR 154 | EIF-<br>EIF-<br>EIF-<br>EIF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF- | 2,666,093<br>10,309,0975<br>30,962<br>7,0747<br>170,376<br>472,500<br>48,015<br>5,654<br>165,426<br>347,545<br>1,606,040<br>451,739<br>30,279<br>61,857<br>3,994<br>7,813<br>3,671<br>15,274<br>976,727<br>3,047,969<br>16,553<br>1,079<br>622<br>37,569<br>203<br>18,124<br>107,510<br>216<br>154 | EIF- BASE<br>ULF- BASE | 24,410,287 | 3,183,396,736 |
| 12 | Policy/Coverage | AMEX | Amendments / Exclusions info | Company ID / Policy ID / Record Type Code / Sequence Number | 871 | | UNBHOND UNBCHAMID | 122,498 / 59,757 | 182,255 | 158,744,105 |
| 13 | Policy/Coverage | BNDV | BonusDividend | Company ID / Policy ID / Coverage Number / BonusDiv Type Code / BonusDiv ID Number / BonusDiv Sequence # | 103 | 1) This table contains deleted annual bonus and terminal bonus activity. | ADDOEP II ADDOEP II | 42,526 | 42,526 | 4,421,378 |
| 14 | Policy/Coverage | TAMI | TAMRA Tax Information (US) | Company ID / Policy ID / Effective Date | 136 | This table contains information used to support the U.S. Technical and Miscellaneous Revenue Act (TAMRA) and associated seven-pay processing requirements. Historical information is needed in order to do retroactive processing triggered by face decrease. | LF-TAMRA | 198,099 | 198,099 | 26,941,464 |

Alfa Ingenium 6.3 Counts V1.3

# ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
## (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | INGENIUM TOTAL LENGTH | CUSTOMER COMMENTS | SOURCE FILE OR DD2 TRAILER | NUMBER OF SOURCE TOTAL COUNT | INDEX TOTAL IMAGE TO'L COUNT | TOTAL LRK IMAGE TO'L COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Policy/Coverage | CFLW | Cash Flow Detail Info | Company ID / Coverage Number / Cash Flow Type Code / Effective Date / Sequence Number | 538 | EIF-FUND-TRAILER VSAM 2656093<br>EIF-FLD-TRAILER Seq.-10300075<br>EIF-FLE-MAINT-TRAILER VSAM 30992<br>FILE-MAINT-TRAILER SEQ 70747<br>INVESTMENT-YR-TRAILER VSAM 170376<br>INVESTMENT-YR-TRAILER SEQ 472500<br>LAPSE-PROC-TRAILER VSAM 48015<br>EIF-LAPSE-PROC-TRAILER SEQ 5654<br>ULF-BUCKET-TRAILER VSAM 185426<br>ULF-BUCKET-TRAILER SEQ 347545<br>ULF-VERSARY-TRLR VSAM 1686640<br>VERSARY-TRLR SEQ 4517139<br>FILE-MAINT-TRLR VSAM 30279<br>FILE-MAINT-TRLR SEQ 61557<br>CHG-DEUCATE-REC-SEQ 3994<br>CHG-DBO-REC SEQ 7813<br>CHG-VMD-REC VSAM 3471<br>CHG-VMD-REC-SEQ 15214<br>PREM-PAY-TRLR VSAM 976727<br>PREM-PAY-TRLR SEQ 3047909<br>LOAN-TRLR VSAM 16653<br>ULF-LOAN-TRLR SEQ 30631<br>Deferred Annuities Transactions 10390 | LFEIFIL TRAILERS LFULFIL TRAILERS Def Annuities - transactions<br>EIF-<br>EIF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF-<br>ULF- | 2,666,093<br>10,369,075<br>30,992<br>70,747<br>170,376<br>472,500<br>48,015<br>5,654<br>185,426<br>347,545<br>1,686,640<br>4,517,139<br>30,279<br>61,557<br>3,994<br>7,813<br>3,471<br>15,214<br>976,727<br>3,047,909<br>16,653<br>30,631<br>10,390 | 24,715,200 | 11,226,777,600 |
| 16 | Policy/Coverage | CFCO | Cash Flow Coverage Info | Company ID / Coverage Number / Cash Flow Type Code / Effective Date / Sequence Number / Allocation Coverage # | 98 | See comments in CFLW | LFEIFIL TRAILERS LFULFIL TRAILERS Def Annuities - transactions | 24,646,232 | 24,467,323 | 2,417,397,654 |
| 17 | Policy/Coverage | CFAG | Agent Info for Flexible Premium Deposits | Company ID / Policy ID / Coverage Number / Sequence Number | 99 | This table contains agent information applicable to flexible premium annuity deposit commissions. The agent information is defaulted from the FPA coverage information but can be overriden at the time of the deposit transaction. | Def Annuities - transactions AGTINT | 10,830<br>1,041<br>530,912 | 561,653 | 55,603,947 |
| 18 | Policy/Coverage | UH | Universal Life Monthaversary Info | Company ID / Policy ID / Effective Date Number | 176 | This table contains Universal Life Monthaversary information which is used to control the undo/redo process and to provide annual monthaversary processing information. | ULF-VERSARY-TRLR VSAM UH-VERSARY-TRLR SEQ | 1,686,640<br>4,517,139 | 6,203,779 | 1,091,865,104 |
| 19 | Policy/Coverage | UHCO | Universal Life Monthaversary | Company ID / Effective Date Number / Coverage Number | 206 | This table contains Universal Life Monthaversary coverage information. One entry per universal life policy per month is stored on this table.<br>ULF-VERSARY-TRLR VSAM 1686640<br>VERSARY-TRLR SEQ 4517139<br>CHG-DEUCATE-REC SEQ 3994<br>ULF-CHG-DBO-REC SEQ 7813<br>ULF-CHG-DBO-REC VSAM 3471<br>CHG-DBO-REC SEQ 7813<br>ULF-CHG-DBO-REC VSAM 627<br>ULF-FUND-WITHDRAW-TRLR VSAM 622<br>ULF-FUND-WITHDRAW-TRLR SEQ 1079 | LFULFIL TRAILERS | 1,686,640<br>4,517,139<br>3,994<br>7,813<br>3,471<br>627<br>622<br>1,079 | 6,203,779 | 1,290,386,032 |

