# EXHIBIT 2



27
ALFA v. ACG