# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

PLAINTIFF
Alfa Life Insurance Corporation

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Advantage Consulting Group, Inc.

Case Number:   2:05cv775-MHT

V. THIRD PARTY DEFENDANT
EDS Solcorp

To: Name and address of Third Party Defendant
EDS SOLCORP
1333 Butterfield Road
Suite 500
Downers Grove, IL 60515

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| William Patton Gray, Jr.<br>Gray & Associates LLC<br>3800 Colonnade Parkway, Suite 545<br>Birmingham, AL 35243<br>205-968-0900 | James Forrest Hinton, Jr.<br>Baker Donelson Bearman Caldwell & Berkowitz PC<br>1600 SouthTrust Tower<br>420 North 20th Street<br>Birmingham, AL 35203-5202<br>205-250-8332 |

an answer to the third-party complaint which is served on you with this summons, within __twenty (20)__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBRA P. HACKETT, Clerk
CLERK

(By) DEPUTY CLERK

DATE   June 22, 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                                 *Signature of Server*

                                                   _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

2006 JUN 21 P 12: 35

|  |  |
|---|---|
| ALFA LIFE INSURANCE CORPORATION ) | |
| ) | CV-05-775-MHT |
| Plaintiff, ) | |
| v. ) | Civil Action Number |
| ADVANTAGE CONSULTING GROUP, INC., and ) | |
| RICHARD E. KNUTSON ) | |
| Defendant. ) | |

REQUEST FOR SERVICE BY
CERTIFIED MAIL

Please serve the defendant(s) EDS Solcorp, 1333 Butterfield Road, Suite 500 Downers Grove, Illinois 60515

by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

_____
Signature of Attorney