U.S. Department of Justice
United States Marshals Service



# REQUEST   2:05CV775MHT
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| J. Forrest Hinton, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz<br>1600 Wachovia Tower<br>420 North 20th Street<br>Birmingham, Alabama  35203<br>United States of America | Legal Link<br>The Legal Link Corporation<br>11 Cidermill Avenue, Suite 201 Concord ON<br>LAK 4B6<br>Canada |

**The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
   **(identity and address)**

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres. en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
   *(identite et adresse)*

EDS  SOLCORP, 177 Lakeshore Boulevard East

Toronto, ON MSA 1B7, Canada

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas echeant, par remise simple (article 5, alinea 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.**
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

List of documents
*Enumuration der pieces*

Third-Party Complaint of Advantage Consulting Group
Order granting leave to file third-party complaint
Complaint of Alfa Life Insurance Company
Answer/Counterclaim of Advantage Consulting Group
Answer of Richard E. Knuston

Done at June 21, the 2006
*Fait 'a              , le*

Signature and/or stamp   *Debra P. Hackett*
*Signature et/ ou cachet*   Clerk.

Chusty St Lee
Intake Clerk

*Delete if inappropriate
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a I'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

**1) that the document has been served \***
*1. que la demande a execute*
- the (date)   -le (date)   _____
- at (place, street, number) -a (loralni. rue numbo)  _____

**--in one of the following methods authorized by article 5-**
*--ons une desjormes suivanies privues it l'article 5*

☐ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
*a) selon les formes agales (artirle 5. alinea premier, letire a)*

☐ **(b) in accordance with the following particular method:**
*b) selon lojorme particuliere suivante:* _____

☐ **(c) by delivery to the addressee, who accepted it voluntarily.\***
*c) par remijesiniple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

-*(identity and description of person)*
-*fidentai ei qualit; de la pervonne)*

_____

-*relationship to the addressee family, business or other*
-*liens de parente de subordination ou outres. avec le desitruiraire de l'acte*

_____

**2) that the document has not been served, by reason of the following facts\*:**
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement\***
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas echeant, les documents justificatifs de l'execution:*

_____
_____

Done at _____, the _____
*Fait 'a*                    *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

**(article 5, fourth paragraph)**
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
Nom ei addressee tie l'autorite requirante:

J. Forrest Hinton, Esq., 1600 Wachovia Tower, 420 North 20th St., Birmingham, Alabama, 35203, U.S.A.

**Particulars of the parties:**
Identite des parties:

Alfa Life Insurance Company; Advantage Consulting Group, Inc.; Richard E. Knuston; EDS SOLCORP

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et obiet tie l'acte-*

Third Party complaint filed by Advantage Consulting Group, Inc. against EDS SOLCORP

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

Federal civil lawsuit for damages in excess of $75,000 (U.S. Dollars)

**Date and place for entering appearance-**
*Date el lieu de la comparution:*

Twenty (20) days after service; U.S. Dist. Ct. for the Middle Dist. of Alabama, One Church Street, Montgomery, AL 36104, U.S.A.

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la decision:*

NOT APPLICABLE

**Dale of judgment\*\*:**
*Date de /a decision:*

NOT APPLICABLE

**Time limits stated in the document\*\*:**
*Indication des delias figurant dans l'acte:*

Twenty (20) days after service

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

**Time limits stated in the document:\*\***
*Indication des delias figurant dans l'acte:*