| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Recieved by (Please Print Clearly) | B. Date of Delivery<br>6/26 |
| | C. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>EDS Solcorp<br>1333 Butterfield Rd<br>Suite 500<br>Downers Grove, IL<br>60515 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>05-775 | |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| 2. Article Number (Copy from service label)<br>7005 2570 0001 2555 5364 | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789