IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANTAGE CONSULTING GROUP, )<br>INC. and RICHARD E. KNUTSON, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>CV-05-775-MHT |

## DEFENDANT EDS SOLCORP'S CORPORATE DISCLOSURE STATEMENT

Defendant EDS SOLCORP submits this corporate disclosure statement in compliance with Federal Rules of Civil Procedure Rule 7.1, as follows:

1. Electronic Data Systems Corporation is the parent corporation of E.D.S. World Corporation (Netherlands) which is the parent corporation of EDS Canada, Inc. which, in turn is the parent corporation of EDS Solcorp. Electronic Data Systems Corporation is a Delaware corporation. No other publicly traded entity owns 10% or more of the stock of EDS Solcorp.

1482830

Respectfully submitted,

_____
John C. Morrow (MOR054)
Geoffrey S. Bald (BAL032)

Attorneys for Defendants
EDS Solcorp.

OF COUNSEL:

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the ___ day of July, 2006:

Christopher D. Glover
Hollis & Wright, P.C.
1750 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

Brett A. Ross
Carr Allison
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

_____
OF COUNSEL

1482830

2