IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANTAGE CONSULTING GROUP, INC. )<br>and RICHARD E. KNUTSON, )<br>)<br>Defendants. ) | Case No. CV-05-775-MHT |

## NOTICE OF FILING

Defendant / Counterclaimant / Third-Party Plaintiff Advantage Consulting Group, Inc. ("Advantage") submits the attached executed summons, which was issued pursuant to the Hague Convention on Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, reflecting the accomplishment of service on third-party defendant EDS SOLCORP.

J. FORREST HINTON
W. PATTON HAHN
JAMES F. BARGER, JR.
Attorneys for Defendants Advantage Consulting Group, Inc. and Richard E. Knutson

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
　　CALDWELL & BERKOWITZ, P.C.
A Professional Corporation
420 20th Street North
Wachovia Tower, Suite 1600
Birmingham, Alabama 35203-5202
(205) 328-0480

B CJB1 715325 v1
2900506-000001 07/06/2006

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel of record by placing copies of same in the United States Mail, properly addressed and postage prepaid, this the 19th day of July, 2006:

Mr. William P. Gray, Jr.
Mr. Douglas N. Robertson
Gray & Associates, L.L.C.
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama 35243

Mr. John C. Morrow
Mr. Geoffrey S. Bald
BURR & FORMAN, LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203

_____
OF COUNSEL

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant*<br>J. Forrest Hinton, Esq.<br>Baker, Donelson, Bearman, Caldwell & Berkowitz<br>1600 Wachovia Tower<br>420 North 20th Street<br>Birmingham, Alabama 35203<br>United States of America | Address of receiving authority<br>*Adresse de l'autorite destinataire*<br>Legal Link<br>The Legal Link Corporation<br>11 Cidermill Avenue, Suite 201 Concord ON<br>LAK 4B6<br>Canada |
|---|---|

The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres. en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
    *(identite et adresse)*

EDS SOLCORP, 177 Lakeshore Boulevard East

Toronto, ON MSA 1B7, Canada

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particuliere suivante (article 5, aline'a premier, lettre b) :*

_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas echeant, par remise simple (article 5, alinea 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

List of documents
*Enumuration der pieces*

Third-Party Complaint of Advantage Consulting Group
Order granting leave to file third-party complaint
Complaint of Alfa Life Insurance Company
Answer/Counterclaim of Advantage Consulting Group
Answer of Richard E. Knuston

Done at June 21, the 2006
*Fait 'a*                 , *le*

Signature and/or stamp      *Debra P. Hackett*
*Signature et/ ou cachet*    Clerk

Intake Clerk

*Delete if inappropriate
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a I'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

**1) that the document has been served ***
*1. que la demande a execute*
    -the (date)  -le (date)    June 28, 2006
    -at (place, street, number) -a (loralni. rue numbo)    177 Lakeshore Blvd. EAST, Toronto, Ontario

**--in one of the following methods authorized by article 5-**
*--ons une desjormes suivanies privues it l'article 5*

    ☒ **(a)** in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a) selon les formes agales (artirle 5. alinea premier, letire a)*

    ☐ **(b)** in accordance with the following particular method:
        *b) selon lojorme particuliere suivante:*

    ☐ **(c)** by delivery to the addressee, who accepted it voluntarily.*
        *c) par remijesiniple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

    *-(identity and description of person)*
    *-fidentai ei qualit; de la pervonne)*
    Ron Kean, Attorney

    *-relationship to the addressee family, business or other*
    *-liens de parente de subordination ou outres. avec le desitruiraire de l'acte*
    Attorney.

**2) that the document has not been served, by reason of the following facts***:
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

                                                      Franek Matlosz

**In appropriate cases, documents establishing the service:**
*Le cas echeant, les documents justificatifs de l'execution:*

                                            Done at City of Toronto, the 6th day of July, 2006
                                            *Fait 'a*, *le*

                                            Signature and/or stamp.
                                            *Signature et/ou caphet.*

                DAVID PA……
                NOTARY ……
**PROVINCE OF ONTARIO**

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

**(article 5, fourth paragraph)**
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
Nom ei addressee tie l'autorite requirante:

J. Forrest Hinton, Esq., 1600 Wachovia Tower, 420 North 20th St., Birmingham, Alabama, 35203, U.S.A.

**Particulars of the parties:**
Identite des parties:

Alfa Life Insurance Company; Advantage Consulting Group, Inc.; Richard E. Knuston; EDS SOLCORP

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et obiet tie l'acte-*

Third Party complaint filed by Advantage Consulting Group, Inc. against EDS SOLCORP

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

Federal civil lawsuit for damages in excess of $75,000 (U.S. Dollars)

**Date and place for entering appearance-**
*Date el lieu de la comparution:*

Twenty (20) days after service;  U.S. Dist. Ct. for the Middle Dist. of Alabama, One Church Street, Montgomery, AL  36104, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la decision:*

NOT APPLICABLE

**Dale of judgment**:**
*Date de /a decision:*

NOT APPLICABLE

**Time limits stated in the document**:**
*Indication des delias figurant dans l'acte:*

Twenty (20) days after service

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

**Time limits stated in the document:****
*Indication des delias figurant dans l'acte:*