## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>ADVANTAGE CONSULTING GROUP, INC., )<br>and RICHARD E. KNUTSON, )<br>)<br>　　Defendants. ) | Case No. CV-05-775-C |

___

ADVANTAGE CONSULTING GROUP, INC., )
                                   )
    Third-party Plaintff,          )
                                   )
v.                                 )
                                   )
EDS SOLCORP,                       )
                                   )
    Third-party Defendant          )

### **MOTION TO WITHDRAW**

Comes now Anne L. Wohlfeld, one of the attorneys of record for the Defendants Advantage Consulting Group, Inc. and Richard E. Knutson, and moves the Court for an entry of an Order permitting her to withdraw as counsel of record for Defendants. J. Forrest Hinton; W. Patton Hahn and James C. Barger will continue to represent the Defendants in this action. There will be no prejudice to either party if this Motion is granted.

WHEREFORE, the undersigned counsel prays that the Court will enter an order granting her to withdraw as counsel of record for Defendants.

                                            /s/ Anne L. Wohlfeld
                                            ANNE L. WOHLFELD

                                            One of the Attorneys for Defendant/Third-party Plaintiff Advantage Consulting Group, Inc. and Defendant Richard E. Knutson

OF COUNSEL**:**
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Wachovia Tower
Birmingham, Alabama 35203-5202

## CERTIFICATE OF SERVICE

      I hereby certify that on August __, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, that all parties are represented by counsel to whom the CM/ECF system will send a Notice of Electronic Filing. Pursuant to Section II(B)(1)(a) of this Court's Administrative Procedures for Filing, Signing and Verifying Pleadings in the District Court Under the Case Management/Electronic Case Files (CM/ECF) System, such notice is the equivalent of service by hand delivery.

    Mr. William P. Gray, Jr.
    Mr. Douglas N. Robertson
    Gray & Associates, L.L.C.
    3800 Colonnade Parkway, Suite 545
    Birmingham, Alabama 35243

    Mr. John C. Morrow
    Mr. Geoffrey S. Bald
    BURR & FORMAN LLP
    3100 Wachovia Tower
    420-20th Street North
    Birmingham, Alabama 35203

                                                                                                _J. Forrest Hinton_____
                                                                                                COUNSEL