IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CIVIL ACTION NO.<br>)      2:05cv775-MHT<br>) |
| ADVANTAGE CONSULTING GROUP, INC., and RICHARD E. KNUTSON, | )<br>)<br>)<br>) |
| Defendants. | ) |

ORDER

It is ORDERED that the motion to withdraw (doc. no. 54) is granted.

DONE, this the 18th day of August, 2006.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE