**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 29, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  **Alfa Life Insurance Corporation v. Advantage Consulting Group, Inc., et al**

Case Number:    **2:05-cv-00775-MHT**

**This Notice of Correction was filed in the referenced case this date to add the PDF document representing the proposed order document previously omitted by E-filer.**

**The additional PDF document is attached to this notice for your review.   Reference is made to document # 56   filed on    August 29, 2006.**