IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALFA LIFE INSURANCE         )
CORPORATION,                )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       2:05cv775-MHT
                            )
ADVANTAGE CONSULTING        )
GROUP, INC., et al.,        )
                            )
     Defendants.            )
```

## ORDER

It is ORDERED as follows:

(1) The motion to extend (Doc. No. 56) is granted.

(2) The uniform scheduling order (Doc. No. 17) is modified in the following respects:

    (A) The pretrial is reset for October 15, 2007, and the trial is reset for term of court beginning on November 26, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

    (B) The deadline for completing discovery is extended to July 1, 2007.

(C) The deadlines for expert reports are extended to January 31, 2007, for plaintiff and March 31, 2007, for the other parties.

(D) The deadline for face-to-face settlement discussions is October 31, 2006.

(E) Sections 9, 10, and 11 of the uniformed scheduling order are amended to reflect an initial deadline of October 15, 2007.

(F) All other deadlines are unchanged.

DONE, this the 31st day of August, 2006.

                 /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**