## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV-05-775-C |
| | ) | |
| ADVANTAGE CONSULTING GROUP, INC., | ) | |
| and RICHARD E. KNUTSON, | ) | |
| | ) | |
|     Defendants. | ) | |

_____

| | |
|---|---|
| ADVANTAGE CONSULTING GROUP, INC., | ) |
| | ) |
|     Third-party Plaintff, | ) |
| | ) |
| v. | ) |
| | ) |
| EDS SOLCORP, | ) |
| | ) |
|     Third-party Defendant | ) |

### STATUS REPORT AND JOINT MOTION TO EXTEND DEADLINE
### FOR FACE-TO-FACE SETTLEMENT DISCUSSIONS

All parties to this action hereby report to the Court jointly move to extend deadline for face-to-face settlement discussions. As grounds for this motion, the parties jointly state as follows:

1. The Court's August 31, 2006 Order set October 31, 2006 as the deadline for the parties to conduct face-to-face settlement discussions.

2. The parties have initiated discovery and discovery efforts are ongoing. Counsel for all parties have discussed settlement in the matter but believe that additional discovery is necessary before settlement issues can be properly evaluated and discussed in a meaningful manner.

3. The parties believe that they can hold the face-to-face settlement discussions ordered by the Court on or before December 15, 2006.

WHEREFORE, the parties jointly move that the deadline for the parties to conduct face-to-face settlement discussions be reset to December 15, 2006.

|  |  |
|---|---|
|  | /s/ William P. Gray, Jr.<br>WILLIAM P. GRAY, JR.<br>DOUGLAS N. ROBERTSON<br>Attorneys for Plaintiff Alfa Insurance Corporation |
| OF COUNSEL:<br>GRAY & ASSOCIATES, L.L.C.<br>3800 Colonnade Parkway, Suite 545<br>Birmingham, Alabama 35243 |  |
|  | /s/ J. Forrest Hinton<br>J. FORREST HINTON<br>W. PATTON HAHN<br>JAMES F. BARGER, JR.<br>Attorneys for Defendant/Third-party Plaintiff Advantage Consulting Group, Inc. and Defendant Richard E. Knutson |
| OF COUNSEL:<br>BAKER, DONELSON, BEARMAN,<br>    CALDWELL & BERKOWITZ, P.C.<br>420 20th Street North, Suite 1600<br>Wachovia Tower<br>Birmingham, Alabama 35203-5202 |  |
|  | /s/ Geoffrey S. Bald<br>JOHN C. MORROW<br>GEOFFREY S. BALD<br>Attorneys for Third-party Defendant EDS Solcorp |
| OF COUNSEL:<br>BURR & FORMAN LLP<br>3100 Wachovia Tower<br>420 20th Street North<br>Birmingham, Alabama 35203 |  |

B PH 728324 v1
2900506-000001 10/31/2006