IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:05cv775-MHT |
| ADVANTAGE CONSULTING GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion to extend deadline (doc. no. 59) is granted.

DONE, this the 1st day of November, 2006.

      /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**