IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ALFA LIFE INSURANCE CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv775-MHT |
| **ADVANTAGE CONSULTING GROUP, INC., et al.,** | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the joint motion to suspend indefinitely the deadline for face-to-face settlement discussions (doc. no. 61) is granted.

DONE, this the 18th day of December, 2006.

              /s/ Myron H. Thompson
              **UNITED STATES DISTRICT JUDGE**