IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALFA LIFE INSURANCE        )
CORPORATION,               )
                           )
     Plaintiff,            )
                           )   CIVIL ACTION NO.
     v.                    )     2:05cv775-MHT
                           )
ADVANTAGE CONSULTING       )
GROUP, INC., et al.,       )
                           )
     Defendants.           )
```

ORDER

It is ORDERED as follows:

(1) The motion to extend (Doc. No. 63) is granted.

(2) The uniform scheduling order (Doc. No. 17) is modified in the following respects:

(A) The deadline for completing discovery is extended to August 1, 2007.

(B) The deadlines for expert reports are extended to May 1, 2007, for plaintiff; June 1, 2007, for defendants; and July 2, 2007, for third-party defendants.

  **(C) All other deadlines are unchanged.**

  **(D) <u>There will be no more extensions</u>.**

**DONE, this the 7th day of February, 2007.**


    <u>/s/ Myron H. Thompson</u>
    **UNITED STATES DISTRICT JUDGE**