IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CV-05-775-MHT |
| | ) |
| ADVANTAGE CONSULTING GROUP, INC., | ) |
| and RICHARD E. KNUTSON, | ) |
| | ) |
|     Defendants. | ) |

| | |
|---|---|
| ADVANTAGE CONSULTING GROUP, INC., | ) |
| | ) |
|     Third-party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EDS SOLCORP, | ) |
| | ) |
|     Third-party Defendant | ) |

**UNOPPOSED MOTION FOR MEDIATION**

    **COMES NOW** the Plaintiff, Alfa Life Insurance Corporation, and respectfully moves this Court to refer the pending matters to mediation. This request for mediation is unopposed by any of the attorneys of record.

    /s/ William P. Gray, Jr.
    WILLIAM P. GRAY, JR.
    DOUGLAS N. ROBERTSON
    Attorneys for Plaintiff Alfa Life Insurance
    Corporation

OF COUNSEL:
GRAY & ASSOCIATES, L.L.C.
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama 35243

## CERTIFICATE OF SERVICE

I certify that on the 30th day of March, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

J. FORREST HINTON
W. PATTON HAHN
JAMES F. BARGER, JR.
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Wachovia Tower
Birmingham, Alabama 35203-5202


JOHN C. MORROW
GEOFFREY S. BALD
BURR & FORMAN LLP
3100 Wachovia Tower
420-20th Street North
Birmingham, Alabama 35203


                    /s/ William P. Gray
                    Of Counsel