**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

April 2, 2007


# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT


**To:**  Alfa Life Insurance Corporation
        Advantage Consulting Group, Inc.

**From:**  Clerk's Office


**Case Style:  Alfa Life Insurance Corporation v. Advantage Consulting Group, Inc., et al**

**Case Number:   2:05-cv-00775-MHT**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**