IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:05cv775-MHT |
| ADVANTAGE CONSULTING GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion for mediation (Doc. No. 66) is granted to the extent that the parties may pursue private mediation.  None of the court-ordered deadlines is stayed, however.

DONE, this the 3rd day of April, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE