**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No.:  2: 05cv775-MHT |
| ) | |
| ADVANTAGE CONSULTING GROUP, INC. ) | |
| AND RICHARD E. KNUTSON, ) | |
| ) | |
| Defendants. | |

_____

| |
|---|
| ADVANTAGE CONSULTING GROUP, INC., ) |
| ) |
| Third-party Plaintiff, ) |
| ) |
| v. ) |
| ) |
| EDS SOLCORP, ) |
| ) |
| Third-party Defendant ) |

### ADVANTAGE CONSULTING GROUP, INC.'S
### CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entity is hereby reported:

Advantage Consulting Group, Inc., a nongovernmental corporate party in this action, has no parent corporation, and no publicly-held company owns ten percent or more of its stock.

Respectfully submitted this 9th day of April, 2007.

    /s/ J. Forrest Hinton
J. FORREST HINTON
W. PATTON HAHN
JAMES F. BARGER, JR.
Attorneys for Defendant/Counterclaim/Third-Party Plaintiff Advantage Consulting Group, Inc. and Defendant Richard E. Knutson

OF COUNSEL**:**
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Wachovia Tower
Birmingham, Alabama 35203-5202
(205) 328-0480

## Certificate of Service

I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Mr. John C. Morrow
Mr. Geoffrey S. Bald
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203

Mr. William P. Gray, Jr.
Mr. Douglas N. Robertson
Gray & Associates, L.L.C.
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama 35243

   /s/ J. Forrest Hinton
OF COUNSEL