IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ADVANTAGE CONSULTING GROUP, INC. AND RICHARD E. KNUTSON<br><br>Defendants. | Civil Action No.:<br>CV-05-775-MHT |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Alfa Mutual Insurance Company
Alfa Mutual Fire Insurance Company
Alfa Mutual General Insurance Company
Alfa Corporation
Alfa Insurance Corporation
Alfa Life Insurance Corporation
Alfa General Insurance Corporation
Alfa Financial Corporation
Alfa Specialty Insurance Corporation
Alfa Agency Alabama, Inc.
Alfa Vision Insurance Corporation
Alfa Benefits Corporation
Alfa Services, Inc.
Alfa Alliance Insurance Corporation

Alfa Realty, Inc.
Alfa Builders, Inc.

| | |
|---|---|
| **April 13, 2007**_____ | /s/ Douglas N. Robertson_____ |
| Date | Counsel for Alfa Life Insurance Corporation |
| | 3800 Colonnade Parkway, Suite 545 |
| | Birmingham, Alabama  35243 |

## CERTIFICATE OF SERVICE

    I certify that on the 13th day of April 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following

J. Forrest Hinton, Esq.
James F. Barger, Esq.
William Patton Hahn, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 SouthTrust Tower
420 20th Street North
Birmingham, Alabama  35203-5202

John C. Morrow, Esq.
Geoffrey S. Bald, Esq.
Burr & Forman LLP
420 20th Street North, Ste. 3100
Birmingham, Alabama  35203-5206

                                                   **/s/ William P. Gray, Jr.**_____
                                                   Of Counsel