# Forrest Edwin Black, III
# Professional Experience

President/Principal Consultant                    August 1993 to Present
L & J Systems Corporation
Miami, Florida

I have been consulting with insurance companies on their administrative systems.

My most recent projects have been the conversion of policies from LIFE/70 and LIFE-COMM to the Ingenium administration system.  This has been for done for two southeastern companies.  For one of the companies I also provided consulting to the LIFE/70 support group.  Major enhancements included the implementation of "levelized commissions" on universal life products and the development of a coverage level replacement systems for life and annuity products.

A prior project was the conversion of a block of Variable Universal Life business from a HP platformed system into the Policy/Link system from Mynd.  This was accomplished in seven months.

Prior to that, I worked converting a company's entire ordinary block of business LIFE-COMM and CFO into the Policy/Link system from the Leverage group.  I was responsible for the conversion of policy information for universal life, traditional life, flexible annuity and fixed annuity blocks of business.  In addition I converted the Agent Master file along with the commission rates and annualization history data.  As a part of the conversion I wrote an extract from LIFE-COMM to the TRITON Universal Life Valuation System and an extract from LIFE-COMM and CFO to the TRITON Traditional Valuation System. TRITON is a Price, Waterhouse Coopers product.

Prior projects include the design and implementation of a managed care administration system for a midwestern insurance company and implementing T.A.M.R.A. modifications for a midwestern life insurance company.

I worked with Oracle Corporation on the development of a template for life insurance companies.

Clients include:
ALFA Corporation
American Bankers Insurance Group
American Chambers Life Insurance Company
Computer Sciences Corporation / Mutual of New York
Hartford Life
North American Company for Life and Health
Oracle Corporation
Southern Farm Bureau Life Insurance Corporation

Principal Consultant          September 1990 through July 1993
The Continuum Company, Inc.
Austin, Texas

I had a dual reporting position. I was a part of the Architecture Group for LIFE-COMM and LIFE/70. This group consisted of five senior people from the division and a director. It was responsible for the direction of both systems. For the last 18 months, the group was formulating a plan for replacing LIFE-COMM and LIFE/70 with a single new system.

I also reported to the Custom Enhancement Services  CES  group. CES developed enhancements and modifications of the base systems for clients who couldn't wait for funding to be available through the maintenance program or had a need that may not be universal. In this role, I was responsible for the conception and selling of these projects. I spent the last year developing the SQL version of the LIFE-COMM system. This project took the 15 primary master files and replaced them with relational tables. Additional major projects that have done or lead are: converted LIFE-COMM to 31 bit addressing, added calculation of CRVM Universal Life Reserves and CARVM Flexible Premium Annuity Reserves to LIFE-COMM, added Area Premium Rating for Health Insurance to LIFE-COMM, and designed the modifications necessary to implement Paid-Up Addition Riders for LIFE-COMM and LIFE/70. The revenue produced by my projects during my tenure exceeded  $2,000,000 and was done at a pretax margin averaging 30 percent.

Assistant Vice President          April 1987 through August 1990
Colonial Penn Group
Philadelphia, Pennsylvania

I was the Application Systems Architect for the Data Division. I also was responsible for the implementation of critical strategic applications. For the first year, I was responsible for the selection of tools and definition of standards for the IBM MVS environment. Colonial Penn was migrating its application systems from a Honeywell environment. The migration was completed in less than two years.

The main new application that I implemented while at Colonial Penn was the Automated Telemarketing System. ATS was first implemented to support the television sales campaign of life insurance. The system would select prospects to be called, lead the sales clerk through the appropriate script and schedule the follow-up calls. ATS would submit the policies to LIFE-COMM each night, so that policy kits could be produced. The system cut the time from call receipt to policy kit in the mail from 10 days to 3 days. Phase 2 of ATS was for the Individual Automobile line of business. All responses from print, direct mail and free fall campaigns were input to the system. When a clerk was free, the next most valuable lead was delivered to them for a call. During the course of the call the lead was underwritten and the coverage s desired recorded.  The system also kept complete statistics by clerk.

Insurance Systems Consultant        May 1984 through April 1987
Life Insurance Company of Virginia
Richmond, Virginia

I reported to the head of Information services and was the senior architect. I functioned as a "minister without portfolio" helping out on various projects in the group. My initial purpose was to help grow the staff so that LOV could reduce their dependence on outside consultants for enhancements to LIFE-COMM.

I also worked on converting the LOV System, a broker-dealer system, from Data General proprietary software to Oracle. I also developed the proposal software used for the marketing of universal life insurance through a 401k plan .

Systems Manager                     February 1980 through May 1984
Capital Holding Corporation
Louisville, Kentucky

I was manager of the group supporting Technical Environment and actuarial subsystems of LIFE-COMM. During the four years, we established the MVS environment, consolidated the processing of 5 subsidiaries into the Louisville data center and converted over 5,000,000 policies to LIFE-COMM.

Self Employed                       June 1976 through February 1980
Louisville, Kentucky

I consulted to insurance companies in the southeast. I developed a Credit Life Reserve system and an on-line data entry and inquiry system for CFO II and LIFE/70. I also developed a Statutory/GAAP Valuation system for CFO II that was marketed by IBM as an Installed User Program. Major clients were Capital Holding Corporation, Integon Corporation, ICH, Western Reserve Life, and American Bankers Insurance Group.

Data Processing Manager             June 1974 through June 1976
Carlin-Black Company
Louisville, Kentucky

I managed the data processing for this actuarial consulting firm. Through outsourcing and sales of time, I was able to provide the computer resources necessary for the firm at no cost and a profit as well.

Environments and Languages

| | | |
|---|---|---|
| MVS/ESA | COBOL/MVS | DB2 |
| VSE/ESA | Assembler 370 | Oracle |
| OS/2 | FORTRAN | Sybase |
| DG | C | Powerbuilder |
| Windows | REXX | Microfocus COBOL |
| UNIX | EZTRIEVE | |

Education
Bachelor of Science - Mathematics
Emory University 1974