# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV-05-775-C |
| ADVANTAGE CONSULTING GROUP, INC. and RICHARD E. KNUTSON, | ) ) ) ) | UNOPPOSED |
| Defendants. | ) | |

_____

| | |
|---|---|
| ADVANTAGE CONSULTING GROUP, INC., | ) ) ) |
| Third-party Plaintff, | ) ) |
| v. | ) ) |
| EDS SOLCORP, | ) ) |
| Third-party Defendant | ) |

### UNOPPOSED MOTION TO EXTEND DEADLINES DUE TO PENDING MEDIATION

Advantage Consulting Group, Inc. moves this Court for an Order extending all pending deadlines and states as follows:

1.  Pursuant to an April 3, 2007, Order (Doc. 68) granting Alfa Life Insurance Corporation's Motion for Mediation (Doc. 66), this case has been ordered to mediation. Initially, the parties did not believe that mediation would

require an extension of the pending deadlines.  However, the agreed-upon mediator will be unable to conduct mediation until late May, 2007.  Accordingly, the parties have conferred and agree that an extension of the pending deadlines is now warranted.

2. Currently, this matter is set for trial on November 26, 2007.  The parties have diligently engaged in discovery, but anticipate that more discovery, including the depositions of expert witnesses will be necessary if mediation is unsuccessful.  In the event that mediation is unsuccessful, the parties believe that this matter will be ready for trial in February or March of 2008.

WHEREFORE, Advantage Consulting Group, Inc. with the consent of the other parties moves this Court for an Order extending the trial date to February or March of 2008 and extending all other existing deadlines accordingly.

/s/ J. Forrest Hinton
J. FORREST HINTON
W. PATTON HAHN
JAMES F. BARGER, JR.

Attorneys for Defendant/Third-party Plaintiff Advantage Consulting Group, Inc. and Defendant Richard E. Knutson

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Wachovia Tower
Birmingham, Alabama 35203-5202

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, the foregoing was served via United States first class mail on the following.

Mr. John C. Morrow
Mr. Geoffrey S. Bald
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203

Mr. William P. Gray, Jr.
Mr. Douglas N. Robertson
Gray & Associates, L.L.C.
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama 35243

/s/ J. Forrest Hinton

OF COUNSEL