IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALFA LIFE INSURANCE           )
CORPORATION,                  )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:05cv775-MHT
                              )
ADVANTAGE CONSULTING          )
GROUP, INC., et al.,          )
                              )
     Defendants.              )
```

### ORDER

It is ORDERED that the motion to extend deadlines (Doc. No. 72) is denied.

DONE, this the 7th day of May, 2007.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**