IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALFA LIFE INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV-05-775-C UNOPPOSED |
| ADVANTAGE CONSULTING GROUP, INC. and RICHARD E. KNUTSON, | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ADVANTAGE CONSULTING GROUP, INC., | ) ) ) | |
| Third-party Plaintff, | ) ) | |
| v. | ) ) | |
| EDS SOLCORP, | ) ) | |
| Third-party Defendant | ) | |

**UNOPPOSED MOTION TO EXTEND CERTAIN DEADLINES
IN LIGHT OF TENTATIVE SETTLEMENT**

Advantage Consulting Group, Inc. moves this Court for an Order extending the expert disclosure deadlines as follows:

1. Pursuant to an April 3, 2007, Order (Doc. 68) granting Alfa Life Insurance Corporation's Motion for Mediation (Doc. 66), this case was ordered to mediation. On May 22 and 23, 2007, the parties participated in a two-day

mediation in Indianapolis, Indiana, that produced a tentative settlement that should resolve all matters pending before the Court. The settlement is contingent upon the exchange and review of certain information, which should occur within the next two weeks (i.e., by June 8, 2007).

2. Currently, this matter is set for trial on November 26, 2007. No extension of that date is sought by this motion.

3. However, Advantage Consulting Group is required to provide expert disclosures on or before June 1, 2007, and Third-party Defendant EDS Solcorp is required to provide expert disclosures on or before July 1, 2007. Requiring either party to prepare and finalize such disclosures would expose all parties to substantial fees and costs which should be unnecessary in light of the likely settlement of this action. In light of the pending settlement, Advantage moves that its expert disclosure deadline be extended until June 15, 2007, and that EDS Solcorp's expert disclosure deadline be extended until July 13, 2007.

4. Plaintiff Alfa Life Insurance Company and Third-Party Defendant EDS Solcorp have reviewed this motion and consent to the relief requested herein.

WHEREFORE, Advantage Consulting Group, Inc., with the consent of the other parties to this action, moves this Court for an Order extending the expert disclosure deadlines (and no other deadlines) as requested herein.

B PH 747753 v1
2900506-000001 5/25/2007

/s/ J. Forrest Hinton
J. FORREST HINTON
W. PATTON HAHN
JAMES F. BARGER, JR.

Attorneys for Defendant/Third-party Plaintiff Advantage Consulting Group, Inc. and Defendant Richard E. Knutson

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Wachovia Tower
Birmingham, Alabama 35203-5202

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, the foregoing was served via electronic service or United States first class mail on the following.

Mr. John C. Morrow
Mr. Geoffrey S. Bald
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203

Mr. William P. Gray, Jr.
Mr. Douglas N. Robertson
Gray & Associates, L.L.C.
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama 35243

/s/ J. Forrest Hinton
OF COUNSEL

B PH 747753 v1
2900506-000001 5/25/2007