IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALFA LIFE INSURANCE            )
CORPORATION,                   )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:05cv775-MHT
                               )
ADVANTAGE CONSULTING           )
GROUP, INC., et al.,           )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to extend certain deadlines (Doc. No. 74) is granted.

DONE, this the 31st day of May, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE