# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALFA LIFE INSURANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANTAGE CONSULTING GROUP, INC., )<br>and RICHARD E. KNUTSON, )<br>)<br>Defendants. ) | Case No. CV-05-775-C |

_____

ADVANTAGE CONSULTING GROUP, INC., )
)
    Third-party Plaintff, )
)
v. )
)
EDS SOLCORP, )
)
    Third-party Defendant )

## STIPULATION OF DISMISSAL

Pursuant to FED. R. CIV. P. 41, the parties jointly stipulate to the dismissal, with prejudice, of all claims pending in this case, and to the dismissal of this action. Each party is to bear their own costs.

                                      /s/ William P. Gray, Jr.
                                      WILLIAM P. GRAY, JR.
                                      DOUGLAS N. ROBERTSON
                                      Attorneys for Plaintiff Alfa Insurance Corporation

OF COUNSEL:
GRAY & ASSOCIATES, L.L.C.
3800 Colonnade Parkway, Suite 545
Birmingham, Alabama 35243

B PH 753814 v1
2900506-000001 7/31/2007

|  |  |
|---|---|
|  | /s/ J. Forrest Hinton |
|  | J. FORREST HINTON |
|  | W. PATTON HAHN |
|  | JAMES F. BARGER, JR. |
|  | Attorneys for Defendant/Third-party Plaintiff Advantage Consulting Group, Inc. and Defendant Richard E. Knutson |

OF COUNSEL**:**
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1600
Wachovia Tower
Birmingham, Alabama 35203-5202

/s/ John C. Morrow
JOHN C. MORROW
GEOFFREY S. BALD
Attorneys for Third-party Defendant EDS Solcorp

OF COUNSEL:
BURR & FORMAN LLP
3100 Wachovia Tower
420-20th Street North
Birmingham, Alabama 35203

B PH 753814 v1
2900506-000001 7/31/2007