*[Handwritten annotations in margin: "What about ISP - Most Varsumy inform this?"]*

# ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY/ KEY FIELDS | INGENIUM TOTAL LENGTH | QUESTIONS/COMMENTS | SOURCE FILE OR COPYTABLE(S) | NUMBER OF SOURCE FILES | INGEN TOTAL COUNT | TOTAL LEN * INGEN TOT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | Policy/Coverage | PGAL new table in 6.3 | Policy Gain Allocation | | 50 | 1) This table contains principal and gain transaction and running total amounts by allocation type for policies. Records are generated for each deposit, loan, partial surrender or full policy surrender transaction in a policy. Assumption is 1 for 1 (all we have key detail etc. for this table. Estimated Record length only in INGENIUM. | LPRHGR | 5,938 | 5,938 | 296,900 |
| 21 | Client | CLI | Base Client Information | Company ID Client ID | 557 | 1) This table contains the base client information such as the client's birth date, sex, employment and underwriting details. LFASSNE has no relevant information to map to this table LPCLDORPH will have fied-level moves to build the base client information. 3,884,059 moves3,876,148 types Note: Lines 15, 21, 51, 52 & 61 will be converted from CPCI. Lines 11, 12, 13, 41, 15, 31, 41, 53 & 62 will be converted from the ASP400 client system Note: The Line Data field is variable by Line Type. | LFASSNE LPCLDATL LPCLDORPH | 2,440 398,025 351,260 | 396,025 | 220,585,525 |
| 22 | Client | CLA | Client Address Information | Company ID Client ID Group Code Type Code Sequence Number | 253 | This table contains the client's postal address information. Address are divided into three types, primary, secondary and previous. Primary addresses are identified with a type of PRI. A client can only have one primary address record. Secondary address | LFASSNE LPCLADOR LPCLDORPH | 2,440 348,565 351,260 | 371,005 | 93,864,265 |
| 23 | Client | CLB | Client Bank Account info | Company ID Bank ID Branch ID Bank Account ID Client ID | 94 | This table contains client bank account information for use in PAC billing and in payout processing. Each entry represents a bank account attached to a client. | LFBNKFL NAMADR | 4,744 7,560,207 | 7,564,951 | 711,105,394 |
| 24 | Client | CLNM | Client Indv Associations | Company ID Client ID Client Indv Group Code Client Indv Name Type CD Sequence Number | 208 | This table contains various names of individuals associated with client. | LFASSNE LPACLT | 2,440 1,070,898 | 1,073,338 | 223,254,304 |
| 25 | Client | ASTC | Agent / Client Relationship info | Company ID Agent ID Relationship Type Code Client ID | 63 | 1) The ingenium table is used to indicate which agent is the mailing, regular and servicing agent for a client. It has nothing to do with commissionable agents, but is used mostly to designate a servicing agent if an insurance company needs an agent to con | AGTINT | 530,612 | 530,612 | 36,081,616 |
| 26 | Underwriting | LABR | Client Lab Results Information | Company ID Client ID Lab Test Date Lab Test ID Sequence Number | 400 | This table contains results from the lab tests that have been matched with a client. | LPNBCRTREQ | 119,594 | 119,594 | 47,837,600 |
| 27 | Underwriting | MIBT | MIB Response Information | Company ID Client ID Sequence Number | 2096 | 1) This table contains the responses from MIB after a search request was performed. Information populated to this table will be based on the MIB header record. The detail will be based on the MIB detail records. Assumption: There is will never be more detail records then header records. | LPNBMIBDET | 281,273 122,284 | 281,273 | 589,549,208 |

# ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS
## (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY FIELDS | MEDIUM TOTAL LENGTH | QUESTIONS / COMMENTS | SOURCE OF CNTL BKR REQ | NUMBER OF SOURCE RECS | INDEX TOTAL COUNT | TOTAL LEN WHEN TOT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Underwriting | REQI | Underwriting Requirements Info | Company ID, Policy / Client ID, Requirement ID, Sequence Number | 164 | This table contains details of all requirements that have been requested or ordered at a client level for issue requirements. Note: The requirement status field is included in an alternate access path to allow searches for any outstanding requirements. Assumption is that the conversion value is 1 for 1. However, the number may be smaller depending on how many underwriting requirements were requested at a client level at an underwriting requirements level or at a policy level for issue requirements. | UWREQHREQ | 256,691 | 256,691 | 44,065,324 |
| 29 | Agency | CC | Commission Pattern Code Info | Company ID, Rate Table ID | 96 | | | 41,046 | 41,046 | 3,340,416 |
| 30 | Accounting | ACTX | This table contains accounting entries for the current and prior accounting periods. | Company ID, Account transaction part used, Account Trans. seal ID, Date and Time Stamp | 267 | accounting master - will need account number translation table to load - see typenum tables (ACTX, CAFTX, ANTX) deter holds 2.5 at pennies and currency per print per policy). Convert some of this data to POCU17 - probably 7 recs (no policy level commission data). Get recommendation from Subcorp BIA. Since the LPACHASTR is the master AC file the assumption is that LPACHREF will be used to build the accounting description on the ACTX table. There will be a 1 to 1 conversion on the master file LPACHSTR only. | LPACHSTR LPACHREF | 12,873,181 / 12,000,000 | 12,873,181 / 3,437,199,327 | |
| 31 | Banking Information | BNKA | Bank Account Information | Company ID, Bank ID, Bank Branch ID, Bank Account ID | 136 | conversion should be a 1 for 1. | LFBNKFL | 4,744 | 4,744 | 645,184 |
| 32 | Banking Information | BNKB | Bank Information/Validation | Company ID, Bank ID, Bank Branch ID | 328 | | LFBNKFL | 4,744 | 4,744 | 1,556,032 |
| 33 | Disbursements | CHKX | Print /Reconcile checks requested | Company ID, Check part number used, Check Instr. ID, Check TS | 915 | This table contains checks. It is used to reconcile any checks that are requested. See Petty Envelope and Subcorp BIA for these acct files. Check journal - outstanding paid voided. | LPACCKLN | 207,014 | 207,014 | 189,417,810 |
| 34 | Group Processing | GR | Group Billing Information | Company ID, Record Type Code, Subsidiary Company ID, Client ID, Billing Effective Date, Policy ID | 197 | 1) Is there any list that data in the CFO etc. system? Yes 2) Should any of that information be mechanically converted? Yes | LPGLCNFL | 396,025 | 396,025 | 78,016,925 |
| 35 | Reinsurance | RI | Reinsurance Information | Company ID, Record Type Code, Policy ID, Coverage Number, Receipt Sequence Number | 354 | This table contains reinsurance information for a particular coverage record. New reinsurance records are allowed for each coverage. | LFREIN LFALLOW LFALLWRT | 11,465 / 755 / 839 | 13,059 | 4,622,866 |

Alfa Ingenium 6.3 Counts V1.3

ADVANTAGE Consulting Group, Inc.

## ALFA INGENIUM 6.3 TABLES DISK SPACE ANALYSIS (as of 2/25/2002)

| ID | FUNCTIONAL AREA | TABLE ID | TABLE DESCRIPTION | PRIMARY KEY/FIELDS | INGENIUM TOTAL LENGTH | QUESTIONS/COMMENTS | SOURCE FILE OR CFO TRAILER | NUMBER OF SOURCE RECS | INGEN TOTAL COUNT | TOTAL ALLEN INGEN TOT COUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | Plan Setup | RT | Rate Load Info | Company ID<br>Rate Table ID<br>Rate Type Code<br>Smoker Code<br>Sex Code<br>Sub Table 1 Code<br>Sub Table 2 Code<br>Sub Table 3 Code<br>Sub Table 4 Code<br>Current Location Code<br>Death Benefit Option CD<br>Pension Qualifier Code<br>Joint Life Code<br>Term of Deposit-Months<br>Term of Deposit-Days<br>Age<br>Effective Date<br>Duration | 146 | This table contains Rate entries which are used in conjunction with the Rate Header table (where policies and riders attach to this table are held). They contain rates that are used for various calculations throughout the system. | LRCSRVL<br>LPIALLOW<br>LPINSRPMT<br>CFODVNV | 8,607<br>765<br>312,581<br>2,960 | 325,253 | 47,466,508 |
| 37 | Underwriting | 0 | New Ingenium File-bm001 | TO BE DETERMINED | 150 | Medical Cost file. The record length is an assumption. | LPINBMOFEE | 2,935 | 2,935 | 446,250 |
| 38 | Plan Setup | MO | MoDx Actuarial Values Info | Company ID<br>MoDx ID<br>MoDx Age | 53 | MoDx values for ETI - will need to convert - need CFO layout - DHXZB. Mortality rates occurs a max of 120 times.<br>Mechanically convert this data. | DHXZB | 5,400 | 5,400 | 298,300 |
| | | | | | | | | | 116,623,068 | 29,001,703,206 |



103 W. College Ave., Suite 702, Appleton, Wisconsin, U.S.A. 54911
Phone: (920) 830-1990  Fax: (920) 830-1945

### Schedule D

**ADVANTAGE Consulting Group, Inc.**
Richard E. Knutson
President
103 W. College Ave., Suite 702
Appleton, WI 54911

CLIENT:     **ALFA Life Insurance Corp.**
William B. Harper, Jr.
Senior Vice President
Life and Loan Operations
2108 E. South Boulevard
Montgomery, AL 36191

### FIXED PRICE AGREEMENT

Services to be Performed:   Life & Health Insurance product/plan analysis services, including analysis, documentation and issue resolution.

Scope of Services:     ALFA Life Insurance Corp. (ALFA) currently administers their life and health insurance contracts on various different systems (approximately 530,000 policies).  These systems include a CFO based mainframe system, an Accident & Health policy mainframe system, a Cancer policy mainframe system, a Group Life policy mainframe system, a PC based Deferred Annuity system, AS400 systems, an LFPS system, rate tables, and an underwriting system, hereafter referred to as ALFA's systems.  These policies will all be converted into the INGENIUM v6.3.1 software package.

Advantage Consulting Group. Inc. (ACG) will assist ALFA in the analysis and documentation of all of the different products and plans that are currently administered on ALFA's systems.  In order to facilitate this analysis, ACG will supply a specific set of computer-based tools, called the Plan/Modification Analysis (PMA) tools.  ALFA and ACG resources will jointly populate these tools with ALFA product/plan information.

At the conclusion of this project, ALFA will own a copy of the PMA tools.  However, ALFA is prohibited from giving or reselling these tools to any outside parties.  In addition, if ALFA is purchased by another organization, the purchasing organization or any affiliate of the purchasing organization may not use the PMA tools.

Since this agreement is not a software license, ACG will supply no warranty or ongoing support for the PMA tools after this project has been completed.  If ALFA desires at a later date to obtain a more current version of the PMA tools, a separate agreement and additional fees would be necessary.



103 W. College Ave., Suite 702, Appleton, Wisconsin, U.S.A. 54911

Phone: (920) 830-1990 Fax: (920) 830-1946

## Schedule D (Continued)

Scope of Services (cont.):    In order to clearly define the exact tasks that ACG will be responsible for performing under this Schedule D agreement, the tasks are listed in the attached **ALFA LIFE PMA TOOLS TASKS** spreadsheet. If ALFA desires to have ACG perform any extra tasks outside of this spreadsheet, there would be additional fees invoiced over the agreed upon fixed price amount.

During the course of the project, if the Project End Date is changed to a date later than September 2, 2002, ACG reserves the right to invoice additional fees over the agreed upon fixed price amount. The nature and amount of these fees will be jointly determined if this occurs. ADVANTAGE will not have the right to charge additional fees over the agreed upon fixed price amount if the Project End Date is changed due to actions and/or inactions on the part of ADVANTAGE, and/or if the delay is due to causes beyond CLIENT'S reasonable control and without CLIENT'S fault, which could not have been foreseen, or if reasonably foreseen, could not have been prevented.

Project Beginning Date:    March 1, 2002

Project End Date:    July 1, 2002

Fixed Consulting Fees:    $63,936.00 U.S. dollars for the entire project, payable in two equal installments of $31,968.00. The first installment is due at the beginning of the engagement and the last installment is due at the completion of the engagement. The payment of the installment amounts in U.S. dollars by ALFA is expected within 30 days of receipt of ACG's invoice.

Expense Amounts:    All travel expenses incurred during the course of this project are included in the fixed price amount.

In addition, any software needed to connect to ALFA's computers will be supplied to ADVANTAGE at no cost.

**ADVANTAGE Consulting Group, Inc.**          CLIENT

By: _Richard E. Knutson_                          By: _William B. Harper_

Name: _Richard E. Knutson_                        Name: _William B. Harper, Jr._

Title: _President_                                 Title: _Senior Vice President, Life and Loan Operations_

Date: _May 8, 2002_                                Date: _May 8, 2002_

ALFA Schedule D                    Page 2                          5/1/2002

# ALFA LIFE PMA TOOLS TASKS
## ( as of 4/19/2002 )

| PROJECT PHASE | TASK ID | TASK DESCRIPTION | PERSON DAYS |
|---|---|---|---|
| PMA ANALYSIS | 1 | Run programs to analyze all distinct plans in CFO system. | 5 |
| PMA ANALYSIS | 2 | Add descriptive information about each plan code encountered. | 10 |
| PMA ANALYSIS | 3 | Group plan codes into products. | 6 |
| PMA ANALYSIS | 4 | Identify product features for each product by analyzing the plan file values. | 40 |
| PMA ANALYSIS | 5 | Identify product features for each product by analyzing policy contracts. | 20 |
| PMA ANALYSIS | 6 | Architect new Ingenium plan codes in tools. | 10 |
| PMA ANALYSIS | 7 | Map all CFO plan codes to Ingenium plan codes. | 6 |
| PMA ANALYSIS | 8 | Train ALFA personnel on PMA Tools. | 10 |
| | | | |
| | | TOTALS | 107 |